LEWIS AND ROCA LLP LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>      Plaintiff,<br><br>vs.<br><br>AMEC Earth & Environmental, Inc.,<br><br>      Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

  PLEASE TAKE NOTICE that Defendant AMEC Earth & Environmental, Inc. ("AMEC") hereby removes to this Court the state court action described below. The Court's removal jurisdiction is invoked pursuant to 28 U.S.C. § 1441.

  1. On March 2, 2012, Plaintiff filed an action in the Superior Court of the State of Arizona, Mohave County, entitled *Stacy D. Ford-Kelly v. AMEC Earth & Environmental, Inc.*, No. CV2012-07021.

  2. Removal of this action is proper under 28 U.S.C. §§ 1331 and 1332.

  3. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff alleges claims arising under federal law. Plaintiff asserts claims under the Whistleblower Protection Act of 1989, 5 U.S.C. § 2302 (Count 3); the Family and Medical Leave Act ("FMLA"), 29 U.S.C. 2601, *et seq.* (Count 6); and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* (Counts 10-11).

  4. This Court also has diversity jurisdiction under 28 U.S.C. § 1332.

  5. Plaintiff is a resident and citizen of the State of Arizona.

1  6. Defendant is a Nevada corporation which has its headquarters in, and directs, controls, and coordinates its operations from the State of Georgia. *See* Declaration of Brad Knight in Support of Defendant AMEC Earth & Environmental, Inc.'s Notice of Removal. For diversity purposes, a corporate party is deemed to be a citizen of the state in which it has been incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Therefore, AMEC is a citizen of Nevada and Georgia.

7. The amount in controversy exceeds $75,000. On the face of the complaint, Plaintiff seeks damages of $34,823,769.80, irrespective of interest or attorneys' fees. Defendant denies Plaintiff is entitled to any relief.

8. True and correct copies of all process and pleadings that were previously filed with the state court are attached to this Notice of Removal as Exhibit A of the Declaration of Melanie V. Pate in Support of Defendant AMEC Earth & Environmental, Inc.'s Notice of Removal.

9. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). Plaintiff served Defendant on April 11, 2012.

10. This Court is part of the district and division embracing the place where this action was filed—Mohave County, Arizona. 28 U.S.C. §§ 1441, 1446.

11. A copy of this Notice of Removal is being served on Plaintiff and filed with the Superior Court Clerk of Mohave County in accordance with 28 U.S.C. § 1446(d).

12. This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

DATED this 1st day of May, 2012.

LEWIS AND ROCA LLP

By _____
Melanie V. Pate
Alastair Gamble
Attorneys for Defendant

2851587.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on May 1, 2012, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

>Stacy D. Ford-Kelly
>1561 Mohican Drive
>Lake Havasu City, Arizona  86406

>/s/ Susan J. Durkee

2851587.1