**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | ) |
| Plaintiff, | ) No. |
| vs. | ) |
| AMEC EARTH & ENVIRONMENTAL, INC., | ) DECLARATION OF BRAD KNIGHT IN SUPPORT OF DEFENDANT AMEC EARTH & ENVIRONMENTAL, INC.'S NOTICE OF REMOVAL |
| Defendant. | ) |

BRAD KNIGHT, upon his oath, states as follows:

1.  I am the Vice President, Legal, for Defendant AMEC Earth & Environmental, Inc. ("AMEC"). I make this declaration based on my personal knowledge and in support of the removal of this action, Ford-Kelly v. AMEC Earth & Environmental, Inc., Mohave County Superior Court Case No. CV2012-07021. If called upon to do so, I could and would personally and competently testify to the following facts.

2.  AMEC was at the time of the filing of the above-captioned lawsuit, and still is, a corporation established under the laws of the State of Nevada.

///
///
///
///

2859114.1

3.   AMEC's headquarters is located in Alpharetta, Georgia, from which the President and Chief Executive Officer ("CEO") and the Chief Financial Officer ("CFO") direct, control and coordinate AMEC's activities.

4.   AMEC changed its name to AMEC Environment & Infrastructure, Inc. effective November 1, 2011.

5.   I declare under penalty of perjury that the foregoing is true and correct. Dated this 30th day of April, 2012.

_____
Brad Knight

2859114.1