**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, | ) |
| Plaintiff, | ) No. |
| vs. | ) |
| AMEC Earth & Environmental, Inc., | ) **CORPORATE DISCLOSURE STATEMENT OF AMEC EARTH & ENVIRONMENTAL, INC.** |
| Defendant. | ) |

This Corporate Disclosure Statement is filed on behalf of Defendant AMEC Environment & Infrastructure, Inc., named in the Complaint in the above-captioned matter by its former business name, AMEC Earth & Environmental, Inc., in compliance with the provisions of: (check one)

__X__ Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

1  identifying the victim and the statement must also disclose the information required by
2  Rule 12.4(a)(1).
3  **The filing party hereby declares as follows:**
4  \_\_\_\_\_ No such corporation.
5   X   Party is a subsidiary of a publicly owned corporation as listed below.
6  (Attach additional pages if needed.)
7  <u>AMEC Environment & Infrastructure, Inc. is wholly owned by National Ventures,</u>
8  <u>Inc., a Florida corporation, which is itself a wholly owned AMEC holding company.</u>
9  \_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in
10  the outcome.  List identity of corporation and the nature of financial interest.  (Attach
11  additional pages if needed.)
12  _____Relationship_____
13  \_\_\_\_\_ Other (please explain)
14  _____
15  _____
16  **A supplemental disclosure statement will be filed upon any change in the**
17  **information provided herein.**
18  DATED this 1st day of May, 2012.
19  LEWIS AND ROCA LLP
20
21  By */s/ Melanie V. Pate*
22  Melanie V. Pate
    Alastair Gamble
23  Attorneys for Defendant
24
25
26
27
28

2

2862137.1

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on May 1, 2012, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

> Stacy D. Ford-Kelly
> 1561 Mohican Drive
> Lake Havasu City, Arizona  86406

*/s/ Susan J. Durkee*