**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMEC EARTH & ENVIRONMENTAL, INC.,<br><br>　　　　　Defendant. | No. 3:12-cv-08085-NVW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS** |

**REQUEST FOR JUDICIAL NOTICE**

　　Defendant AMEC Earth & Environmental ("AMEC" or "Defendant"), requests that the Court take judicial notice of true and correct copies of the following documents in connection with Defendants' Partial Motion to Dismiss:

- Exhibit A: Charge of Discrimination, filed by Plaintiff Stacy D. Ford-Kelly with the U.S. Equal Employment Opportunity Commission, dated February 10, 2010

- Exhibit B: Plaintiff Stacy Ford-Kelly's Civil Complaint filed in Arizona Superior Court in and for the County of Mohave, Case No. CV-2010-07063, dated April 15, 2010

- Exhibit C: Minute Order filed in Arizona Superior Court in and for the County of Mohave, Case No. CV-2010-07063, by Honorable Randolph A. Bartlett, dated December 22, 2010

2875064.1



- Exhibit D: Plaintiff Stacy Ford-Kelly's First Amended Complaint filed in Arizona Superior Court in and for the County of Mohave, Case No. CV-2010-07063, dated January 14, 2011
- Exhibit E: Order filed in Arizona Superior Court in and for the County of Mohave, Case No. CV-2010-07063, by Honorable Charles W. Gurtler, Jr., dated February 14, 2012

**AUTHORITY**

Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of adjudicative facts, which are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). To that end, the Court may take judicial notice of facts that are a matter of public record, including documents filed in other litigation or charges filed with the EEOC. *Suico v. Freeport-McMoran Copper & Gold, Inc.*, 2012 WL 404614, at *2 (D. Ariz. 2012) (citing *Gallo v. Board of Regents of Univ. of Cal.*, 916 F. Supp. 1005, 1007 (S.D. Cal. 1995)).

**CONCLUSION**

For the reasons set forth above, AMEC respectfully asks the Court to take judicial notice of the documents described herein and attached as Exhibits A-E in consideration of its Partial Motion to Dismiss, filed concurrently herewith.

RESPECTFULLY SUBMITTED this 8th day of May, 2012.

LEWIS AND ROCA LLP

By  */s/ Melanie V. Pate*
    Melanie V. Pate
    Alastair Gamble
    Attorneys for Defendant

2875064.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on May 8, 2012, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

>Stacy D. Ford-Kelly
>1561 Mohican Drive
>Lake Havasu City, Arizona  86406

                                              */s/ Susan J. Durkee*

2875064.1