# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540 - 2010 - 00908 |

**Arizona Attorney General's Office, Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Stacy D. Ford | (928) 846-2289 | 11/10/1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1990 Mcculloch Boulevard, D128, Lake Havasu City, AZ 86403 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMEC | 500 or More | (928) 854-8030 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 94 Acoma Blvd South #100,  Lake Havasu City, AZ 86403 | | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| | | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                            04-21-2009

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Employment Information:** I was hired on 01/28/2008 as an Engineer-In-Training. My immediate supervisors were: Darin Miller and Mike Lywood.

**Personal Harm:** During my tenure I was subjected to harassment by co-workers Sean Anderson and Jim Satterwhite. I complained about their conduct. Ultimately, on 04/21/2009, I was laid off.

**Statement of Discrimination:** I believe I was discriminated against due to my race, Native American, sex, female, religion, Christian, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02/10/2010          *Stacy D Ford*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | **PERSON FILING CHARGE** |
|---|---|
| Attn: HR/Legal Counsel<br>AMEC<br>94 Acoma Blvd South #100<br>Lake Havasu City, AZ 86403 | Stacy D. Ford |
| | **THIS PERSON** (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | **EEOC CHARGE NO.**<br>540-2010-00908 |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional Information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide    **19-APR-10**    a statement of your position on the issues covered by this charge, with copies of any by
supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully    to the enclosed request for information and send your response to the EEOC by
Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond    **19-MAR-10** by
to    Yvonne Gloria-Johnson, ADR Coordinator, at (602) 640-5022
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Yvonne Gloria-Johnson,<br>ADR Coordinator | Phoenix District Office<br>3300 North Central Ave |
|---|---|
| *EEOC Representative* | Suite 690<br>Phoenix, AZ 85012 |
| *Telephone*    (602) 640-5022 | |

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race    [ ] Color    [X] Sex    [X] Religion    [ ] National Origin    [ ] Age    [ ] Disability    [X] Retaliation    [ ] Genetic Information    [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| March 4, 2010 | Rayford O. Irvin,<br>Acting District Director | *Rayford O. Irvin* |