# EXHIBIT C

FILED
TIME 1:00 p.m.
DEC 22 2010
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: _____ DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| HONORABLE RANDOLPH A. BARTLETT | VIRLYNN TINNELL, CLERK |
| DIVISION: 2 | DANA BARBER, DEPUTY CLERK |
| DATE: DECEMBER 20, 2010 | DAWN MAXFIELD, REPORTER |
| TIME: 11:05 A.M. | COURTROOM: K |

### DEFAULT HEARING

STACY D. FORD-KELLY,
    Plaintiff,                                CV-2010-07063
vs

AMEC EARTH & ENVIRONMENTAL.,
INC.,
    Defendant.

**APPEARANCES:** Stacy Ford-Kelly, Plaintiff in Pro Per.

This is the time set for Default Hearing. The Court has reviewed the file and advises Plaintiff that her civil complaint is not in compliance with Rule 8. Discussion ensues.

Ms. Ford-Kelly moves to amend her complaint.

**IT IS ORDERED** granting Plaintiff's motion to amend complaint.

Plaintiff is provided with the Notice to Litigants Representing Themselves, and a copy of one page of a complaint. (attached to these minutes)

The Court recesses at 11:10 a.m.

cc:

STACY D FORD-KELLY
1561 MOHICAN DRIVE
LAKE HAVASU CITY AZ  86406
Plaintiff

Honorable Randolph A. Bartlett*
Division 2


L8015CV201007063

In those actions the defendant has the burden of alleging and proving want of consideration as an affirmative defense.[8]

Except for anticipatory breach situations, a breach does not occur until the defendant is required to pay or do some other act. The plaintiff may allege generally that all conditions precedent have been performed.[9] When the breach involves a failure to pay, an anomalous position is presented under Arizona law. The complaint should allege nonpayment in order to state a breach,[10] yet payment is listed as an affirmative defense which must be pleaded by the defendant.[11]

### § 194. Form—Contract Complaint, Superior Court

ARIZONA SUPERIOR COURT, _____ COUNTY

| _____, Plaintiff, vs. _____, Defendants. | No. _____ COMPLAINT (Contract) |

Plaintiff alleges:

I.

That the defendants are residents of _____ County, Arizona, and that the obligation hereinafter set forth was incurred and is payable in _____ County, Arizona.

II.

That the plaintiff is a single person and that the defendants are husband and wife and were married when this obligation was incurred.

III.

That on or about the _____ day of _____, the above named defendants made, executed and delivered to the plaintiff a promissory note in the principal amount of _____ Dollars payable on or before _____ years after date, together with interest thereon at the rate of _____ percent per annum from date until paid, which note is in the form and figures set forth in Exhibit "A" attached hereto and by reference made a part hereof.

---

8. Dunlap v. Fort Mohave Farms, Inc., 89 Ariz. 387, 363 P.2d 194 (1961).
9. Civ.Proc.Rule 9(c).
10. 60 Am.Jur.2d 694.
11. Civ.Proc.Rule 8(d); Hegel v. O'Malley Ins. Co., 122 Ariz. 52, 593 P.2d 275 (1979).