# EXHIBIT E

**LEWIS AND ROCA**
—LLP—
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Cindy Villanueva, State Bar No. 028163
Direct Dial: (602) 262-5789
Direct Fax: (602) 734-3904
EMail: CVillanueva@LRLaw.com

Attorneys for Defendant
AMEC Earth & Environmental, Inc.

FILED BHC
TIME 10:35
FEB 14 2012
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY _____ DEPUTY

LODGED 1-31-2012
BY ___

## SUPERIOR COURT OF ARIZONA
## COUNTY OF MOHAVE

| | |
|---|---|
| Stacy D. Ford-Kelly, | No. CV-2010-07063 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | (Assigned to the Honorable Charles W. Gurtler, Jr.) |
| AMEC Earth & Environmental, Inc., | |
| Defendant. | |

The Court having considered the various motions filed by the parties as discussed in its Minute Entry of December 8, 2011, and good cause appearing,

**IT IS ORDERED** granting Defendant AMEC Earth & Environmental, Inc.'s Motion to Dismiss;

**IT IS FURTHER ORDERED** granting to Plaintiff the right to file a new action under A.R.S. § 12-504(A) provided that the new action is commenced and filed within ninety (90) days of the date of this signed Order of Dismissal;

**IT IS FURTHER ORDERED** that this ruling abates the necessity for ruling on all other pending Motions as the same have become moot; and

**IT IS FURTHER ORDERED** directing the Clerk to proceed to close the file.

DATED this 14th day of Feb, 2012.

Hon. Charles W. Gurtler, Jr.
Superior Court Judge, Mohave County


L8015CV201007063

2644416.1