1

2

3

4

**THE STROJNIK FIRM L.L.C.**
**ATTORNEYS AT LAW**
**ESPLANADE CENTER III SUITE 700**
**2415 East Camelback Road**
**Phoenix, Arizona 85016**
**(602) 510-9409**

5

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN 242728

6

strojnik@skplaw.com

7

*Attorney for Plaintiff Stacy Ford-Kelly*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF ARIZONA

10

11

STACY D. FORD-KELLY,                        )        NO.  3:12-cv-08085-NVW
                                            )
12                                  Plaintiff,    )        **NOTICE OF APPEARANCE OF**
                                            )        **COUNSEL OF RECORD FOR**
13               vs.                            )        **PLAINTIFF**
                                            )
14   AMEC EARTH & ENVIRONMENTAL,    )
     INC.,                                      )
15                                            )
                                            )
16                                  Defendant.    )
                                            )
17   ─────────────────────────────────────

18        NOTICE IS HEREBY GIVEN that the undersigned counsel hereby enters his

19   appearance as counsel of record for Plaintiff Stacy D. Ford-Kelly in the matter above

20   captioned.  Counsel's contact information is as follows:

21
                              Peter Kristofer Strojnik
22                            The Strojnik Firm L.L.C.
                           Esplanade Center III, Suite 700
23                           2415 East Camelback Road
                             Phoenix, Arizona 85016
24                              602 510 9409 (tel)
                                602 532 7572 (fax)
25                            strojnik@skplaw.com (e-mail)

-1-

DATED this 6th day of July, 2012.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (026082)
strojnik@skplaw.com
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409 (tel)
602 532 7572 (fax)

**Attorney for Plaintiff Stacy Ford-Kelly**