Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMEC EARTH & )<br>ENVIRONMENTAL, INC., )<br>)<br>Defendant. )<br>_____ ) | NO. 3:12-CV-08085-NVW<br><br><br><br>**NOTICE OF APPEARANCE OF COUNSEL OF RECORD FOR PLAINTIFF** |

Please take notice that the undersigned is making appearance for and on behalf of Plaintiff in the above captioned cause. Please note that this appearance is in addition to the appearance of Peter K. Strojnik recorded ad Doc 12. Undersigned's contact information is as follows:

Peter Strojnik
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com

-1-

-2-

RESPECTFULLY SUBMITTED this 6th day of July, 2012.

                              **PETER STROJNIK, P.C.**

                              _____
                              Peter Strojnik
                              Attorney for Plaintiff