**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN 242728
`strojnik@skplaw.com`

*Attorney for Plaintiff Stacy Ford-Kelly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, ) | NO. 3:12-cv-08085-NVW |
| ) | |
| Plaintiff, ) | **NOTICE OF SERVICE OF PLAINTIFF'S FIRST DISCOVERY REQUEST** |
| ) | |
| vs. ) | |
| ) | |
| AMEC EARTH & ENVIRONMENTAL, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that today Plaintiff served via electronic mail her (i) First Set of Interrogatories, (ii) First Set of Requests for Production of Documents and (iii) First Set of Requests for Admissions on the following persons:

Melanie Pate, Esq.
Alastair Gamble, Esq.
Lewis & Roca LLP
Counsel for Defendant
mpate@lrlaw.com
agamble@lrlaw.com

-1-

DATED this 16th day of August, 2012.

        */s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)
strojnik@skplaw.com
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409 (tel)
602 532 7572 (fax)

***Attorney for Plaintiff Stacy Ford-Kelly***