**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN 242728
strojnik@skplaw.com

*Attorney for Plaintiff Stacy Ford-Kelly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| STACY D. FORD-KELLY, | ) | NO. 3:12-cv-08085-NVW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES** |
| vs. | ) | |
| AMEC EARTH & ENVIRONMENTAL, INC., | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that today Plaintiff served via electronic mail her Rule 26 Initial Disclosures on the following person:

Melanie Pate, Esq.
Lewis & Roca LLP
Counsel for Defendant
mpate@lrlaw.com

-1-

1 | DATED this 21st day of August, 2012.

                                      */s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)
strojnik@skplaw.com
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409 (tel)
602 532 7572 (fax)

***Attorney for Plaintiff Stacy Ford-Kelly***

-2-