IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, ) | No. CV 12-08085-PCT-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| AMEC Earth & Environmental, Inc., ) | |
| ) | |
| Defendant. ) | |

The Joint Report an Proposed Discovery Plan (Doc. 19) does not comply with the Court's order. The Report should address only the claims pending in the case. Whether an amended complaint will be allowed will be decided after full briefing on the motion to amend.

IT IS THEREFORE ORDERED that the Joint Report an Proposed Discovery Plan (Doc. 19) is stricken. The Clerk shall leave it imaged in the electronic records of the Court.

IT IS FURTHER ORDERED that the parties file by September 18, 2012, a conforming case management report, not to exceed 12 pages in length.

IT IS FURTHER ORDERED continuing the case management conference from September 11, 2012, to September 21, 2012, at 10:30 a.m. in Courtroom 504 before Judge Neil V. Wake.

DATED this 11th day of September, 2012.

Neil V. Wake
United States District Judge