**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMEC EARTH & ENVIRONMENTAL, INC.,<br><br>　　　　　Defendant. | No. 3:12-cv-08085-NVW<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS** |

The parties to the above captioned case, by their counsel, hereby stipulate and agree as follows:

WHEREAS, certain documents, materials, answers to interrogatories, responses to requests to admit, deposition testimony, responses to subpoenas, *etc.*, which may be requested or produced in this litigation may contain confidential and proprietary information, including without limitation confidential financial and business information, as well as other confidential and personal information. Accordingly, the parties hereby stipulate to and petition the Court to enter the proposed Protective Order Governing Confidential Materials lodged herewith.

DATED this 24th day of September, 2012.

　　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP


　　　　　　　　　　　　　　　　　　　By /s/ Melanie V. Pate
　　　　　　　　　　　　　　　　　　　　　Melanie V. Pate
　　　　　　　　　　　　　　　　　　　　　Alastair Gamble
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

3104061.1

The Strojnik Firm L.L.C.

By /s/ Melanie V. Pate o/b/o Peter K. Strojnik

Strojnik P.C.

By /s/ Melanie V. Pate o/b/o Peter Strojnik

3104061.1



# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
ps@strojnik.com

/s/ Susan J. Durkee

3104061.1