IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| STACY D. FORD-KELLY, | ) | NO. 3:12-cv-08085-NVW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| AMEC EARTH & ENVIRONMENTAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED granting Plaintiff's Motion to Amend her Complaint. Plaintiff is directed to file the First Amended Complaint.

DATED this _____ day of _____, 2012.

_____
Judge of the U.S. District Court

-1-