Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | NO. 3:12-CV-08085-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF E-MAIL ADDRESS** |
| AMEC EARTH & ENVIRONMENTAL, INC., | |
| Defendant. | |

Please take notice that the undersigned's e-mail address has changed to ps@strojnik.com.

RESPECTFULLY SUBMITTED this 7th day of October, 2012.

**PETER STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for Plaintiff

-1-