**LEWIS AND ROCA LLP**
**LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | ) |
| Plaintiff, | ) No. 3:12-cv-08085-NVW |
| vs. | ) **NOTICE OF SERVICE OF DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURE** |
| AMEC EARTH & ENVIRONMENTAL, INC., | ) |
| Defendant. | ) |

Defendant AMEC Earth & Environmental, Inc. gives notice that it served its Third Supplemental Disclosure Statement by emailing and mailing a copy to Plaintiff's counsel on October 9, 2012.

DATED this 9th day of October, 2012.

LEWIS AND ROCA LLP

By /s/ Melanie V. Pate
Melanie V. Pate
Alastair Gamble
Attorneys for Defendant

3133618.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
strojnik@aol.com

/s/ Susan J. Durkee