| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Read Instructions on Back: | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME Peter K. Strojnik | 2. PHONE NUMBER (602) 510-9409 | 3. DATE 10/14/2012 |
|---|---|---|
| 4. FIRM NAME The Strojnik Firm LLC | | |
| 5. MAILING ADDRESS 2415 East Camelback Road, Suite 700 | 6. CITY Phoenix | 7. STATE AZ / 8. ZIP CODE 85016 |
| 9. CASE NUMBER 3:12-cv-08085 | 10. JUDGE Hon. Neil V. Wake | DATES OF PROCEEDINGS 11. 9/28/2012   12. |
| 13. CASE NAME Ford-Kelly v. AMEC Earth & Environmental | LOCATION OF PROCEEDINGS 14. Phoenix   15. STATE AZ | |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) Scheduling Conference | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 14 DAYS | [ ] | [ ] | | E-MAIL [✓] | |
| 7 DAYS | [✓] | [ ] | | DISK [ ] | |
| DAILY | [ ] | [ ] | | PDF FORMAT [✓] | |
| HOURLY | [ ] | [ ] | | ASCII FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: strojnik@skplaw.com

19. SIGNATURE /s/ P.A.

20. DATE 10/14/2012

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY