**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMEC EARTH & ENVIRONMENTAL, INC.,<br><br>　　　　　Defendant. | No. 3:12-cv-08085-NVW<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT DUE TO NEWLY DISCOVERED INFORMATION** |

Defendant AMEC Environment and Infrastructure, Inc. ("AMEC"), sued as AMEC Earth & Environmental, Inc., hereby requests a one-week extension, through and including October 22, 2012, to respond to Plaintiff's Motion to Amend Complaint. This is AMEC's first request for an extension of this deadline. Counsel was prepared to file a timely response but was, today, provided with additional potentially material information that it must investigate further in order to be able to respond to the Motion to Amend. Counsel for Plaintiff has authorized AMEC's counsel to inform the Court that Plaintiff does not object to the proposed extension.

3144496.1

1  RESPECTFULLY SUBMITTED this 15th day of October, 2012.

2                                      LEWIS AND ROCA LLP

4              By  /s/ Melanie V. Pate
5                  Melanie V. Pate
                Alastair Gamble
                Attorneys for Defendant

3144496.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
strojnik@aol.com

/s/ Susan J. Durkee

3144496.1