**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN 242728
strojnik@skplaw.com

*Attorney for Plaintiff Stacy Ford-Kelly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| STACY D. FORD-KELLY, | ) | NO. 3:12-cv-08085-NVW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF UNAVAILABILITY OF** |
| | ) | **COUNSEL FOR PLAINTIFF** |
| vs. | ) | |
| | ) | |
| AMEC EARTH & ENVIRONMENTAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Plaintiff's counsel Peter Kristofer Strojnik will be unavailable in this lawsuit from November 26, 2012 through December 7, 2012.

DATED this 18th day of October, 2012.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)

*Attorney for Plaintiff Stacy Ford-Kelly*

-1-