**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | No. 3:12-cv-08085-NVW |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF NON-OPPOSITION IN RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** |
| AMEC EARTH & ENVIRONMENTAL, INC., | |
| Defendant. | **AND** |
| | **NOTICE TO COURT** |

Defendant AMEC Environment and Infrastructure, Inc. ("AMEC"), sued as AMEC Earth & Environmental, Inc., submits this Notice of Non-Opposition in Response to Plaintiff's Motion to Amend Complaint and Notice to the Court.

**STATEMENT**

As the Court may recall, one of the issues involved in this case concerns a Form 1099-MISC, purporting to show a payment to Plaintiff of $25,000,000, with a corresponding withholding of $25,000,000 in federal taxes. In the proposed amended complaint, Plaintiff contends, among other things, that this form constitutes or is evidence of a $25,000,000 settlement offer by AMEC for her various grievances. In statements to the Court and to opposing counsel, based on its investigation, AMEC's counsel has indicated that the document is (in addition to being absurd on its face) not authentic and had been created by Plaintiff herself.

3151021.2



1  AMEC's previous deadline to file its response to Plaintiff's Motion to Amend
2 Complaint was October 15, 2012.  On that day, just before filing, AMEC's counsel was
3 contacted by an AMEC employee who stated for the first time that she had prepared the
4 Form 1099-MISC on or around January 28, 2011.  According to the employee, she created
5 the form outside of the usual procedures for generating tax forms and mailed it to Plaintiff,
6 after Plaintiff called her and asked her to do so.  Undersigned counsel, despite substantial
7 investigation, had no information prior to this disclosure that the form had been created by
8 an AMEC employee.  Counsel also is unaware of any information indicating that anyone
9 at AMEC had knowledge of this employee's unauthorized acts prior to her October 15,
10 2012 statements.

11  The recent statements by this employee appear to be consistent with AMEC's past
12 arguments to the Court that Plaintiff has always been aware that the Form 1099-MISC was
13 not issued by AMEC as part of any settlement offer.  However, because AMEC has only
14 been aware of this new information for a few days, any attempt for counsel to make
15 representations to the Court, at this time, about the Form 1099-MISC's authenticity,
16 Plaintiff's scheme, or the AMEC employee's motivation, are likely to be incomplete.

17  Accordingly, at this point, AMEC does not oppose the motion to amend.  AMEC
18 reserves all legal and factual defenses to the claims asserted in the current operative
19 complaint and the proposed First Amended Complaint.  AMEC will present arguments
20 and evidence to the Court, as they develop, in motions, including in a motion to dismiss if
21 appropriate.

22  DATED this 22nd day of October, 2012.

23  LEWIS AND ROCA LLP

25  By  /s/ Melanie V. Pate
         Melanie V. Pate
26       Alastair Gamble
         Attorneys for Defendant

3151021.2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
strojnik@aol.com

/s/ Susan J. Durkee