IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMEC Earth & Environmental, Inc., ) <br> ) <br> Defendant. ) <br> ) | No. CV-12-08085-PCT-NVW <br><br> **ORDER** |

    The Court having reviewed the Plaintiff's Motion to Amend Complaint (Doc. 27), with no objection from opposing counsel, and good cause appearing,

    IT IS ORDERED granting the Plaintiff's Motion to Amend Complaint (Doc. 27). Plaintiff is directed to file the First Amended Complaint.

    DATED this 22nd day of October, 2012.

_____
Neil V. Wake
United States District Judge