| ◆AO 435<br>(Rev. 10/05)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Melanie V. Pate | | 2. PHONE NUMBER<br>(602) 262-5318 | 3. DATE<br>10/23/2012 |
| 4. FIRM NAME<br>Lewis and Roca LLP | | | |
| 5. MAILING ADDRESS<br>40 N Central Ave | 6. CITY<br>Phoenix | 7. STATE<br>AZ | 8. ZIP CODE<br>85004 |
| 9. CASE NUMBER<br>3:12-cv-08085-NVW | 10. JUDGE<br>Neil V. Wake | DATES OF PROCEEDINGS<br>11. 9/28/2012    12. | |
| 13. CASE NAME<br>Ford-Kelly v. AMEC Earth & Environmental | | LOCATION OF PROCEEDINGS<br>14. Phoenix    15. STATE  AZ | |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Scheduling Conference | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | PAPER COPY   [ ] | |
| 7 DAYS  | [ ] | [✓] | | E-MAIL       [✓] | |
| DAILY   | [ ] | [ ] | | DISK         [ ] | |
| HOURLY  | [ ] | [ ] | | PDF FORMAT   [✓] | |
| REALTIME| [ ] | [ ] | | ASCII FORMAT [✓] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE  /s/ M. Pate

20. DATE  10/23/2012

E-MAIL ADDRESS
PRamsey@LRLaw.com

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY