

Melanie V. Pate
40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
MPate@LRLaw.com
Admitted in: Arizona

Our File Number: 52219-00001

August 15, 2012

**VIA EMAIL AND U.S. MAIL**

Peter K. Strojnik, Esq.
The Strojnik Firm LLC
2415 E. Camelback Road, Ste. 700
Phoenix, Arizona 85016

      Re:    Stacy Ford-Kelly v. AMEC

Dear Mr. Strojnik:

      Thank you for your letter dated August 10, 2012. A true and correct copy of Ms. Ford-Kelly's <u>actual</u> employment offer letter is attached. You will see that it contains very different terms and conditions of employment than does the letter attached as Exhibit 1 to Plaintiff's Complaint. Most importantly, the real offer letter does not contain any sort of "contract" language with a defined period of employment. In addition, the real offer letter makes it clear that Ms. Ford-Kelly's employment was not guaranteed for any specific length of time and was terminable at will. AMEC does not offer guaranteed contracts of employment to Engineers in Training (the position held by Ms. Ford-Kelly during her short period of employment), and no such position or contract was ever offered to Ms. Ford-Kelly.

      We do not know how Ms. Ford-Kelly was able to create her forged and fraudulent offer letter after her employment with AMEC was terminated in April 2009, but I assure you that it is not an authentic document that was ever created, signed or sent by any employee of AMEC. You will notice that the actual offer letter does not contain Ms. Ford-Kelly's address and is not printed on AMEC letterhead. This is because the letter was hurriedly emailed to Ms. Ford-Kelly at her insistence, and the errors were inadvertent. Please be advised that AMEC will easily be able to prove that Exhibit 1 to Plaintiff's Complaint is not a real document, and your client will likely be required to explain why she filed a fraudulent document in state court and allowed it to remain filed in federal court after this matter was removed.

      Regarding your statement that I intend to somehow "back-door" you by addressing this issue with the Court at the appropriate time, I simply meant to inform you that AMEC will provide evidence regarding the forged offer letter in a future motion or other appropriate pleading. In fact, AMEC already brought this document to the Court's attention in its partial motion to dismiss that was filed on May 8, 2012. I apologize if you misunderstood my statement.



Peter K. Strojnik
August 15, 2012
Page 2

     Finally, you correctly deduced that AMEC's position regarding the Form 1099 is that it is a forged and fraudulent document that was never issued to Ms. Ford-Kelly by AMEC. Please be advised that AMEC also informed an agent from the U.S. Internal Revenue Service that the company never issued a Form 1099 to Ms. Ford-Kelly for any amount. We do not know what the I.R.S. did with this information, but we assume that your client is aware of the outcome of any audit or investigation conducted by the I.R.S. with respect to this fraudulent Form 1099 that Ms. Ford-Kelly apparently filed with her 2011 income tax return.

     I look forward to speaking with you soon regarding the scheduling conference deadlines.

Sincerely,

*Melanie V. Pate*

Melanie V. Pate

MVP/dar
Encl.

3046151.1

January 21, 2008

*Private & Confidential*

Stacy Ford


Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked *may be available* subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036              www.amec.com

AMEC000002

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

### Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

### Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

### Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

*Melinda [signature] for*

**Chris Hassert**
Unit Manager—Lake Havasu, AZ


I have read and accept the offer of employment contained in this letter, including the referenced attachments.

Date: 1/21/08        (Employee): Stacy D. Ford

2

AMEC000003

**Earth & Environmental** 
**Moving Allowance Form**

| Employee Name: Stacy Ford | | File Number: | |
|---|---|---|---|
| Current Location: Idaho | | New Location: Lake Havasu, AZ | |
| Employee Status: | ☐ Current Employee<br>☒ New Hire | Move is: | ☐ Employee initiated (requires Exec VP approval)<br>☒ AEE initiated (authorizations see below) |

### Allowance

All taxable allowances are lump sum paid as taxable income, with the employee assuming responsibility for any and all tax implications. Non-taxable reimbursements are paid only with proper documentation (receipts) of expenses. If proper receipts are not submitted all reimbursements will be treated as taxable income. All allowances (taxable and non-taxable) will be distributed through AEE payroll and should not exceed the approved authorized maximum allowance.

Employee Salary $62,000.12  Authorized maximum allowance $4,500.00.

Non-Taxable Amount $_____.  Taxable Amount $ 4500.00
(moving van, truck rental, packing materials only)   (all other expenses)

Allowance is to be ☐ paid at completion of move **OR** ☐ advances are authorized (to be settled at completion of move).

Additional terms _____
**SEE EAF/OFFER LETTER FOR APPROVALS**
Authorization for allowance: _____
   Authorizing Signature        Date

AEE initiated moves require the following approval levels:
   Allowance up to and including one month's salary=  Senior Manager (SVP)
   Allowance up to and including three month's salary=  Executive Vice President
   Allowance of more than three month's salary=  President

### Advances
All advances are to be deducted from maximum allowance. Settlement of this allowance must be within 90 days of move to new home.

Advance amount $_____   Date issued _____   Payroll initials _____

### Agreement
In consideration of this company-paid moving allowance, I acknowledge that I have received a copy of the AMEC Earth & Environmental Employee Relocations policy #1.70, that I understand its contents, and that I agree to abide by its requirements.

_Stacy D. Ford_   1/21/08
Employee Signature   Date

COPY TO PAYROLL
FEB 06 2008

### Settlement

Total amount authorized   $_____
   Less amount advanced   _____

Total Moving Allowance Disbursement at Settlement   $_____

Settlement Date _____ by (Payroll) _____

AMEC000004