☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| AMEC EARTH & ENVIRONMENTAL INC<br>11810 NORTH CREEK PRKWY<br>BOTHELL, WA  98011 | $<br>2 Royalties<br>$ | 2010<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ 25000000.00 | 4 Federal income tax withheld<br>$ 25000000.00 | Copy B<br>For Recipient |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 91-1641772 | 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 | $ | $ |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| STACY D. FORD-KELLY<br><br>1561 MOHICAN DR<br><br>LAKE HAVASU CTY, AZ  06406 | $ | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions)<br>AZ CV-201007063 SETTLEMENT | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
| $ | $ | $ | | $ |

Form 1099-MISC                           (keep for your records)                           Department of the Treasury - Internal Revenue Service