# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, ) | NO.  3:12-CV-08085-NVW |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| vs. ) | |
| ) | |
| AMEC ENVIRONMENT & ) | |
| INFRASTRUCTURE, INC., a Nevada ) | |
| corporation *fka* AMEC EARTH & ) | |
| ENVIRONMENTAL, INC. *fka* AMEC ) | |
| INFRASTRUCTURE, INC.; AMEC ) | |
| PLC, a British Company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED granting Plaintiff's Motion for Sanctions.  The Court finds that Defendant destroyed the most salient evidence in this lawsuit, which occurred several months after litigation had ensued.  The Court also finds that the only appropriate sanction  is to strike the Answer and grant judgment in favor of Plaintiff.  Accordingly,

-1-

Defendant's Answer is stricken, and Judgment is hereby entered in favor of Plaintiff in the amount of $1,442,108.28 on her breach of contract count.

The Court also finds that the Form 1099 at issue constituted an offer of settlement, which Plaintiff duly accepted for the reasons set forth in the Motion.

DATED this _____ day of _____, 2012.

_____
Judge of the U.S. District Court