| | |
|---|---|
| Peter Strojnik, | Peter K. Strojnik, Esq., |
| Arizona State Bar No. 006464 | Arizona State Bar No: 026082 |
| **STROJNIK, P.C.** | California State Bar No: 242728 |
| 2415 East Camelback, Suite 700 | **THE STROJNIK FIRM, LLC** |
| Phoenix, Arizona 85016 | 2415 East Camelback, Suite 700 |
| Telephone: 602-524-6602 | Phoenix, Arizona 85016 |
| Facsimile: 602-296-0135 | Telephone: 602-510-9409 |
| E-mail: ps@strojnik.com | Facsimile: 602-532-7572 |
| | E-mail: strojnik@skplaw.com |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | NO. 3:12-CV-08085-NVW |
| Plaintiff, | **ADDITIONAL ATTACHMENTS TO MOTION FOR SANCTIONS** |
| vs. | |
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a Nevada corporation *fka* AMEC EARTH & ENVIRONMENTAL, INC. *fka* AMEC INFRASTRUCTURE, INC.; AMEC PLC, a British Company, | |
| Defendants. | |

Plaintiff hereby provides additional attachments to the Motion for Sanctions [doc. 42]. Exhibits 9 and 10 to the Doc. 42 Motion are attached hereto.

RESPECTFULLY SUBMITTED this 23rd day of October, 2012.

                             **STROJNIK, P.C.**

                             _____
                             Peter Strojnik
                             Peter Kristofer Strojnik
                             Attorneys for Plaintiff