FILED
TIME 4:30 _M
APR 6 2011
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: _____ DEPUTY

1  Stacy D. Ford-Kelly
   1561 Mohican Dr
2  Lake Havasu City, AZ 86406
   928-505-4963
3  Plaintiff Pro Per

4  **SUPERIOR COURT OF THE STATE OF ARIZONA**

5  **COUNTY OF MOHAVE**

6

7  Case No: CV-2010-07063

   **STACY D. FORD-KELLY,**
8  Plaintiff                                    NOTICE

9  v.

10 AMEC EARTH & ENVIRONMENTAL, INC.,
   Defendant

11

12 COMES NOW, Stacy D. Ford-Kelly, in pro per to give the Court Notice of Partial Settlement received by her on January

13 31, ~~2009~~ 2011 in the form of IRS 1099-MISC (Exhibit 1). This Settlement has not been paid by the IRS to Plaintiff and her
   SDFK
14 taxes were filed on February 26, 2011(Exhibit 2).

15
       Respectfully submitted this _06_ day of April 2011.
16
                                                    _Stacy D. Ford-Kelly_
17                                                  Stacy D. Ford-Kelly, Plaintiff

   **OATH OR AFFIRMATION**
18
   STATE OF ARIZONA    )
19                     )ss.
   County of Mohave    )

20

21 I, Stacy D. Ford-Kelly, declare under penalty of perjury that the information contained herein is true and correct to the
   best of my knowledge and belief.
22 _Stacy D. Ford-Kelly_                              _04/06/2011_
   Stacy D. Ford-Kelly, Plaintiff                     Date
23
                                           6th
24 Subscribed, sworn to (or affirmed) before me on this ____ day of April 2011.

25 By: _Stacy D. Ford-Kelly_                          _LBrigham_
   My commission Expires:_____
26                                                    Deputy Clerk / Notary Public

Page 1 of 2

# PLAINTIFF'S

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| | | ☐ CORRECTED (if checked) | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>AMEC EARTH & ENVIRONMENTAL INC<br>11810 NORTH CREEK PRKWY<br>BOTHELL, WA 98011 | | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>2010<br>Form 1099-MISC | **Miscellaneous Income** |
| | | 3 Other income<br>$ 25000000.00 | 4 Federal income tax withheld<br>$ 25000000.00 | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>91-1641772 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>STACY D. FORD-KELLY<br><br>1561 MOHICAN DR<br><br>LAKE HAVASU CTY, AZ 86406 | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>AZ CV-201007063 SETTLEMENT | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) Department of the Treasury - Internal Revenue Service

# PLAINTIFF'S

# EXHIBIT 2



| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019 | |

| | |
|---|---|
| Notice | CP05 |
| Tax Year | 2010 |
| Notice date | March 28, 2011 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-1040 |
| Your Caller ID | 941661 |
| Page 1 of 1 | |

025087.832966.0089.002 1 MB 0.382 375



025087

STACY D FORD KELLY
1561 MOHICAN DR
LK HAVASU CTY AZ 86406-8929

For account of STACY D FORD KELLY & JAMES L KELLY

## Information Regarding Your Refund

We have received your income tax return and are holding your refund until we complete a more thorough review. This review is part of an ongoing program the IRS conducts to ensure the accuracy of return information.

Your return was selected because we are reviewing:

- Income you reported on your return
- Income tax withholding amounts you reported on your return
- Claims for tax credits you made on your return and/or
- Business income you reported on your return

We will hold your refund until we finish our review.

You are not required to send us anything at this time. If you have not received your refund or been contacted by us within 45 days from the date of this notice, you may call us at the number provided above. Limited third party contacts may be made to determine the correctness of certain return information.

Once our review is completed we may send you your refund, ask you for additional information or clarification of items on your return, or deny your refund. If you do not agree with our decision, you will have a chance to appeal.

If you are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, you may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free intake line at 1-877-777-4778 or TTY/TTD 1-800-829-4059.

We understand your tax refund is very important to you and we will work to complete our review as quickly as possible.