IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, ) | No. CV-12-08085-PCT-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| AMEC Earth & Environmental, Inc., et al.,) | |
| ) | |
| Defendants. ) | |

Before the Court is Plaintiff's Motion for Sanctions (Doc. 42). While the Motion does not show any bad faith by Defendant, the Motion is premature, as it cannot be decided until after the merits of this action.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Sanctions (Doc. 42) is denied.

DATED this 26th day of October, 2012.

_____
Neil V. Wake
United States District Judge