IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>Plaintiff,<br><br>vs.<br><br>AMEC Earth & Environmental, Inc., et al.,<br><br>Defendants. | No. CV-12-08085-PCT-NVW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Clarification and/or Correction of Doc. 44 Order (Doc. 45). Generally, motions for reconsideration are appropriate only if: 1) the movant presents newly discovered evidence; 2) the Court committed clear error or the initial decision was manifestly unjust; or 3) an intervening change in controlling law has occurred. School Dist. No. 1J, Multnomah County, Oregon v. AcandS, Inc., 5 F.3d 1255, 1263 (9th Cir.1993). A party should not file a motion to reconsider to ask a court "to rethink what the court had already thought through, rightly or wrongly." Above the Belt, Inc. v. Mel Bohannon Roofing, Inc., 99 F.R.D. 99, 101 (E.D.Va.1983). "No motion for reconsideration shall repeat in any manner any oral or written argument made in support of or in opposition to the original motion." Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc., 215 F.R.D. 581, 586 (D.Ariz.2003); L.R.Civ.P. 7.2(g)(1). The Court ordinarily will deny a "motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." L.R.Civ.P. 7.2(g)(1).

The Motion for Sanctions was principally denied because it cannot be decided without deciding the merits of the case. There is no evidence of bad faith yet. The parties can present their material contentions, if supported by evidence, to the jury at trial. Plaintiff's re-characterization of the Order is declined. No correction or clarification is necessary.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Clarification and/or Correction of Doc. 44 Order (Doc. 45) is denied.

Dated this 29th day of October, 2012.

_____
Neil V. Wake
United States District Judge