**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, <br><br> Plaintiff, <br><br> vs. <br><br> AMEC EARTH & ENVIRONMENTAL, INC., <br><br> Defendant. | No. 3:12-cv-08085-NVW <br><br> **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE REGARDING PUBLIC RECORDS IN SUPPORT OF PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

**REQUEST FOR JUDICIAL NOTICE**

Defendant AMEC Earth & Environmental ("AMEC" or "Defendant"), requests that the Court take judicial notice of true and correct copies of the following public documents in connection with the Partial Motion to Dismiss it has concurrently filed in response to Plaintiff Stacy D. Ford-Kelly's First Amended Complaint:

**Ex. 1:** Application for Default Judgment, filed on March 8, 2011 by Plaintiff Stacy D. Ford-Kelly in the matter *Ford-Kelly v. AMEC Earth & Environmental, Inc.*, Case No: CV-2010-07063 in Arizona Superior Court, Mohave County.

**Ex. 2:** Notice of Partial Settlement, filed on April 6, 2011 by Plaintiff Stacy D. Ford-Kelly in the matter *Ford-Kelly v. AMEC Earth & Environmental, Inc.*, Case No: CV-2010-07063 in Arizona Superior Court, Mohave County.



1  Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of
2  adjudicative facts, which are "either (1) generally known within the territorial jurisdiction
3  of the trial court or (2) capable of accurate and ready determination by resort to sources
4  whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  To that end, the
5  Court may take judicial notice of facts that are a matter of public record, including
6  documents filed in other litigation or charges filed with the EEOC.  *Suico v. Freeport-*
7  *McMoran Copper & Gold, Inc.*, 2012 WL 404614, at *2 (D. Ariz. 2012) (citing *Gallo v.*
8  *Board of Regents of Univ. of Cal.*, 916 F. Supp. 1005, 1007 (S.D. Cal. 1995)).

9  Accordingly, AMEC respectfully asks the Court to take judicial notice of the
10  documents listed above and attached as Exhibits 1 and 2 in consideration of its Partial
11  Motion to Dismiss, filed concurrently.

12  RESPECTFULLY SUBMITTED this 8th day of November, 2012.

13  LEWIS AND ROCA LLP

15  By */s/ Melanie V. Pate*
      Robert G. Schaffer
16    Melanie V. Pate
      Alastair Gamble
17    Attorneys for Defendant

3075780.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.  
The Strojnik Firm L.L.C.  
Esplanade Center III, Suite 700  
2415 East Camelback Road  
Phoenix, AZ  85016  
strojnik@skplaw.com

Peter Strojnik, Esq.  
Strojnik, P.C.  
2415 East Camelback Road, Suite 700  
Phoenix, AZ  85016  
strojnik@aol.com

                                              /s/ Susan J. Durkee

3075780.1