| | |
|---|---|
| Peter Strojnik, | Peter K. Strojnik, Esq., |
| Arizona State Bar No. 006464 | Arizona State Bar No: 026082 |
| **STROJNIK, P.C.** | California State Bar No: 242728 |
| 2415 East Camelback, Suite 700 | **THE STROJNIK FIRM, LLC** |
| Phoenix, Arizona 85016 | 2415 East Camelback, Suite 700 |
| Telephone: 602-524-6602 | Phoenix, Arizona 85016 |
| Facsimile: 602-296-0135 | Telephone: 602-510-9409 |
| E-mail: ps@strojnik.com | Facsimile: 602-532-7572 |
| | E-mail: strojnik@skplaw.com |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, ) | NO. 3:12-CV-08085-NVW |
| ) | |
| Plaintiff, ) | **NOTICE OF FILING NEWLY** |
| ) | **OBTAINED AFFIDAVIT SHOWING** |
| vs. ) | **ISSUANCE OF FORM 1099 BY AMEC** |
| ) | |
| AMEC ENVIRONMENT & ) | |
| INFRASTRUCTURE, INC., a Nevada ) | |
| corporation *fka* AMEC EARTH & ) | |
| ENVIRONMENTAL, INC. *fka* AMEC ) | |
| INFRASTRUCTURE, INC.; AMEC ) | |
| PLC, a British Company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Please take notice of the attached Affidavit of Kathleen Welch showing that AMEC issued the Form 1099 in issue here. (Relating to Docs 50, 52 and 56)

RESPECTFULLY SUBMITTED this 8th day of December, 2012.

                                  **STROJNIK, P.C.**

                                  _____
                                  Peter Strojnik
                                  Peter Kristofer Strojnik
                                  Attorneys for Plaintiff