**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | No. 3:12-cv-08085-NVW |
| Plaintiff, | **AFFIDAVIT OF KATHLEEN WELCH** |
| vs. | |
| AMEC EARTH & ENVIRONMENTAL, INC., | |
| Defendant. | |

STATE OF WASHINGTON )
                    )
County of King      )

KATHLEEN WELCH, being first duly sworn upon her oath, deposes and says:

1. I am employed by Defendant AMEC Earth & Environmental, Inc., n/k/a AMEC Environment & Infrastructure, Inc. ("AMEC"), in the Accounts Payable Department in Bothell, Washington, and have been employed by AMEC since 2000. I make this declaration based on my personal knowledge. If called upon to do so, I could and would personally and competently testify to the following facts.

2. In January 2011, I took over responsibility for preparing all of the IRS Form 1099's for AMEC and am the person who prepared all of the Form 1099s for the 2010 tax year. I do not have any formal training as an accountant, nor do I have any formal training regarding the preparation of Form 1099s.

3160708.1

LEWIS AND ROCA LLP LAWYERS

3.      In late January 2011, I received a telephone call from a woman who identified herself as Stacy Ford-Kelly. I did not know Ms. Ford-Kelly and had never spoken with her before, nor have I spoken with since I received the telephone call from her in late January 2011. Ms. Ford-Kelly told me that she was a former employee of AMEC and that she was trying to complete her taxes and had not received a Form 1099 for a lawsuit that she had against AMEC.

4.      Ms. Ford-Kelly provided me with the information that she said should be on the Form 1099. She told me to put $25,000,000 in the "other income" box and $25,000,000 in the "federal income tax withheld" box. She told me to address the Form 1099 to Stacy D. Ford-Kelly, 1561 Mohican Drive, Lake Havasu City, Arizona, 86406. She also told me the information to put in the "account number" box. In addition, she told me to put the word "settlement" in the "account number" box. I did not ask Ms. Ford-Kelly any questions about this information before I prepared the Form 1099 even though the amounts seemed very large to me.

5.      I have reviewed the Form 1099 attached to my affidavit as Exhibit A, and I believe it is a copy of the Form 1099 I prepared for Ms. Ford-Kelly at her request. I do not specifically recall how I prepared the Form 1099, but I believe I prepared it on my laptop computer in my office at the AMEC offices in Bothell, Washington. I believe I typed it in Microsoft Word on a template Form 1099 that was on my computer. I printed the Form 1099 on the printer that is connected to my computer. Based on my review of a copy of the envelope represented to me to have contained the original Form 1099, I believe I mailed the Form 1099 to Ms. Ford-Kelly from the Bothell office on Saturday, January 29, 2011. I have checked my time records for that day, and they do reflect that I was working that day.

6.      It seemed odd to me that Ms. Ford-Kelly would want a tax document that reported $25,000,000 in other income. It also seemed odd to me that AMEC would have then withheld the same amount in federal taxes. However, I did not investigate the amounts that Ms. Ford-Kelly told me to put on the Form 1099 to ascertain if they were

accurate and had actually been paid out or withheld by AMEC in 2010 before I mailed the Form 1099 to her. In addition, I did not ask anybody in the company about the accuracy of the information on Ms. Ford-Kelly's Form 1099, or whether it should in fact be issued, before I mailed it to her.

7. I did not receive any direction or request at any time from any employee of AMEC to prepare a Form 1099 for Stacy D. Ford-Kelly in January 2011.

8. I did not make or keep a copy of the Form 1099 that I prepared and mailed to Stacy Ford-Kelly, and I did not keep a copy of the notes that I made during my conversation with her about the information she wanted me to put on the Form 1099. In addition, I did not send any information about Ms. Ford-Kelly's Form 1099 to the Internal Revenue Service, and I did not complete a Form 1096 to submit information about Ms. Ford-Kelly's Form 1099 to the Internal Revenue Service.

9. A few days after I mailed the Form 1099 to Ms. Ford-Kelly, I researched the amounts that Stacy Ford-Kelly had told me to put on the Form 1099 and discovered that AMEC had not actually paid any amount of money to Ms. Ford-Kelly in 2010. Although I concluded that the Form 1099 that I had prepared and sent to Ms. Ford-Kelly did not contain true and correct information, I did not talk to anyone in AMEC's legal department about it. In addition, I did not inform the Internal Revenue Service that I had issued a Form 1099 with incorrect information on it. Furthermore, I did not contact Ms. Ford-Kelly and ask her why she had provided me with false information for the Form 1099 that I had sent to her on January 29, 2011.

10. In or about April 2011, my supervisor asked me if I had issued a Form 1099 to Stacy Ford-Kelly, and I informed her that I had not done so. I told her this because I had not seen a copy of the document in the 2010 1099 paper file. I also provided her with information about all of the other Form 1099s that I had issued, either electronically or manually, for the 2010 tax year.

11. In or about September 2011, my supervisor asked me again if I had issued a Form 1099 for Stacy Ford-Kelly, and I informed her that I had not done so. I told her this

3

AMEC000616

LEWIS AND ROCA LLP LAWYERS

1  because I had not seen a copy of the document in the 2010 1099 paper file. I again
2  provided her with information about all of the other Form 1099s that I had issued, either
3  electronically or manually, for the 2010 tax year.
4       12.    In early October 2012, I spoke with AMEC's outside litigation counsel
5  about the Form 1099s that I issued in January 2011. I did not tell her that I had prepared
6  the Form 1099 for Stacy Ford-Kelly during our conversation. I did provide her with
7  electronic copies of the other Form 1099s that I manually prepared in January 2011, along
8  with supporting documentation for the manually prepared forms.
9       13.    On October 12, 2012, I signed a draft declaration which stated that I did not
10 prepare a Form 1099 for Stacy Ford-Kelly in January 2011. I emailed the signed
11 declaration to AMEC's outside litigation counsel at 11:50 a.m. on October 12, 2012.
12      14.    On October 15, 2012, I informed Jacqueline Brown and AMEC's outside
13 litigation counsel that I did prepare the Form 1099 for Stacy Ford-Kelly in January 2011
14 and that I had done so at Ms. Ford-Kelly's request.
15      15.    I declare under penalty of perjury that the foregoing is true and correct.

*Kathleen Welch*
Kathleen Welch

SUBSCRIBED AND SWORN to before me this __1__ day of November 2012.

*[signature]*
Notary Public

My Commission Expires:
09-01-2013



3160708.1

AMEC000617

# EXHIBIT A

E
X
H
I
B
I
T

A

# EXHIBIT A

AMEC000618

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| AMEC EARTH & ENVIRONMENTAL INC<br>11810 NORTH CREEK PRKWY<br>BOTHELL, WA  98011 | $<br>2 Royalties<br>$ | 2010<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ 25000000.00 | 4 Federal income tax withheld<br>$ 25000000.00 | Copy B<br>For Recipient |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 91-1641772 | 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 | $ | $ |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| STACY D. FORD-KELLY<br><br>1561 MOHICAN DR<br><br>LAKE HAVASU CTY, AZ  86406 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐<br>11 | 10 Crop insurance proceeds<br>$<br>12 |
| Account number (see instructions)<br>AZ CV-201007063 SETTLEMENT | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC   (keep for your records)   Department of the Treasury - Internal Revenue Service

AMEC000619