LEWIS AND ROCA LLP
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant AMEC Earth & Environmental, Inc.
*nka* AMEC Environment and Infrastructure, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a Nevada corporation *fka* AMEC EARTH & ENVIRONMENTAL, INC. *fka* AMEC INFRASTRUCTURE, INC.; AMEC PLC, a British Company,<br><br>Defendants. | No. 3:12-cv-08085-NVW<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Defendant AMEC Environment and Infrastructure, Inc. gives notice that it served its Second Request for Production of Documents upon Plaintiff's counsel via e-mail and U.S. mail on December 7, 2012.

DATED this 10th day of December 2012.

LEWIS AND ROCA LLP

By */s/ Robert G. Schaffer*
Robert G. Schaffer
Melanie V. Pate
Alastair Gamble
Attorneys for Defendant
AMEC Earth & Environmental, Inc. *nka* AMEC Environment and Infrastructure, Inc.

3217652.1



**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
strojnik@aol.com

/s/  Carole Hanger

3217652.1