Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, | NO. 3:12-cv-08085-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| AMEC EARTH & ENVIRONMENTAL, INC., | |
| Defendant. | |

Please note that Plaintiff served on Defendants Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production of Documents on 2012-12-03 and Plaintiff's Third Request for Production of Documents on 2012-12-11.

DATED this 11th day of December, 2012.

        **STROJNIK, P.C.**

        /s/ Peter Strojnik

        _____
        Peter Strojnik
        Attorney for Plaintiff

-2-

Served on counsel for Defendants by
e-mail this 11th day of December, 2012
MPate@LRLaw.com; agamble@lrlaw.com

-2-