**STROJNIK, P.C.**
Peter Strojnik, Esq., State Bar No. 006464
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com

**THE STROJNIK FIRM, LLC**
Peter K. Strojnik, Esq., State Bar No: 026082
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-510-9409
Facsimile: 602-296-0135
E-mail: strojnik@skplaw.com

*Attorneys for Plaintiff*

**LEWIS AND ROCA LLP**
Robert Schaffer, State Bar No. 017475
Melanie V. Pate, State Bar No. 017424
Alastair Gamble, State Bar No. 025488
40 North Central Avenue
Phoenix, Arizona  85004-4429
Telephone:  602.262.5370
Facsimile:   602.734.3787
E-mail: mpate@lrlaw.com; agamble@lrlaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,                      )<br>                                                        )<br>              Plaintiff,                        )<br>                                                        )<br>     vs.                                             )<br>                                                        )<br>AMEC Environment & Infrastructure, Inc., a )<br>Nevada corporation *fka* AMEC Earth &  )<br>Environmental, Inc. *fka* AMEC Infrastructure, )<br>Inc.; AMEC PLC, a British Company,     )<br>                                                        )<br>              Defendant.                     )<br>_____ ) | No. 3:12-cv-08085-NVW<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND DEFENDANT'S INITIAL EXPERT WITNESS DISCLOSURE DEADLINE (First Request)** |

Pursuant to the Court's Scheduling Order (Doc. 29), Defendant AMEC Environment & Infrastructure, Inc. ("Defendant") must make disclosures on December 14, 2012 as to expert witnesses who may testify regarding the authenticity of the alleged employment contract (which underlies Counts 1 and 2 of Plaintiff Stacy Ford-Kelly's First Amended Complaint ("FAC")) and the Form 1099-MISC (which underlies Counts 2 and 5-12 of the FAC).  However, Defendant's experts require additional time to inspect certain evidence currently in Plaintiff's possession.

1  Accordingly, the parties have stipulated to, and jointly request the Court to order, an
2  extension of the initial expert witness disclosure deadline for Defendant from December 14, 2012
3  to January 11, 2013.  Additionally, the parties stipulate, and jointly request the Court order, that
4  Plaintiff may supplement her initial expert disclosures, as needed, until January 11, 2013.  The
5  parties do not anticipate that these requested extensions will impact the other deadlines set forth in
6  the Scheduling Order.

RESPECTFULLY SUBMITTED this 13th day of December, 2012.

STROJNIK, P.C.


By   /s/ Peter Strojnik
    Peter Strojnik
    Peter K. Strojnik,
    Attorneys for Plaintiff


LEWIS AND ROCA LLP


By   /s/ Melanie V. Pate
    Robert G. Schaffer
    Melanie V. Pate
    Alastair Gamble
    Attorneys for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ Susan J. Durkee*

3225084.1