IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, ) | No. CV-12-08085-PCT-NVW |
| ) Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) AMEC Environment & Infrastructure, Inc., a ) Nevada corporation *fka* AMEC Earth & ) Environmental, Inc. *fka* AMEC Infrastructure, ) Inc.; AMEC, PLC, a British Company, ) ) Defendants. ) ) | |

The Court, having considered the parties' Stipulation and Joint Request To Extend Defendant's Initial Expert Witness Disclosure Deadline (Doc. 61), and good cause appearing,

IT IS ORDERED extending the deadline of the initial expert witness disclosure for Defendant from December 14, 2012 to January 11, 2013.

IT IS FURTHER ORDERED that Plaintiff may supplement her expert disclosures, as needed, until January 11, 2013.

Dated this 14th day of December, 2012.

_____
Neil V. Wake
United States District Judge