**STROJNIK, P.C.**
Peter Strojnik, Esq., State Bar No. 006464
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com

**THE STROJNIK FIRM, LLC**
Peter K. Strojnik, Esq., State Bar No: 026082
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-510-9409
Facsimile: 602-296-0135
E-mail: strojnik@skplaw.com

*Attorneys for Plaintiff*

**LEWIS AND ROCA LLP**
Robert Schaffer, State Bar No. 017475
Melanie V. Pate, State Bar No. 017424
Alastair Gamble, State Bar No. 025488
40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone:  602.262.5370
Facsimile:   602.734.3787
E-mail: mpate@lrlaw.com; agamble@lrlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, | |
| Plaintiff, | No. 3:12-cv-08085-NVW |
| vs. | **STIPULATION AND JOINT REQUEST TO EXTEND TIME FOR AMEC PLC TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| AMEC Environment & Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company, | |
| | **(First Request)** |
| Defendant. | |

Though it is unclear at this time, service of the First Amended Complaint ("FAC") may have been effected on AMEC PLC during the first week of December 2012. However, to avoid confusion as to the deadline for AMEC PLC to respond to the FAC, and to provide the parties flexibility during the holidays, the parties have stipulated to, and jointly request the Court to order, that AMEC PLC may timely serve a responsive pleading to the FAC by January 11, 2013.

1  The parties do not anticipate that this extension will impact the other deadlines set
2  forth in the Scheduling Order.
3      RESPECTFULLY SUBMITTED this 20th day of December, 2012.
4                               STROJNIK, P.C.

6              By  /s/ Peter Strojnik
7                   Peter Strojnik
                    Peter K. Strojnik,
                    Attorneys for Plaintiff
9              LEWIS AND ROCA LLP

11             By  /s/ Melanie V. Pate
                    Robert G. Schaffer
12                  Melanie V. Pate
                    Alastair Gamble
13                  Attorneys for Defendant

2

3233813.1

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Susan J. Durkee*