**STROJNIK, P.C.**
Peter Strojnik, Esq., State Bar No. 006464
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com

**THE STROJNIK FIRM, LLC**
Peter K. Strojnik, Esq., State Bar No: 026082
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-510-9409
Facsimile: 602-296-0135
E-mail: strojnik@skplaw.com

*Attorneys for Plaintiff*

**LEWIS AND ROCA LLP**
Robert Schaffer, State Bar No. 017475
Melanie V. Pate, State Bar No. 017424
Alastair Gamble, State Bar No. 025488
40 North Central Avenue
Phoenix, Arizona  85004-4429
Telephone:  602.262.5370
Facsimile:   602.734.3787
E-mail: mpate@lrlaw.com; agamble@lrlaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMEC Environment & Infrastructure, Inc., )<br>a Nevada corporation *fka* AMEC Earth & )<br>Environmental, Inc. *fka* AMEC )<br>Infrastructure, Inc.; AMEC PLC, a British )<br>Company, )<br>)<br>Defendants. ) | No. 3:12-cv-08085-NVW<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME FOR AMEC PLC TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

The Court recently dismissed eleven claims that Plaintiff Stacy Ford-Kelly

("Plaintiff") had alleged against both Defendant AMEC Environment & Infrastructure, Inc.

and AMEC PLC in the First Amended Complaint ("FAC").  (*See* Dkt. # 65).  The parties

have subsequently met and conferred regarding the viability of the remaining two claims

against AMEC PLC.  Plaintiff has requested additional time to consider the issue before

AMEC PLC is required to file a responsive pleading.  Accordingly, the parties hereby

3233813.1

1  jointly request that the Court extend the time for AMEC PLC to file a responsive pleading

2  to the FAC from January 11, 2013 to January 18, 2013.

3  　　　　The parties do not anticipate that this extension will impact the other deadlines set

4  forth in the Scheduling Order.

5  　　　　RESPECTFULLY SUBMITTED this 11th day of January, 2013.

6  　　　　　　　　　　　　　　　　　　STROJNIK, P.C.

7

8  　　　　　　　　　　　　　By ___/s/ Peter Strojnik_____
　　　　　　　　　　　　　　　　Peter Strojnik
9  　　　　　　　　　　　　　　　　Peter K. Strojnik,
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

10

11  　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP

12

13  　　　　　　　　　　　　　By ___/s/ Melanie V. Pate_____
　　　　　　　　　　　　　　　　Robert G. Schaffer
14  　　　　　　　　　　　　　　　　Melanie V. Pate
　　　　　　　　　　　　　　　　Alastair Gamble
15  　　　　　　　　　　　　　　　　Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

　　　　　　　　　　　　　　　　　　2                                    3233813.1

1                                  CERTIFICATE OF SERVICE

2

3          I hereby certify that on January 11, 2013, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
Notice of Electronic Filing.

4

5                                                      */s/ Susan J. Durkee*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3233813.1