LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1   40 North Central Avenue, 19th Floor
    Phoenix, Arizona 85004-4429
    Telephone: (602) 262-5311

2

    Robert G. Schaffer, State Bar No. 017475
3   Direct Dial: (602) 262-0271
    Direct Fax: (602) 734-3777
    EMail: BSchaffer@LRLaw.com

4   Melanie V. Pate, State Bar No. 017424
    Direct Dial: (602) 262-5318
    Direct Fax: (602) 734-3785
5   EMail: MPate@LRLaw.com

6   Alastair Gamble, State Bar No. 025488
    Direct Dial: (602) 262-5370
    Direct Fax: (602) 262-3787
    EMail: AGamble@LRLaw.com
7
    Attorneys for Defendant AMEC Earth & Environmental, Inc.
    *nka* AMEC Environment and Infrastructure, Inc.
8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF ARIZONA

11  Stacy D. Ford-Kelly,                    )
                                            )    No. 3:12-cv-08085-NVW
12                          Plaintiff,      )
                                            )    **DEFENDANT'S REQUEST FOR**
13          vs.                             )    **JUDICIAL NOTICE REGARDING**
                                            )    **PUBLIC RECORDS IN SUPPORT**
14  AMEC Environment & Infrastructure, Inc.,)    **OF ITS MOTION FOR**
    a Nevada corporation *fka* AMEC Earth & )    **JUDGMENT ON THE PLEADINGS**
15  Environmental, Inc. *fka* AMEC          )
    Infrastructure, Inc.; AMEC PLC, a British)
16  Company,                                )
                                            )
17                          Defendants.     )

18

19  **REQUEST FOR JUDICIAL NOTICE**

20          Defendant AMEC Earth & Environmental ("AMEC" or "Defendant"), requests that

21  the Court take judicial notice of true and correct copies of the following public documents

22  in connection with the Motion for Judgment on the Pleadings (FRCP 12(c)) it has

23  concurrently filed:

24          **Ex. 1:** Complaint, filed on April 15, 2010 by Plaintiff Stacy D. Ford-Kelly in the

25  matter *Ford-Kelly v. AMEC Earth & Environmental, Inc.*, Case No: CV-2010-07063 in

26  Arizona Superior Court, Mohave County.

27

28

                                                                        3075780.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1     **Ex. 2:**  First Amended Complaint, filed on January 14, 2011 by Plaintiff Stacy D.

2    Ford-Kelly in the matter *Ford-Kelly v. AMEC Earth & Environmental, Inc.*, Case No: CV-

3    2010-07063 in Arizona Superior Court, Mohave County.

4           Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of

5    adjudicative facts, which are "either (1) generally known within the territorial jurisdiction

6    of the trial court or (2) capable of accurate and ready determination by resort to sources

7    whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  To that end, the

8    Court may take judicial notice of facts that are a matter of public record, including

9    documents filed in other litigation.  *Suico v. Freeport-McMoran Copper & Gold, Inc.*,

10   2012 WL 404614, at *2 (D. Ariz. 2012) (citing *Gallo v. Board of Regents of Univ. of Cal.*,

11   916 F. Supp. 1005, 1007 (S.D. Cal. 1995)).

12          Accordingly, AMEC respectfully asks the Court to take judicial notice of the

13   documents listed above and attached as Exhibits 1 and 2 in consideration of its Motion for

14   Judgment on the Pleadings, filed concurrently.

15          RESPECTFULLY SUBMITTED this 14th day of January, 2013.

16                              LEWIS AND ROCA LLP

17

18                              By  */s/ Melanie V. Pate*
                                        Robert G. Schaffer
19                                      Melanie V. Pate
                                        Alastair Gamble
20                                      Attorneys for Defendant

21

22

23

24

25

26

27

28

2                                                    3075780.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on January 14, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5    Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700

6    2415 East Camelback Road
Phoenix, AZ  85016

7    strojnik@skplaw.com

8    Peter Strojnik, Esq.
Strojnik, P.C.

9    2415 East Camelback Road, Suite 700
Phoenix, AZ  85016

10   ps@strojnik.com

11
                                        /s/ Susan J. Durkee
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                                                    3075780.1