# EXHIBIT 1

**Name of Person Filing:** Stacy D. Ford-Kelly
**Mailing Address:** 1561 Mohican Dr.
**City, State, and Zip Code:** Lake Havasu City, AZ 86406
**Daytime Phone Number:** (928) 846-2289
**Evening Phone Number:**
**ATLAS Number (if applicable):**
**State Bar Number (if applicable):**
**Representing:** ☑ Self ☐ Petitioner ☐ Respondent

For Clerk's Use Only
BY: 198
2010 APR 15 PM 4:28
VIRLYNN TINNELL
SUPERIOR COURT CLERK

## SUPERIOR COURT OF ARIZONA
## MOHAVE COUNTY

Stacy D. Ford-Kelly
(Name of Petitioner/Plaintiff)

**Case Number:** CV-2010-07063
**CIVIL COMPLAINT**
(Title of Form)

AND

AMEC Earth & Environmental, Inc.
(Name of Respondent/Defendant)

COMES NOW Stacy D. Ford-Kelly in the above captioned case to request the Court to:

Ask for judgment against Defendant in the sum of $25,000,000.00, with interest (at the legal rate from date of judgment) until paid, plus all costs of this suit.

For the following reason(s):

Plaintiff alleges that this Court has jurisdiction over this matter and Plaintiff is suing the Defendant for violation of Arizona Employment Protections Act, Arizona Constructive Discharge Law, Arizona Equal Pay Law, Arizona Drug Testing Law, Arizona Blacklist Law. Plaintiff also seeks relief for being discharged for "whistle blowing" that is in violation of public policy, theft of original BSCE Degree, theft of original EIT Certification, theft of official transcripts, attempted bribery, defamation of character/libel, public disclosure of private facts, false light laws and physical, mental and emotional distress.

10/9/2009

Page 1 of 2



L8015CV201007063

Case No. _____

## OATH OR AFFIRMATION

STATE OF ARIZONA  )
                  ) ss.
County of Mohave  )

I declare under penalty of perjury that the information on this form is true and correct to the best of my knowledge and belief.

_Stacy D. Ford-Kelly_             04/15/2010
Signature                          Date

Subscribed and sworn to (or affirmed) before me on this __15__ day of __April__, 20__10__.

By: _Stacy Deann Ford Kelly_

My commission Expires: _____

_____
Deputy Clerk / Notary Public

Copy sent to:  AMEC Earth & Environmental, Inc. Statutory Agent:
               CT Corporation System _____ (other party)
               2394 E. Camelback Rd. _____ (address)
               Phoenix, AZ  85016 _____ (city, state, zip)
               on: April 15, 2010 _____ (date)
               Certified mail - return receipt requested

10/9/2009                    Page 2 of 2