# EXHIBIT 1

# AMEC ENVIRONMENT & INFRASTRUCTURE, INC.

**Business Entity Information**

| Status: | Active | File Date: | 6/1/1994 |
|---|---|---|---|
| Type: | Domestic Corporation | Entity Number: | C8316-1994 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19941068472 | Business License Exp: | 6/30/2013 |

**Registered Agent Information**

| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 311 S DIVISION ST |
|---|---|---|---|
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

**Financial Information**

| No Par Share Count: | 240,000.00 | Capital Amount: | $ 750,000.00 |
|---|---|---|---|
| Par Share Count: | 750,000.00 | Par Share Value: | $ 1.00 |

**Officers**                                                              ☐ Include Inactive Officers

| Secretary - BRADLEY J KNIGHT | | | |
|---|---|---|---|
| Address 1: | 140 QUARRY PARK BLVD SE | Address 2: | |
| City: | CALGARY, ALBERTA | State: | |
| Zip Code: | T2C3G3 | Country: | CAN |
| Status: | Active | Email: | |
| Treasurer - JOHN J CLARK | | | |
| Address 1: | 1105 LAKEWOOD PARKWAY | Address 2: | SUITE 300 |
| City: | ALPHARETTA | State: | GA |
| Zip Code: | 30009 | Country: | USA |
| Status: | Active | Email: | |
| President - HISHAM MAHMOUD | | | |

| Address 1: | 1105 LAKEWOOD PARKWAY | Address 2: | SUITE 300 |
|---|---|---|---|
| City: | ALPHARETTA | State: | GA |
| Zip Code: | 30009 | Country: | USA |
| Status: | Active | Email: | |

| Director - HISHAM MAHMOUD | | | |
|---|---|---|---|
| Address 1: | 1105 LAKEWOOD PARKWAY | Address 2: | SUITE 300 |
| City: | ALPHARETTA | State: | GA |
| Zip Code: | 300084 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | C8316-1994-001 | # of Pages: | 2 |
| File Date: | 6/1/1994 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | C8316-1994-003 | # of Pages: | 1 |
| File Date: | 7/7/1994 | Effective Date: | |
| CERTIFICATE OF AMENDMENT AMENDING ARTICLE V (PURPOSE). DMF | | | |
| Action Type: | Merger | | |
| Document Number: | C8316-1994-004 | # of Pages: | 8 |
| File Date: | 7/26/1994 | Effective Date: | |
| ARTICLES OF MERGER MERGING SHB AGRA, INC., AN (AZ) CORP., #3161-80, M&T AGRA, INC., A (CA) CORP. NOT QUALIFIED, RZA AGRA, INC., AN (OR) CORP. NOT QUALIFIED, RZA AGRA ALASKA, INC., AN (AK) CORP., NOT QUALIFIED INTO THIS CORPORATION. (8)PGS. DMF | | | |
| Action Type: | Initial List | | |
| Document Number: | 20070696972-48 | # of Pages: | 4 |
| File Date: | 9/30/1994 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070696994-02 | # of Pages: | 4 |
| File Date: | 6/22/1995 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070697009-00 | # of Pages: | 4 |
| File Date: | 6/20/1996 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20070697025-08 | # of Pages: | 2 |
| File Date: | 7/14/1997 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-009 | # of Pages: | 4 |
| File Date: | 8/5/1998 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-010 | # of Pages: | 4 |
| File Date: | 6/30/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C8316-1994-005 | # of Pages: | 299 |
| File Date: | 10/29/1999 | Effective Date: | |
| CORPORATION TRUST COMPANY OF NEVAD KFA | | | |
| ONE EAST FIRST STREET RENO NV 89501 KFA | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-011 | # of Pages: | 5 |
| File Date: | 6/14/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | C8316-1994-006 | # of Pages: | 2 |
| File Date: | 9/5/2000 | Effective Date: | |
| AGRA EARTH & ENVIRONMENTAL, INC. (2)PGS. DMF | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-008 | # of Pages: | 2 |
| File Date: | 5/22/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-007 | # of Pages: | 1 |
| File Date: | 6/18/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C8316-1994-002 | # of Pages: | 5 |
| File Date: | 6/15/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050255837-27 | # of Pages: | 5 |
| File Date: | 6/28/2005 | Effective Date: | |

| | | | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060297190-06 | # of Pages: | 5 |
| File Date: | 5/8/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070360376-14 | # of Pages: | 3 |
| File Date: | 5/23/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080359294-12 | # of Pages: | 3 |
| File Date: | 5/23/2008 | Effective Date: | |
| 08/09 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090442817-37 | # of Pages: | 3 |
| File Date: | 5/26/2009 | Effective Date: | |
| 09/10 | | | |
| Action Type: | Amended & Restated Articles | | |
| Document Number: | 20090845661-91 | # of Pages: | 3 |
| File Date: | 12/9/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20090859319-36 | # of Pages: | 10 |
| File Date: | 12/15/2009 | Effective Date: | 12/18/2009 |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100306893-02 | # of Pages: | 1 |
| File Date: | 5/5/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20100919429-77 | # of Pages: | 6 |
| File Date: | 12/10/2010 | Effective Date: | 12/16/2010 |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110359421-38 | # of Pages: | 1 |
| File Date: | 5/13/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | 20110752227-19 | # of Pages: | 1 |
| File Date: | 10/19/2011 | Effective Date: | 11/1/2011 |

| | | | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20110802630-73 | # of Pages: | 11 |
| File Date: | 11/9/2011 | Effective Date: | 1/1/2012 |
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20110825727-15 | # of Pages: | 6 |
| File Date: | 11/22/2011 | Effective Date: | 1/1/2012 |
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20110825733-92 | # of Pages: | 6 |
| File Date: | 11/22/2011 | Effective Date: | 1/1/2012 |
| (No notes for this action) | | | |
| Action Type: | Merge In | | |
| Document Number: | 20110826461-21 | # of Pages: | 6 |
| File Date: | 11/22/2011 | Effective Date: | 1/1/2012 |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120335230-41 | # of Pages: | 1 |
| File Date: | 5/11/2012 | Effective Date: | |
| (No notes for this action) | | | |