# EXHIBIT 2



**LEWIS AND ROCA**
—LLP—
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3772
E-Mail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
E-Mail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
E-Mail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY, <br><br> Plaintiff, <br><br> vs. <br><br> AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a Nevada corporation *fka* AMEC EARTH & ENVIRONMENTAL, INC. *fka* AMEC INFRASTRUCTURE, INC.; AMEC PLC, a British Company, <br><br> Defendants. | No. 3:12-cv-08085-NVW <br><br> **DECLARATION OF BEN HANCOCK IN SUPPORT OF DEFENDANT AMEC PLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

BEN HANCOCK, upon his oath, states as follows:

1. I am the Head of Legal, Corporate for Defendant AMEC PLC, a defendant in the above-captioned matter. I make this declaration to the best of my personal knowledge and belief after reasonable inquiry from colleagues in AMEC PLC's Company Secretariat, Tax and Treasury, Property and Human Resources functions and in support of AMEC PLC's motion to dismiss Plaintiff's first amended complaint for lack of personal

3267385.1



1  jurisdiction. If called upon to do so, I could and would competently testify to the
2  following facts.
3      2.    AMEC PLC is a public limited company organized under the laws of the
4  United Kingdom. AMEC PLC is not licensed or registered to conduct business in Arizona
5  and has no registered agent for service of process in Arizona. AMEC PLC maintains no
6  offices, employees, representatives or agents in Arizona, and owns no property located in
7  Arizona. AMEC PLC does not maintain any bank account in Arizona and does not pay
8  Arizona state taxes. AMEC PLC does not solicit business in Arizona and does not engage
9  in advertising that is directed to Arizona residents.
10     3.    I am informed and believe the matters stated herein are true and correct and
11 on that ground declare under penalty of perjury under the laws of the United States of
12 America that the same are true and correct.
13     Executed this 15 day of January, 2013, in London, England.

_____
Ben Hancock