Earth & Environmental

**Employee Action Form**



DATE **04-21-09**     EFFECTIVE DATE **04-21-098**     UNIT **6712D**     EMPLOYEE NO. **506536**

NAME OF THE EMPLOYEE **Stacy Ford**

EMAIL ADDRESS **stacy.ford@amec.com**     New Hire ☐ Rehire ☐ -enter 1st day worked   ☒ Term)

### New Hires/Offer Proposal Information (Mark off all applicable boxes)

Level Title _____
Job Title _____
- ☐ Regular, Full-Time (24 - 40 hr/wk)
- ☐ Temporary, Full-Time (24 - 40 hrs/wk – Max. 6 mo.)*
- ☐ Regular, Part-Time (Max. 23 hr/wk)*
- ☐ Temporary, Part-Time (Max. 23 hr/wk – Max. 6 mo.)*
- ☐ On-Call (no set schedule or hours / no benefits)*  *not eligible for Choices benefits

Vacation Exception: ☐ 3 weeks ☐ 4 weeks
*Please attach applicant resume or application

Work Location _____
Hours/week _____
- ☐ Exempt (salaried)     ☐ Nonexempt (hourly)
Pay $_____ (biweekly if exempt / hourly if nonexempt)
Unit Billable (average 70% unit pricing work) ☐ Yes ☐ No
Timesheet Approver /Supervisor _____
Participation in: ☐ Driving Program ☐ Medical Surv. Program
☐ Signing Bonus: $_____    ☐ Moving Allowance: $_____

### Changes (Mark off all applicable boxes)

- ☐ New Level Title _____
- ☐ New Location _____
- ☐ New Unit _____
- ☐ Regular or ☐ Temporary
- ☐ PT to FT (24 - 40 hr/wk) _____ hrs/wk
- ☐ FT to PT (Max. 23 hr/wk / no benefits) _____ hrs/wk
- ☐ FT/PT to On-Call (no set schedule or hours / no benefits)
- ☐ Employee requested or ☐ Employer requested, if due to lack of work contact HR

- ☐ New Job Title _____
- ☐ New Supervisor/Manager _____
- ☐ New Timesheet Approver _____
- ☐ Exempt to Nonexempt
- ☐ Nonexempt to Exempt (attach job description; prior HR approval)
- ☐ New Hours per Week _____
- ☐ On-Call to FT or PT (circle one) _____ hrs/wk

☐ Base Pay Change  Current Pay $_____  New Pay $_____ (biweekly if exempt / hourly if nonexempt)
Reason for Change**  ☐ Merit Increase  ☐ Promotion  ☐ Market Adjustment  _____ % Increase
** Attach appropriate documentation (i.e., market data if this is a adjustment) or use explanation area below

### Leave of Absence (Start – use first day not working. Return – use first day back. Attach appropriate documentation)

- ☐ Start Leave of Absence    Date: _____
- ☒ Return from Leave of Absence   Date: **04-21-09**

Type: ☒ FMLA   ☐ Military
      ☐ Personal   ☐ Lack of Work (Temporary Layoff)

### Terminations (Attach resignation letter/form. For separations attach documentation and final timesheets.)

- ☐ Resignation
- ☐ Involuntary Separation – Term with cause
- ☒ Involuntary Separation – Layoff

Separation Code **101** (reference leave codes)
Eligible for rehire? ☒ Yes or ☐ No (If No is checked, please attach or provide explanation)

Explanations/Notes: *2 weeks sev. 1 mo COBRA 1379.46** Ms. Ford has been on an extended FMLA leave beginning on 12-16-08. She has medial approval to return to work tomorrow, 04-21-09. Since Ms Ford has been absent, her duties have been redistributed to other personnel, and there is no need to reinstate her subsequent to her leave. She is being laid off coincidental with her return

*Dental E/E 120.82, * OAP IN E/F 1240.93 * Vision E/F _____

| AUTHORIZATIONS | WHEN REQUIRED | SIGNATURE | DATE |
|---|---|---|---|
| Unit Manager | All Changes | *M Haywood* | April 20, 2009 |
| Area Manager | See Limits of Authority | attached | |
| Regional Manager | See Limits of Authority | | |
| Human Resources | Reviews All Changes; Concurrence per Limits of Authority | attached | |
| Exec. Vice- President | See Limits of Authority | | |

For Office Use Only: revised March 2006   ENTERED BY HR
☐ New Hire   ☐ Promotion        Billing Class Code _____    EEO Code _____
☐ Rehire    ☐ Other         APR 17 2009  Title _____        Headcount Title _____
                     Accrual Rate _____ %   Continued Service date _____

HR/Payroll Use Only | HR Initial **AO** | ADP Initial | RST Initial