

Stacy Ford
Engineer in Training
6712 - SW Lake Havasu City Infrastructure

April 21, 2009                                                 <u>Private & Confidential</u>

Dear Ms. Ford:

The purpose of this letter is to confirm our conversation in which you were informed that effective April 21, 2009, your employment with AMEC Earth & Environmental will cease.

In recognition of your service and to assist you while seeking alternate employment, AMEC Earth and Environmental is prepared to provide to you, upon the signing of a full and final release, (enclosed), the following:

**Severance:** You are being offered a severance payment equal to **two (2) weeks** of pay-in-lieu of notice. This amount is taxed at the IRS supplemental rate. In addition, you are being offered payment equal to one month's COBRA costs.

**Benefits:** If you are enrolled in the Health Insurance program your Health Insurance coverage will continue through **April 30, 2009**. After that date, you will be eligible to continue health plan benefits at your own cost for up to 18 months under the COBRA program. You will receive further information in writing from CIGNA about your COBRA options and sign-up requirements (i.e. you have 60 days from your termination date to elect COBRA coverage) for health plan continuation.

If you are enrolled in a health care or dependent care reimbursement account, you may submit claims for expenses incurred up to your termination date. All claims for dependent care must be submitted by March 31st of the following year and all claims for health care within 90 days of termination date or funds will be forfeited. You may also elect to continue contributing to your health care reimbursement account at your own cost under the COBRA program. You will receive further information in writing from CIGNA about your COBRA options and sign-up requirements. COBRA coverage is not available for dependent care accounts.

Your Accidental Death and Dismemberment, Long Term Disability, and Life Insurance coverages will cease effective on **April 21, 2009**.


FORD 00119

If you are enrolled in the 401(k) program, your contributions will also cease effective **April 21, 2009**. A packet explaining all of your 401(k) options will be mailed to your home.

**Unemployment Compensation:** Please be aware that you may be eligible for unemployment compensation through the local state offices. You may apply after **April 21, 2009**.

**Employee Assistance Program (EAP):** Counseling services have been arranged through LifeWorks, a Ceridian Service. You are eligible for five visits without cost to you anytime during the months of **April and May** under AMEC's agreement with LifeWorks. You may call them at 888-267-8126.

**Job Openings:**
If you are interested in future employment opportunities with AMEC, please be sure to look on www.amec.com for open job postings.

**Final Pay:** Your final paycheck will be issued on **April 24, 2009**. The paycheck includes the entire pay period through **April 21, 2009** as well as any accrued, unused vacation.

In exchange for the severance described above, we require you to confirm your acceptance by executing the attached Final Release and Indemnity within 21 days. Please forward a signed original of the document to **Melinda Knott, AMEC Earth & Environmental, 11810 North Creek Parkway North, Bothell, WA 98011** no later than May 12, 2009.

We thank you for your efforts on behalf of E&E and wish you much success for the future. Should you have any questions please contact Human Resources.

AMEC Earth & Environmental, Inc.

*Mike Lywood* (signature)

Mike Lywood
Unit Manager—Lake Havasu, AZ