Case 3:12-cv-08085-NVW    Document 79-1    Filed 02/14/13    Page 1 of 4

 (http://www.amec.com/)

# Cookies and privacy

**Privacy**

AMEC plc respects your privacy and does not sell, rent or loan any identifiable information collected on this site. Any information that you give will be treated in a careful and secure manner. It will not be used in ways to which you have not consented.

This statement explains how we may collect and use information about you through our website. If you have any questions about our privacy policies, want to exercise your right to see a copy of the information that we hold about you or think that information we hold about you may need to be corrected, please send an email to our data protection officer, Chris Fidler (chris.fidler@amec.com (mailto:chris.fidler@amec.com) ).

We do not seek to identify individual visitors unless they volunteer their contact details through one of the forms on the site. These forms invite you to submit your contact details and other information about yourself or your organisation, or to send us emails which may, of course, also identify you. In each case, the purpose for which you are invited to give us information is clear and we also indicate where the requested information is essential for the relevant purpose and where it is optional – fields for essential information are marked with an asterisk. We will only use your details to send you information from AMEC that you have specifically requested. If you no longer wish to receive such information, our emails contain a link that will allow you to change or terminate your subscription to our email alerting service. Alternatively, you can let us know your preferences by sending an email to webmaster@amec.com (mailto:webmaster@amec.com) . We will not use your information for purposes that are not clear when you provide your details, and will not disclose it outside AMEC, except in very limited circumstances and only with your agreement or where we are legally obliged to do so.

AMEC is a global operation but its businesses are managed through various regional entities. When you provide information to AMEC, to the extent that this is capable of being accessed from different countries, we are committed to ensuring that any AMEC operation complies with local legislation and applies the same global standards regarding the security of data.

AMEC takes all reasonable security measures to protect personal information from loss, unauthorised access, destruction, misuse, modification or disclosure. As far as permissible under law, AMEC accepts no responsibility for the unauthorised access of personal information held by AMEC.

This website contains links to other AMEC business and third-party websites. Before disclosing your personal information on any other website, we advise you to examine the privacy statements of those websites. AMEC takes no responsibility for the privacy practices or the content of any websites other than this one.

The content of our privacy policies may be updated from time to time, so we suggest that you return to the website on a regular basis and carefully read the information provided.

## Cookies

AMEC uses cookies to store information on your computer which will improve your experience on our website. With a few exceptions, these cookies do not collect personal details or information that identifies a visitor and are only used by us to improve how the website works. Of the cookies that do collect personal information, AMEC and its third party suppliers will not use your information for purposes that are not clear when you provide your details, and will not disclose it outside AMEC or the third party company, except in very limited circumstances and only with your agreement or where we are legally obliged to do so.

By using our website, you agree that we can place these types of cookies on your device. If you would rather cookies weren't stored on your device please read further down to find out how to control and delete them or visit the About Cookies (http://www.aboutcookies.org/) website which provides comprehensive information on how to do this on a variety of browsers.
Read on for more information about cookies.

### What is a cookie?
A cookie is a small text file downloaded onto your computer or device when you access a website. These cookies allow a website to recognise a user's device.
Their purpose is to help organise and store browsing information. Some cookies, such as automatic log-ins, are very useful.

### Types of cookies
There are different types of cookies that allow different things to happen when you visit a website:

Session cookies
These allow websites to link the actions of a user during a browser session only, for example on amec.com a session cookie is used to remember the details a user provides when downloading images from our image library. This means that if the user downloads more than one image they only need to enter their details once during that session.
These session cookies expire after a browser session ie as soon as you close the browser window
Persistent cookies
These are cookies which are stored on a user's device in between browser sessions which allow the preferences or actions of the user to be remembered. amec.com does not use these type of cookies
First party cookies
This is the general name for cookies which are set by the website visited by a user
Third party cookies
These are cookies set by a website other than the website which the user is visiting. This includes suppliers who set cookies on a website on a company's behalf in order to provide a service to them. For example, on amec.com we use a third party to host our investor related webcasts whose website collects information provided by viewers who register to view these

as they are being recorded
Analytical cookies
These are cookies used to collect information about how people access and use a website and are the type mostly used on our site

**Why use cookies?**
Cookies are used to improve services for you through, for example:

Enabling a service to recognise your device so you don't have to give the same information several times during one task
Recognising that you may already have given a username and password so you don't need to do it for every web page requested
Measuring how many people are using services, so they can be made easier to use and there's enough capacity to ensure they are fast
Analysing anonymised data to help us understand how people interact with our services so we can make them better

**amec.com and cookies**
We have included a full list of cookies used on www.amec.com (http://www.amec.com) with details of what each is used for.

**Analytical cookies**
We use Google Analytics to collect information about how people use this site. We do this to make sure the site is meeting its users' needs and to understand how we could make it better.

Google Analytics stores information about the pages you visit, how long you are on the site, how you got here and what you click on. We do not collect or store any personal information so this data cannot be used to identify who you are. We do not allow Google to use or share our analytics data.

**Other first party cookies**
There is an image download facility available in the Media section of amec.com which requires users to provide their name, email address and organisation name before they can download an image. This is so that AMEC is assured that the image is being used for genuine purposes.

The cookie used here ensures that a visitor only needs to enter their personal information once during a session as their details are remembered and autocomplete when downloading more than one image.

We will not use your information for purposes that are not clear when you provide your details, and will not disclose it outside AMEC, except in very limited circumstances and only with your agreement or where we are legally obliged to do so.

**Third party cookies**
amec.com uses a small number of suppliers who set cookies on our website on our behalf in order to provide services to AMEC. Details of these can be found below:

**Controlling and deleting cookies**
amec.com will not use cookies to collect personally identifiable information about you.

Case 3:12-cv-08085-NVW   Document 79-1   Filed 02/14/13   Page 4 of 4

However, if you wish to restrict or block the cookies which are set by our website, or indeed any other website, you can do this through your browser settings.

You can delete the files that contain cookies – those files are stored as part of your internet browser. If you wish to restrict or block cookies, or if you wish to receive notification of cookie placement requests or decline cookies completely, you can do this through your browser settings. The Help function within your browser should tell you how. Please be aware that declining or denying cookies may prevent you from being able to use the website to its highest capability.

Alternatively, you may wish to visit the About Cookies (http://www.aboutcookies.org/) website which provides comprehensive information on how to delete these files which contain cookies on a wide variety of browsers, as well as more general information. If you use a mobile device you will need to refer to your user manual for information on this.

To opt-out of third-parties collecting any data regarding your interaction on our website, please refer to their websites for further information.

Any changes to this policy will be posted here.