David Bennion
AMEC
Human Resource Manager
Mesa, AZ
Phone: 1.480 648 5331
Fax: 1 480 830 3903

---

**From:** Lair, Renee
**Sent:** Monday, January 28, 2008 2:22 PM
**To:** Bennion, David B
**Subject:** Stacy Ford

David:

Attached it the new hire package for Stacy Ford. We did not receive the Beneficiary Election For for the Life Ins. What do you want me to do with all her originals? I can send them via Federal Express if you want me to.

Renee Lair
AMEC
Project Administrator
Lake Havasu, Arizona
Phone 1 928 854 8030
Fax 1 928 854 8036
renee.lair@amec.com

01/31/2008