# Halladay, Mary

**From:** Oliveira, Ashley
**Sent:** Tuesday, April 21, 2009 1:10 PM
**To:** Halladay, Mary
**Subject:** RE: Stacy Ford

Yes please forgive

*Thanks-*
*Ashley*

---

**From:** Halladay, Mary
**Sent:** Tuesday, April 21, 2009 11:52 AM
**To:** Oliveira, Ashley
**Subject:** Stacy Ford

Ashley,

Stacy has a Taxable Relocation payment in the amount of $ 4500.00 - Has that been forgiven?
Thanks,
Mary

Mary Halladay
Payroll Manager

AMEC Earth & Environmental
425-368-2368 **NEW**
425-368-1006 **NEW** (fax)
mary.halladay@amec.com

1