Glacier                                                                                                   Page 1 of 1

## Knott, Melinda R

**From:** Galchenko, Maya I
**Sent:** Monday, April 20, 2009 4:42 PM
**To:** Bennion, David B
**Cc:** Knott, Melinda R
**Subject:** RE: Stacy ford Layoff APPROVAL NEEDED

Approved.

---

**From:** Bennion, David B
**Sent:** Monday, April 20, 2009 4:39 PM
**To:** Peterson, David E; Brickey, William J; Galchenko, Maya I
**Cc:** Leon, Lisa; Cleland, Teresa L; Knott, Melinda R
**Subject:** Stacy ford Layoff APPROVAL NEEDED
**Importance:** High

Hello:

I am attaching an EAF for the layoff of Stacy Ford. Stacy was slated for the 01-11-09 layoff, but since she was on an active FMLA leave, it was decided to hold off on her layoff until after she was allowed to return to full duty.

She will be returning to work tomorrow, and we want to do the layoff coincidental with her return to work. Stacy's work has been redistributed to several other people.

Stacy has exhausted her 12-week FMLA leave job protection, and thus we are not obligated to return her to work. Since her workload has already been reallocated, it makes sense to do this layoff at this time. Please respond to Melinda Knott, cc to me with an approval of this layoff. Please do this ASAP, as we need to generate the paperwork for the layoff today. Thank you.

Dave Bennion
SW Region HR Manager
Mesa, AZ
480-648-5331

04/20/2009

Glacier                                                                                           Page 1 of 1

## Knott, Melinda R

| | |
|---|---|
| From: | Peterson, David E |
| Sent: | Monday, April 20, 2009 4:59 PM |
| To: | Bennion, David B; Brickey, William J; Galchenko, Maya I |
| Cc: | Leon, Lisa; Cleland, Teresa L; Knott, Melinda R |
| Subject: | RE: Stacy ford Layoff APPROVAL NEEDED |

ok by me
DEP

---

**From:** Bennion, David B
**Sent:** Monday, April 20, 2009 4:39 PM
**To:** Peterson, David E; Brickey, William J; Galchenko, Maya I
**Cc:** Leon, Lisa; Cleland, Teresa L; Knott, Melinda R
**Subject:** Stacy ford Layoff APPROVAL NEEDED
**Importance:** High

Hello:

I am attaching an EAF for the layoff of Stacy Ford. Stacy was slated for the 01-11-09 layoff, but since she was on an active FMLA leave, it was decided to hold off on her layoff until after she was allowed to return to full duty.

She will be returning to work tomorrow, and we want to do the layoff coincidental with her return to work. Stacy's work has been redistributed to several other people.

Stacy has exhausted her 12-week FMLA leave job protection, and thus we are not obligated to return her to work. Since her workload has already been reallocated, it makes sense to do this layoff at this time. Please respond to Melinda Knott, cc to me with an approval of this layoff. Please do this ASAP, as we need to generate the paperwork for the layoff today. Thank you.

Dave Bennion
SW Region HR Manager
Mesa, AZ
480-648-5331

04/21/2009