ZoomInfo

Contact Us Today! 1.866.904.9666    FAQ    Sign In

Search    Products    Customers    Resources    About    Register



# Maya I. Galchenko  Wrong Maya I. Galchenko?

## Human Resources Director

*This profile was last updated on 5/2/06 and contains information from public web pages and contributions from the ZoomInfo community. Is this you? Claim your profile.*

Email: m***@***.com

Local Address: San Diego, California, United States

**AMEC plc**

### Web References

San Diego Metropolitan - Honorees - June 2002
www.sandiegometro.com, 6 June 2002 [cached]
**Maya GalchenkoAMEC Earth & Environmental, Inc.**

San Diego Metropolitan - Honorees - June 2002
www.sandiegometro.com, 30 May 2002 [cached]
**Maya GalchenkoAMEC Earth & Environmental, Inc.**

FIND PEOPLE & COMPANIES

WHAT IS ZOOMINFO?

ZoomInfo Database
Privacy Center

RESOURCES

ZoomInfo Blog
Newsletter
Webinars
White papers
Claim Your ZoomInfo Profile

WHO USES ZOOMINFO?

Individuals
Sales Professionals
Recruiters
Marketers
Market Researchers
Media, Bloggers and Analysts
Enterprise-class Teams

PRODUCTS

ZoomInfo® Directory
ZoomInfo® Community Edition
ZoomInfo® Professional Edition
ZoomInfo® CRM
ZoomInfo® Data-On-Demand
ZoomInfo® Enterprise

PARTNERS

ABOUT ZOOMINFO

Careers
Privacy
Terms & Conditions
Contact Us
Concept Map

CUSTOMER SUPPORT

Customer Support Center
My Account
Register
Subscribe
Am I in ZoomInfo?

 

Copyright © 2013 Zoom Information, Inc. All rights reserved