## david peterson

**SVP at AMEC**

Phoenix, Arizona Area   Information Technology and Services

Join LinkedIn and access david peterson's full profile.

As a LinkedIn member, you'll join 200 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **david peterson** know in common
- Get introduced to **david peterson**
- Contact **david peterson** directly

View Full Profile

### david peterson's Overview

Current   **SVP at AMEC**
Connections   **0 connections**

### david peterson's Experience

**SVP**
**AMEC**
Public Company; 10,001+ employees; AMEC; Oil & Energy industry
Currently holds this position

### Contact david for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

### View david peterson's full profile to...

- See who you and **david peterson** know in common
- Get introduced to **david peterson**
- Contact **david peterson** directly

**View Full Profile**

Not the david peterson you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2011