\* AMECNet Policies CoBC



## CODE OF BUSINESS CONDUCT

STATEMENT OF ACKNOWLEDGMENT FOR ALL EMPLOYEES

I acknowledge that I have read and understood the AMEC Americas Code of Business Conduct (current version posted on AMECnet).

I acknowledge that I have completed the mandatory training on the Code of Business Conduct. (Training is available through the web-based tutorials on AMECnet or by attending a facilitated training session.)

I have been given an opportunity to raise and discuss any ethics-related concerns with my manager (or other appropriate official) as part of this sign-off procedure. I confirm that I will abide by this Code of Business Conduct with respect to all matters related to my employment with AMEC.

_Stacy D. Ford_
(Print Name)

_Stacy D. Ford_
(Signature)

_6712_
(Unit/Department)

_01/28/2008_
(Date)

## SUPPLEMENTAL TRAINING
## FOR PERSONNEL INVOLVED IN U.S. GOVERNMENT WORK

I have been designated, by my Manager or local Commercial Manager, as an employee who is required to sign this portion of the Code of Business Conduct. I acknowledge that I have read and understood the 'AMEC Americas Code of Business Conduct Supplement for Personnel Involved in U.S. Government Work'.

I acknowledge that I have either attended the training session on the Supplement (where required in designated AMEC work locations) or have reviewed the Supplement video.

I have been given an opportunity to raise and discuss any ethics-related concerns with my manager (or other appropriate official) as part of this sign-off procedure. I confirm that I will abide by the 'Code of Business Conduct Supplement for Personnel Involved in U.S. Government Work' with respect to all matters related to my employment with AMEC.

_Stacy D. Ford_
(Print Name)

_Stacy D. Ford_
(Signature)

_6712_
(Unit/Department)

_01/28/2008_
(Date)