

amec

Code of Business Conduct



■ **Sustainably delivering excellence to our customers**
- – Exceeding the expectations of our clients and others we work with
- – Thinking sustainably, for the long term
- – Passionate about success

■ **Believing in people**
- – Investing in training and development
- – Promoting teamwork and the sharing of knowledge and best practice
- – Recognising the power of diversity

■ **Never compromising on safety**
- – Protecting and supporting employees and any one working with us or affected by our activities
- – Committed to continuous improvement

■ **Acting with integrity**
- – Being reliable, trustworthy and fair in all we do
- – Showing respect
- – Committed to delivering on our promises

# ❝ Delivering excellence, inspiring trust and loyalty – and living our values.❞

**We want AMEC to be a great company with a reputation for continually delivering excellence. Our values (shown opposite) explain the behaviours which must be second nature to us as we deliver this vision and by so doing, inspire trust and loyalty in our customers.**

These are apparently simple yet hugely important words. Trust and loyalty are hard won, but can easily be lost by behaviour inconsistent with our values. We must be committed to the highest standards and operate with honesty, integrity and excellence in all that we do. This is not something which we can leave for others to worry about. I have a personal responsibility to demonstrate my commitment to integrity; you are equally responsible for your own behaviour. This means more than just following a set of compulsory procedures: it is about understanding the spirit of our Code of Business Conduct and knowing what to do when something does not feel right.

We should always act with the highest ethical standards in all our relationships. We must never accept or excuse behaviour which is inconsistent with our values and Code of Business Conduct, and we should expect those who work for us or under our direction to adopt the same behaviours. We should report any suspected or actual breaches, confident in the commitment AMEC's Group Management Team has made to support those making such reports.

'Acting with integrity' is one of AMEC's core values. This is how we need to continue to behave if we are to create a successful and sustainable business for the long term, trusted by our loyal customers.

**Samir Brikho**
**Chief Executive**





❝ Always prioritise
ethical behaviour –
even if it costs more
in the short term.❞

# Contents

**Letter from Samir Brikho**

**Introduction**                                                           6
A set of principles to guide us in our everyday business activities

**Our responsibility to our customers and other business partners**        9
Conducting fair and honest relationships with high ethical standards

**Our responsibility to each other**                                      11
Observing the highest standards of courtesy and respect when
interacting with others

**Our responsibility to AMEC**                                            15
Using AMEC's time, facilities and resources to enhance
AMEC's success

**Our responsibility to governments**                                     18
Observing the highest ethical standards

**Our responsibility to our community**                                   19
Committed to supporting the communities in which we operate
and society in general

**Upholding the Code**                                                    20

**Background and further reading**                                        22

**Ethics helpline details**                                              23

❚❚ You have the right to expect
support, as you uphold this Code."

# Introduction

**Our Code of Business Conduct (Code) is a set of principles to guide us, and those who work on our behalf and under our direction, in the conduct of our day-to-day business. It is equally valid wherever in the world we are operating and whoever we are working with. It is a practical application of our values. We must sustainably deliver excellence to our customers by believing in people, never compromising on safety and acting at all times with integrity.**

Our policy is to comply fully with relevant laws, regulatory requirements and applicable codes in all the countries in which we do business. Sometimes our Code is more stringent even than this, ensuring we conduct our business affairs to the highest ethical standards and consistently demonstrate integrity. By our actions, we seek to demonstrate our support for all ten UN Global Compact principles.*



Failure to comply with this Code may result in disciplinary action, depending on the severity, up to and including dismissal. In serious cases, you may also be the subject of criminal sanctions.

## ❝ Helping you use your judgement to make the right decisions.❞



**All of us are expected to:**

- Treat others with respect

- Avoid any involvement in acts we know to be illegal, unethical or otherwise improper

- Have a practical working knowledge of the laws, regulations and AMEC policies (including this Code) affecting our responsibilities and seek training on such where required

- Act as ambassadors for AMEC in all interactions

- Support our commitments to safety (Beyond Zero) and sustainability

\* See page 22



- Seek guidance from our manager when in doubt about our responsibilities or how to apply this Code in specific situations

- Recognise that this Code cannot cater for every scenario, but is designed to help us use our judgement to make the right decision

- Avoid conflicts of interest

- Report possible violations of law, regulation or this Code or any other AMEC policy in accordance with the 'Upholding the Code' section of this Code.

**All managers are expected to:**

- Ensure your employees understand this Code and their responsibilities under it and have a practical working knowledge of the laws, regulations and AMEC policies affecting their responsibilities

- Maintain a workplace environment that encourages frank and open discussion of possible violations without concern of retaliation.

❝❝ When in doubt – always ask."



# Our responsibility to our customers and other business partners

Our customers and clients and our relationship with them underpin our success. By constantly delivering excellence, we want to inspire their trust and loyalty. We also have relationships with many business partners (including suppliers, agents, consultants, lenders, joint venture partners) which contribute to the long-term success of AMEC.

We must ensure fair dealing in all our interactions with any of our business partners. We need to comply with anti-trust and competition laws, never make or accept improper payments, and be aware of our rules on gifts and hospitality.

Our agents, sponsors and consultants act as our representatives. They must be chosen with care and their activities documented and monitored. See the Agents and Sponsors policy on AMECnet for further details.

**We must:**

- Act responsibly towards our customers and other business partners at all times and conduct fair and honest relationships with high ethical standards

- Comply with anti-trust and competition laws in the countries where we operate. These vary from country to country but generally prohibit agreements and practices that are anti-competitive and undermine fair competition

**❚❚ No action can be justified if it involves compromising our integrity."**

- Only offer or accept gifts and hospitality to or from our current or prospective business partners if they:
  - ▷ impose no sense of obligation on the recipient
  - ▷ are appropriate to reciprocate in a similar manner at company expense
  - ▷ will in no way affect commercial decision-making
  - ▷ would cause no embarrassment to AMEC or you if they became public.

  See the Gifts and Hospitality policy on AMECnet for further guidance.

- Protect and support any AMEC employee who refuses to pay or receive a bribe, kickback or facilitation payment

- Ensure that agents, sponsors and consultants comply with all applicable laws and regulations, this Code, the Agents and Sponsors policy and other applicable AMEC policies and that all commissions or fees paid to them are reasonable in relation to the services provided.

**We must not:**

- Seek any improper advantage in our relationship with our business partners through the misuse, concealing or misrepresentation of information or any other unfair dealing practice

- Steal or illegally obtain or disclose proprietary information or induce such disclosures from other persons

- Make any agreements with competitors* to set prices, allocate customers, territory, markets or services, fix conditions of sale (including price discounts) or determine to whom to bid or from whom to purchase goods and services

- Share any information with, or seek any information from, our competitors* in relation to prices, margins, costs, proposals, sales practices, or other critical aspects of our or their terms of business that are not in the public domain

- Offer, pay, solicit or accept bribes, kickbacks, so-called facilitation payments or other prohibited payments or activities from any person. Guidance on what constitutes facilitation payments is available on AMECnet.

❝ Would I be happy seeing my actions reported in the newspapers?"



\* From time to time we may enter into a joint venture on a bid with those who are otherwise our competitors. Within the context of such a joint venture, these competitors should be treated as business partners.

# Our responsibility to each other

**Our employees come from many countries and have different backgrounds and cultures. Each one of us contributes to AMEC's success and those contributions are maximised if a respectful work environment is maintained.**

We at AMEC value the diversity of our people and respect and uphold their human rights. You have the right to work in a safe, healthy and secure environment and one which is founded on mutual respect and open communication, free from harassment and offering equal opportunity for advancement and promotion.

We must observe the highest standards of courtesy and respect when interacting with others.

In order for us all to work safely, effectively and productively, to remain alert and responsive to instruction and be aware of the consequences of our actions, AMEC's policy is to maintain a drug and alcohol-free workplace.

## ❝ Doing the right thing makes good business sense.❞



**We must:**

- Treat others with civility and courtesy, accepting differences without necessarily agreeing with them, listening to what others have to say and refraining from ridicule and embarrassing others

- Encourage open and honest communication between an individual and their manager on a day-to-day basis. Employees' input should be welcome, advice freely given and issues raised and shared candidly

- Afford employees and job applicants fair and non-discriminatory treatment for both employment and advancement, irrespective of race, ethnic or national origin, age, gender, religion, sexual orientation, disability or other qualities and traits irrelevant to performing the tasks required. Employment and advancement must be based on aptitude, abilities, skills and qualifications

- Value the national and cultural heritage and many differences of our people. Individual differences enrich the workplace and improve AMEC's ability to attract the best employees and work with customers and suppliers

- Respect the privacy of employees and third parties and handle personal information responsibly

- Protect and support employees, business partners and the environment by implementing robust health, safety, environmental and security management systems, adopting best practices and engaging in continuous performance improvement

- Understand the work in which we are involved, be aware of the risks and take the necessary and appropriate precautions for the health, safety and security of all

- Report immediately any unsafe conditions or breach of the AMEC standards in health, safety, security and environment. Nothing we do is so important we cannot take time to do it safely

- Stop work at any time if health, safety or security is being compromised.

## ❝ Our values: never compromising on safety."



**We must not:**

- Tolerate any kind of harassment by or against our people. This includes behaviour directed at any person that they may find intimidating, demeaning, insulting, embarrassing or humiliating and sexual or other offensive behaviour. Inappropriate conduct includes:

  ▷ Slurs, name calling, ridicule, mockery

  ▷ Unwanted physical contact, assaults or threats, intimidation, stalking or spying

  ▷ Offensive or obscene comments, jokes, songs, posters, graffiti or gestures

  ▷ Improper or repeated isolation or exclusion from social activities, meetings or conversations

  ▷ Coercion for favours

  ▷ Bullying or deliberately setting unrealistic targets and / or deadlines, public criticism, undervaluing effort and substituting responsible tasks with menial or trivial ones

- Possess, distribute or use illegal drugs, or use legal drugs or alcohol inappropriately, while carrying out company business. See our policy on drugs and alcohol, available on AMECnet.

❚❚ Treat others as you would like to be treated yourself."





If it doesn't feel right –
it probably isn't right."

# Our responsibility to AMEC

**We must all use AMEC's time, facilities and resources to enhance AMEC's success. Inappropriate or unauthorised use of AMEC's assets diminishes AMEC's ability to optimise performance.**

Information is a critical asset and includes confidential and proprietary information such as trade secrets, business processes, internal reports and procedures, marketing information, studies, specifications, software, processes and methodologies, personnel details and many other items. Such information may be stored in various forms and may have been developed by AMEC or entrusted to us by our clients, business partners or others.

**We must:**

- Take care to prevent disclosure, loss, theft, damage or unauthorised use of physical assets and information belonging to AMEC or our clients or other business partners

- Be sensitive to actions which may inadvertently disclose trade secrets or confidential or proprietary information

- Conduct all import, export and re-export activities and/ or transactions in full compliance with all applicable import and export control laws, regulations and policies

- Discuss any potential or actual conflicts of interest with your line manager, who will in turn discuss with Human Resources and the group's ethics officers where appropriate.

Conflicts of interest can arise if you have competing personal, family or other interests which influence the fair and impartial exercise of your duties. The mere appearance of conflicts of interest can undermine trust in AMEC, even if mitigating factors are present.

Example conflicts of interest include:

▷ Employment outside the company that may interfere with your duties at AMEC

▷ Employment with a current or prospective business partner or competitor of AMEC

▷ Acting as a consultant to, or director of, any organisation involved in the same business as AMEC or potential current or prospective business partner or competitor of AMEC

▷ Involvement in any organisation (including any voluntary activities) that has the potential to create business conflicts or embarrassment for AMEC

▷ Recommending or awarding business to a company managed or owned by a family member, hiring a close relative or personal friend or being involved in any other activity concerning a close relative or friend that may be seen to conflict with your duties. All such matters must be referred to your manager

▷ Owning yourself (or through members of your immediate family) significant shareholdings or partnership interests in companies that do business with AMEC or which compete with us

■ Ensure that there is no perception of any improper relationship between any manager and a person who reports to them, between members of a team or between those who report to the same person.

We encourage team work and cooperative working amongst our employees and recognise that long-term personal relationships are formed in the workplace. Should such a relationship develop, the employees should report it to their superior or go directly to Human Resources who will document whether any action (such as a move to another team) needs to be taken.

## ❝❝ Ask yourself: Do I feel comfortable with this?"

**We must not:**

■ Disclose trade secrets and confidential information to unauthorised persons

■ Engage in insider trading. This is the sale, purchase, exchange or other trading of securities based on material information not readily available to the public i.e. information an investor would consider important in deciding to trade. It may be information affecting AMEC itself or other companies with which we are dealing, such as current or prospective customers and business partners.

Liability for insider trading may attach both to employees and their friends and family. We have a policy governing trading in AMEC plc shares, which can be found on AMECnet.

If you are in any doubt about the implications of a proposed transaction in AMEC plc shares, you should contact the Company Secretary prior to undertaking any such transaction.





Our values:
believing in people."

# Our responsibility to governments

AMEC contracts with governments in a number of countries. Many governments have detailed processes and procedures for the purchase of goods and services and have regulations covering the hiring of current or former government officials, offering money or other benefits to public officials, providing gifts and hospitality to public officials and other conduct which may impair fair and impartial decisions.

**We must:**

- Observe the highest ethical standards when dealing with governments

- Understand that it is our responsibility to know, understand and comply with applicable requirements.

**We must not:**

- Make contributions to political parties in an attempt to influence any decision or gain a business advantage.

❝ You don't need to be a lawyer – but you do need to know when to check."



# Our responsibility to the community

AMEC is committed to supporting the communities in which we operate and society in general. This includes promoting sustainable development, encouraging volunteering by our employees and supporting the elimination of forced or child labour.

**We must:**

- Promote actions which will help maintain or improve the quality of the natural environment, better the economic situation of those in need and address social development

- Contribute to AMEC's efforts by:

  ▷ respecting the environment in which we work
  ▷ suggesting initiatives to improve the quality of life in communities
  ▷ treating all stakeholders responsibly whether they are our customers, business partners, suppliers, the financial markets, the  communities in which we work or each other.

- Promote participation in the professional bodies and other organisations that are relevant to our business or our duties. You are also encouraged to be actively involved in your own community

- Uphold the effective abolition of child labour through adherence to minimum age provisions in all relevant labour laws and regulations.

**We must not:**

- Be complicit in or benefit from:

  ▷ the use of forced or compulsory labour or child labour, or
  ▷ the ill-treatment or abuse of the human rights of any individual or community in which we operate

  whether by our own actions or those of anyone acting on our behalf

- Neglect to report any suspected breaches.

**❝ Our values: sustainably delivering excellence to our customers.❞**



# Upholding the Code

AMEC takes ethical conduct seriously. By acting with integrity at all times, we sustain our relationships with all our stakeholders and earn and retain their respect and trust.

**How we manage ethics**

The ethics committee of the board oversees and has responsibility for this Code, its implementation and ethical awareness throughout AMEC. The committee is supported by the Chief Ethics Officer who is in turn supported by ethics officers based in each business unit and centrally.

If you have any questions on ethical matters or are looking for advice, you should contact the relevant ethics officer. Their details can be found on AMECnet.

This Code is reviewed annually. It is supported by various policies, procedures and training programmes which are updated as required. If you have any comments or suggestions for improvements, please contact your ethics officer.

**Reporting potential, suspected or actual breaches of the law or the Code:**

Our Human Resources procedures should be followed for employment-related questions and grievances. These can be found on AMECnet. You should use those in the first instance if you believe you have not been treated in accordance with AMEC policies, including the Code of Business Conduct.

Any potential, suspected or actual breaches of the law or the Code should be reported using the following ethics procedures:

- Speak first to your line manager or your relevant ethics officer

- If you are not comfortable doing this, contact:
  - ▷ the ethics helpline, which is administered by a third party. Your query can be supported in many different languages. Helpline operators will direct you to your HR team if the matter you are reporting is one which needs to be dealt with through the employee grievance procedure; or

  - ▷ the General Counsel & Company Secretary.

AMEC will make every effort to ensure the identity of the person making the report is kept confidential. However you should be aware that, in certain circumstances, we may be obliged to report a matter to the appropriate authorities.

We always take allegations seriously but our ability to investigate can be severely restricted when reports are made anonymously or outside the ethics procedures shown on page 20.

**We must:**

- Comply with the standards of this Code

- Speak up as soon as we become aware of potential, suspected or actual breaches of the law or this Code

- Follow the ethics procedures when reporting our concerns

- Support anyone who has reported suspicious activity or a breach of the Code.

**We must not:**

- Penalise or cause any detriment to anyone for upholding this Code or for reporting any suspicious activity or suspected breach of this Code

- Retaliate or cause retaliation against anyone who has made a good faith report. Such actions are absolutely prohibited and are themselves a breach of this Code

- Misuse the reporting process, make bad faith reports or fail to cooperate fully in any AMEC investigation.



❝ Our values: acting with integrity.❞

# Background and further reading

### Further reading
AMECnet contains more detailed information to help you in applying this Code. In particular, you may find the following useful:

- Our values

- Ethics area
  - ▷ Helpline details
  - ▷ Ethics officers
  - ▷ Answers to common questions
  - ▷ What do I do if...?

- Policies and procedures, including
  - ▷ Agents and sponsors
  - ▷ Gifts and hospitality
  - ▷ Drugs and alcohol
  - ▷ Share dealing
  - ▷ Human resources procedures

- Guidance on facilitation payments

- AMEC's sustainability reports

Helpline details are also available on posters in your workplace.

### UN Global Compact
AMEC supports all 10 UN Global Compact principles. They are:



#### Human Rights
- Businesses should support and respect the protection of internationally proclaimed human rights; and
- Make sure that they are not complicit in human rights abuses.

#### Labour
- Businesses should uphold the freedom of association and the effective recognition of the right to collective bargaining;
- The elimination of all forms of forced and compulsory labour;
- The effective abolition of child labour; and
- The elimination of discrimination in respect of employment and occupation.

#### Environment
- Businesses should support a precautionary approach to environmental challenges;
- Undertake initiatives to promote greater environmental responsibility; and
- Encourage the development and diffusion of environmentally friendly technologies.

#### Anti-Corruption
- Businesses should work against corruption in all its forms, including extortion and bribery.

 What should I do if...?"

AMECnet contains further guidance on how to apply this Code.

## Ethics helpline

You can contact the Ethics helpline by phone or using their website.
Further details can be found:

- On posters in your office
- At www.amec.com/ethics
- On AMECnet

Calls can be supported in a variety of languages.
You can write your local number here:

Sustainably delivering **excellence**
to our customers by:

Believing in **people**
Never compromising on **safety**
Acting with **integrity**

Issue date: September 2011
English (UK spelling)