

| | | |
|---|---|---|
| Computer and Electronic Information and Communications System Policy | DOC. NO.: | R 0111 003 |
| | REV. NO.: | 02 |
| | PROJECT NO.: | **GENERIC** |

### User Acknowledgement of Receipt

I, __Stacy D. Ford__, have been provided with a copy of and have read the AMEC "Computer and Electronic Information and Communications Systems Policy" and understand that information transmitted on Company Systems (as these terms are defined therein) is Company property and may be accessed by the Company at any time without prior notice to me or permission from me. I further understand that use of these Systems for any commercial purpose not directly related to the Company or for any personal use that is not consistent with the best interests of the Company is prohibited, and that I am subject to discipline, up to and including termination if I violate the policy.

__Renee Lair__  
Print Name of Witness

__Renee Lai__  
Witness Signature

__Stacy D. Ford__  
Print Name of User

__Stacy D. Ford__  
Signature of User

__01/28/2008__  
Date