**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant AMEC Earth & Environmental, Inc.
*nka* AMEC Environment and Infrastructure, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company,<br><br>    Defendants. | No. 3:12-cv-08085-NVW<br><br>**AMEC ENVIRONMENT AND INFRASTRUCTURE, INC.'S NOTICE OF ISSUANCE OF SUBPOENAS DUCES TECUM** |

Pursuant to Fed. R. Civ. P. 45, Defendant AMEC Environment and Infrastructure, Inc. gives notice that it shall serve a Subpoena Duces Tecum on the following companies:

- Boise State University, attached as Exhibit A

- Idaho Transportation Department, attached as Exhibit B

- J·U·B Engineers, Inc., attached as Exhibit C

- Yahoo! Inc., attached as Exhibit D

Dated this 21st day of February, 2013.

            LEWIS AND ROCA LLP

         By */s/Robert G. Schaffer*
           Robert G. Schaffer
           Melanie V. Pate
           Alastair Gamble
           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
ps@strojnik.com

            */s/ Carole Hanger*