# EXHIBIT 1

**LEWIS AND ROCA LLP**
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STACY D. FORD-KELLY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMEC Environment and Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company,<br><br>　　　　Defendants. | No. 3:12-cv-08085-NVW<br><br>**DECLARATION OF BRAD KNIGHT IN SUPPORT OF DEFENDANT AMEC PLC'S MOTION TO DISMISS** |

BRAD KNIGHT, upon his oath, states as follows:

1. I am the Senior Vice President, Legal, for Defendant AMEC Environment & Infrastructure, Inc. ("AMEC"). I make this declaration based on my personal knowledge and in support of AMEC PLC's Motion to Dismiss Plaintiff's First Amended Complaint. If called upon to do so, I could and would personally and competently testify to the following facts.

2. I have personal knowledge about the website www.amec.com.

3339538.1



3. The website is a centralized corporate website that provides information about the global operations of all AMEC entities, including AMEC PLC and AMEC Environment & Infrastructure, Inc.

4. When a person conducts a search on the central AMEC website for office locations in the United States by clicking on the "Contact Us" button, the results do not specify which AMEC entity operates those offices.

5. AMEC Environment & Infrastructure, Inc. operates all of the AMEC offices located in Arizona.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 25 day of February, 2013.

_____
Brad Knight