**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant AMEC Earth & Environmental, Inc.
*nka* AMEC Environment and Infrastructure, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>                Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company,<br><br>                Defendant. | No. 3:12-cv-08085-NVW<br><br>**JOINT STATEMENT OF DISCOVERY DISPUTE RE: PLAINTIFF'S RESPONSES TO DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

The parties submit this joint summary of discovery dispute for resolution by the Court. Defendants seek an order compelling production of documents responsive to Defendants' Third Set of Requests for Production of Documents. *See* Exhibit 1 (RFPs). Plaintiff opposes.

The undersigned all certify that counsel for the parties personally conferred by telephone on February 25, 2013, in an unsuccessful effort to resolve this dispute in accordance with Paragraph 6(a) of the Scheduling Order and L.R. Civ. 7.2(j). In additional, all exhibits attached to this Joint Statement are authenticated by the undersigned as true and correct copies.

**Defendant's Position.** Produced in this action was a letter from the Arizona AG's office to Plaintiff's counsel referencing the cause number of this case and stating: "We have received your Complaint regarding the above-captioned matter pursuant to A.R.S. § 13-2414(H)." *See* Exhibit 2. Defendants propounded RFPs related to Plaintiff's communications with the AG's office. *See* Exhibit 1. Defendants did not receive a timely response to the RFPs. After Defendants twice informed Plaintiff of the missing responses, Plaintiff's counsel stated that the failure to timely respond had been his "fault." *See* Exhibit 3. Then Plaintiff's counsel emailed the belated responses, which consisted only of objections on relevance grounds. *See* Exhibit 4. Plaintiff's responses are untimely due to counsel's inexcusable neglect, and any objections have been waived. *See* Fed. R. Civ. Pro. 34(b)(2)(A); *Massoli v. Regan Media*, 2006 WL 1455567, at *1 (D. Ariz. 2006). Further, Plaintiff's relevance objections are without merit. Statements submitted by Plaintiff to a third party regarding claims asserted in this litigation are not privileged and are unquestionably discoverable. They may be used as impeachment evidence, as prior consistent or inconsistent statements, or as party admissions. Defendants seek an award of fees.

**Plaintiff's Position.** The Notice sent to the Attorney General pursuant to A.R.S. 13-2314(h) is not relevant to this action because the notice related to the racketeering claims that were dismissed. The notice--a jurisdictional requirement--has no bearing on the remaining breach of contract claim. Defendant is using this forum to attempt to circumvent the AG's internal policies to satisfy its curiosity concerning the AG's investigation of AMEC. As for the second issue, counsel in this lawsuit agreed at the early stages that discovery could be exchanged electronically. Plaintiff prepared her Responses to Defendant's Third RFP on January 5, 2013 and placed the .pdf file into an e-mail for a scheduled delivery to Defendant on January 18, 2013 (due date). Due to an e-mail glitch, just like when a postman fails to deliver a package, the e-mail with the .pdf attachment did not go out as scheduled. This was <u>not</u> counsel's "inexcusable neglect" as Defendant characterizes. The e-mail system, just like a postman who accepts the document for delivery but fails to deliver, was negligent. Defendant advised Plaintiff of the untimely response, and Plaintiff e-mailed it to Defendant twelve minutes later.

3222613.1

RESPECTFULLY SUBMITTED this 1st day of March, 2013.

        STROJNIK P.C.
        THE STROJNIK FIRM, LLC


By  /s/ Peter Strojnik
        Peter Strojnik
        Peter K. Strojnik
        Attorneys for Plaintiff


LEWIS AND ROCA LLP


By  /s/ Melanie V. Pate
        Robert G. Schaffer
        Melanie V. Pate
        Alastair Gamble
        Attorneys for Defendants

3222613.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
strojnik@aol.com

/s/ Susan J. Durkee

3222613.1