LEWIS
AND
ROCA
—LLP—
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>            Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation, *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company,<br><br>            Defendants. | No. 3:12-cv-08085-NVW<br><br>**NOTICE OF VIDEOTAPED DEPOSITION** |

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, defendant AMEC Earth & Environmental, Inc., will take the deposition upon oral examination, recorded both by stenography and videotape, of the person whose name is stated below at the place stated below, at the date and time indicated before an officer authorized to administer oaths.

**PERSON TO BE EXAMINED:**  Stacy D. Ford-Kelly

**DATE AND TIME OF DEPOSITION:**  Friday, April 5, 2013, at 10:00 a.m.

**PLACE OF DEPOSITION:**  Lewis and Roca LLP
40 North Central Avenue, 19th Floor
Phoenix, AZ 85004-4429

3351299.1

1  DATED this 4th day of March, 2013.

2

3                              LEWIS AND ROCA LLP

4                              By  /s/ *Melanie V. Pate*
5                                    Robert G. Schaffer
                                     Melanie V. Pate
6                                    Alastair Gamble
                                     Attorneys for Defendant

3351299.1



# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
ps@strojnik.com

                                              /s/ Susan J. Durkee

3351299.1