IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, | No. CV-12-08085-PCT-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| AMEC Environment & Infrastructure, Inc., a Nevada corporation; AMEC PLC, a British company, | |
| Defendants. | |

Before the Court is the Joint Statement of Discovery Dispute Re: Plaintiff's Responses to Defendants' Third Set of Requests for Production of Documents (Doc. 82). Defendants seek Plaintiff's statements to the AG's office regarding the racketeering claims asserted in this litigation. Although the racketeering claims have been dismissed, they arose from the same underlying transaction as the remaining claims, and the statements to the AG's office may potentially be relevant both substantively and as impeachment material. As such, these communications are discoverable. No fees will be awarded.

**IT IS THEREFORE ORDERED** that, on or before March 15, 2013, Plaintiff produce for Defendants the statements she made to the AG's office.

Dated this 5th day of March, 2013.

_____
Neil V. Wake
United States District Judge