**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant AMEC Earth & Environmental, Inc.
*nka* AMEC Environment and Infrastructure, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.; AMEC PLC, a British Company,<br><br>　　　　　　　Defendants. | No. 3:12-cv-08085-NVW<br><br>**AMEC ENVIRONMENT AND INFRASTRUCTURE, INC.'S NOTICE OF ISSUANCE OF SUBPOENAS DUCES TECUM** |

　　　　Pursuant to Fed. R. Civ. P. 45, Defendant AMEC Environment and Infrastructure, Inc. gives notice that it shall serve a Subpoena Duces Tecum on the following companies:

　　　　1.　　T-O Engineers, Inc., fka Toothman-Orton Engineering, attached as Exhibit A

　　　　2.　　Google Inc., attached as Exhibit B

　　　　Dated this 13th day of March, 2013.

　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP

　　　　　　　　　　　　　　　　　　By */s/Robert G. Schaffer*
　　　　　　　　　　　　　　　　　　　　Robert G. Schaffer
　　　　　　　　　　　　　　　　　　　　Melanie V. Pate
　　　　　　　　　　　　　　　　　　　　Alastair Gamble
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
ps@strojnik.com

/s/ Carole Hanger