Peter K. Strojnik, State Bar No. 026082
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 532-7572
Strojnik@skplaw.com

Peter Strojnik, State Bar No. 006464
**STROJNIK P.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 524-6602
Facsimile: (602) 296-0135
PS@strojnik.com

Attorneys for Plaintiff
Stacy Ford-Kelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, Inc.,<br>a Nevada Corporation; AMEC PLC, a<br>British company,<br><br>                    Defendants. | Case No: 3:12-cv-08085-NVW<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>**AND**<br><br>**MOTION TO EXTEND REMAINING DEADLINES BY SIXTY DAYS** |

        Peter Kristofer Strojnik of The Strojnik Firm LLC, and Peter Strojnik of Strojnik PC, hereby move to withdraw as counsel of record pursuant to LRCiv. 83.3. The grounds for this Motion are that continued representation of Plaintiff would require the undersigned attorneys to violate the Arizona Rules of Professional Conduct. Pursuant to ER 1.16(a)(1), the undersigned attorneys are obligated to withdraw from this action. Motion is also made to extend remaining deadlines by sixty (60) days to permit Plaintiff the time to retain her file and obtain new counsel. No amount of due diligence will

enable Plaintiff to reach fast-approaching deadlines in this lawsuit. After consultation with the attorneys for Defendant, they do <u>not</u> oppose the undersigned attorneys' withdrawal but *do* oppose extension of any deadlines.

The undersigned attorneys certify that Plaintiff Stacy Ford-Kelly has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions. Plaintiff Ford-Kelly has also been notified of her pending deposition, the response date to AMEC's proposed Cross-Motion for Default Judgment[1], and the date by which Plaintiff must file her Reply in support of her Motion for Partial Summary Judgment.

The undersigned attorneys further certify a copy of this Motion is being mailed to Plaintiff and that any Order the Court issues will also be mailed to her. Plaintiff Stacy Ford-Kelly's current address and telephone number are provided as follows:

Stacy Ford-Kelly
1561 Mohican Drive
Lake Havasu City, Arizona 86406-8929
Tel. (928) 505-4963

For the foregoing reasons, Peter Kristofer Strojnik and Peter Strojnik respectfully request an order permitting their withdrawal as counsel for Plaintiff.

RESPECTFULLY SUBMITTED this 18th day of March, 2013.

THE STROJNIK FIRM LLC

By s/ Peter K. Strojnik
Peter K. Strojnik (026082)
Attorney for Plaintiff

STROJNIK PC

By s/ Peter Strojnik
Peter Strojnik (006464)
Attorney for Plaintiff

---

[1] The undersigned attorneys certify that they were advised by AMEC's attorneys today that they intend to file a Cross-Motion for Default Judgment in Response to Plaintiff's Motion for Partial Summary Judgment.

1

**CERTIFICATE OF SERVICE**

2

3

I certify that on March 18, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5

Melanie Pate
Robert Schaffer
Alastair Gamble
Lewis & Roca LLP
40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004
Attorneys for Defendant

6

7

8

9

s/ Peter K. Strojnik

10

11

I further certify that on March 18, 2013, I sent the attached document via United States mail to the following person:

12

13

Stacy Ford-Kelly
1561 Mohican Drive
Lake Havasu City, Arizona 86406-8929

14

15

s/ Peter K. Strojnik

16

17

18

19

20

21

22

23

24

25

26

27

28

3