# EXHIBIT B

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, | )<br>) |
| Plaintiff, | )<br>) No. 3:12-cv-08085-NVW<br>) |
| vs. | )<br>) |
| AMEC Environment and Infrastructure,<br>Inc., a Nevada corporation *fka* AMEC Earth<br>& Environmental, Inc. *fka* AMEC<br>Infrastructure, Inc., | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**DECLARATION OF JAYNE DINAN IN SUPPORT OF DEFENDANT AMEC ENVIRONMENT & INFRASTRUCTURE, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR DEFAULT JUDGMENT**

JAYNE DINAN, upon her oath, states as follows:

1.      I am the Vice President of Human Resources for the North and South American Regions of AMEC Environment & Infrastructure, Inc. ("AMEC"). I have been employed in this position since June 2011. I make this declaration based on my personal knowledge. If called upon to do so, I could and would personally and competently testify to the following facts.

2.      I am the custodian of records for, and have access to, all Human Resources records located in AMEC's North American Region. In that role, I am familiar with AMEC's policies and practices regarding the creation and maintenance of the Human

3379290.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   Resources records.  AMEC's Human Resources records include the personnel and payroll

2   files for all current and former employees, which are created and maintained in the regular

3   course of AMEC's business.  AMEC's Human Resources records also include copies of

4   AMEC's current and outdated employment policies, including employee handbooks.

5   AMEC's Human Resources records are stored in either electronic or hard-copy format.

6   The Human Resources records that are stored electronically are located on the "sea-fs1"

7   server in the AMEC office in Bothell, Washington.

8           3.       According to AMEC's Human Resources records, Stacy Ford is a former

9   employee who worked in AMEC's Lake Havasu City office from January 2008 until April

10  2009.  A copy of Ms. Ford's personnel file is stored in .pdf format on the "sea-fs1" server

11  in Bothell as part of AMEC's Human Resources records.  Among the documents included

12  in Ms. Ford's personnel file is an offer letter executed by Ms. Ford and former AMEC

13  Human Resources Manager Melinda Knott.  Attached to this declaration as **Exhibit 1** is a

14  true and correct copy of the signed offer letter that is contained in Ms. Ford-Kelly's master

15  personnel file.

16          4.       Also included in Ms. Ford's personnel file is a copy of her signed

17  application for employment with AMEC.  The application signed by Ms. Ford contains a

18  statement above the signature block requiring the applicant to "certify" the following:

19
20              I . . . understand that my employment and compensation can be
                terminated, with or without cause, and with or without prior
21              notice, at any time, at the option of either the Company or
                myself unless otherwise mutually agreed in writing.  I
22              understand and acknowledge that no employee or
                representative of AEE [AMEC Earth & Environmental, Inc.]
23              other than the president or vice president of AEE, has the
                necessary authority to enter into such a written agreement for
24              employment for any period of time or to make any agreement
                contrary to the foregoing.  I further understand and
25              acknowledge that there are no written, oral, collateral or
                implied agreements of any kind contrary to the foregoing.
26
27
28
                                            2
                                                                      3379290.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1  Attached to this declaration as **Exhibit 2** is a true and correct copy of the application for

2  employment signed by Ms. Ford that is maintained in Ms. Ford's personnel file.

3      5.    Also included in Ms. Ford's personnel file is a copy of the form

4  acknowledging receipt of the Employee Handbook signed by Ms. Ford on January 28,

5  2008.  Attached to this declaration as **Exhibit 3** is a true and correct copy of the signed

6  employee handbook acknowledgment form maintained in Ms. Ford's personnel file.

7      6.    To the best of my knowledge and belief, former Payroll Manager Mary

8  Halladay also located a copy of Ms. Ford's signed offer letter in her payroll file.  It was

9  formerly AMEC's practice that, shortly after an offer letter had been signed by a new

10  employee and returned to AMEC, a copy of the signed offer letter was forwarded to the

11  payroll department for storage in the employee's payroll file.  Attached to this declaration

12  as **Exhibit 4** is a true and correct copy of the signed offer letter that was maintained in Ms.

13  Ford's payroll file.

14      7.    In addition to the signed offer letter maintained in Ms. Ford's master

15  personnel and payroll files, I have located the native Microsoft Word file of Ms. Ford's

16  offer letter in AMEC's Human Resources records.  Attached to this declaration as **Exhibit**

17  **5** is a true and correct copy of the native Microsoft Word file of the offer letter for Stacy

18  Ford-Kelly that was prepared and saved on the Human Resources shared drive on the "sea-

19  fs1" server.

20      8.    The native Microsoft Word file of Stacy Ford-Kelly's offer letter continues

21  to be stored on the "sea-fs1" server, and the properties of that electronic file indicate that it

22  has not been modified in any way since it was prepared on January 21, 2008.  Attached to

23  this declaration as **Exhibit 6** are true and correct copies of screen shots from the "sea-fs1"

24  server which indicate the exact location and properties of the native Microsoft Word file.

25      9.    Also located in AMEC's Human Resources records is the Employee

26  Handbook that was in use by AMEC Earth & Environmental, Inc., in January 2008, when

27  Ms. Ford was hired.  Included in this Employee Handbook are two statements regarding

28

3379290.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    the terms of employment at AMEC.  The first statement is found on page 1 of the

2    handbook and is printed in bold font:

3

4              This Employee Handbook does not constitute an employment
               agreement.  All employees are employed at-will, which means
5              that either AEEI or an employee may sever the employment
               relationship at any time with or without cause and with or
6              without prior notice.  No one at AEEI has the authority to enter
               into a contract for employment or make an agreement
7              modifying our at-will employment relationship except the
               President or the Executive Vice President of AEEI, who may
8              enter into an explicit, written employment contract with
               individual employees.  Such contracts are valid only if they are
9              signed by both the President or Executive Vice President and
               the employee and specifically state that they are intended to be
10             the employee's written employment contract.

11   The second statement is included as part of AMEC's Hiring Policy, which is reprinted in

12   the employee handbook:

13

14             All offers of employment for regular, full-time or part-time,
               exempt staff should be made and confirmed in writing . . . .
15             Pay will be stated as bi-weekly, not annually.  The AMEC-
               approved standard offer letter will be used. . . . All
16             representatives of AMEC should be aware that the
               employment with the Company is "at will" and should exercise
17             great care not to make any representations otherwise.  During
               the recruitment, hiring, and orientation process, no statement
18             shall be made promising permanent or guaranteed
               employment, and no document shall be called a contract . . . .

19

20   Attached to this declaration as **Exhibit 7** is a true and correct copy of the pertinent pages

21   from AMEC Earth and Environment, Inc.'s Employee Handbook that was in use in

22   January 2008, which includes the language quoted above.

23        10.    I have reviewed the document attached as Exhibit 1 to the First Amended

24   Complaint in this case.  I have conducted a reasonable and diligent search of AMEC's

25   Human Resources records, and I have not been able to locate a copy of this document in

26   those records.

27

28

                                        4                                    3379290.1



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

11.    I can attest that the terms and conditions contained in that document are not the terms and conditions that would have been offered to an Engineer in Training employed by AMEC in January 2008.  For instance:

    a) the document is significantly different than the "AMEC-approved standard offer letter" that must be used per AMEC's Hiring Policy and omits several standard terms that are included in the approved offer letter;

    b) the document is not signed by either the President or Vice President of AMEC, but it provides for a six-year term of guaranteed employment, which is contrary to AMEC's policy regarding "at-will" employment;

    c) the document indicates that Ms. Ford was offered the position of Design Engineer, but Ms. Ford was actually offered the position of Engineer in Training.

12.    I have never seen an AMEC offer letter with the terms and conditions contained in the document attached as Exhibit 1 to the First Amended Complaint.  Attached to this declaration as **Exhibit 8** are true and correct copies of offer letters that were sent to other AMEC employees around the same time that Ms. Ford was hired.  All of these letters contain terms that are identical to those contained in Ms. Ford's actual offer letter.

13.    Prior to my employment with AMEC, I was the Vice President of Human Resources for a company called MACTEC.  AMEC merged with MACTEC in June 2011.  Following the merger, I became the Vice President of Human Resources for the North American Region of AMEC, and the Human Resources administrative function of AMEC was moved from Bothell, Washington to Alpharetta, Georgia.  The location of all master personnel files for current employees was also moved from Bothell to Alpharetta.  As part of the merger transition and integration plan, I directed Melinda Knott to scan and electronically save the personnel files for all terminated AMEC employees and to destroy the physical files due to the high cost of shipping and storing the physical files.

3379290.1



LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    14.    According to the properties of the .pdf version of Ms. Ford's personnel file,

2  as maintained in AMEC's Human Resources records, the file was created on October 27,

3  2011, at 1:24 p.m.  Attached to this declaration as **Exhibit 9** are true and correct copies of

4  the screen shots which indicate the exact location and properties of Ms. Ford's scanned

5  personnel file.

6    15.    I was not aware of any litigation involving Stacy Ford (now Stacy Ford-

7  Kelly) and AMEC when I directed Melinda Knott to scan the contents of Ms. Ford's

8  personnel file and destroy the physical file.

9    16.    I declare under penalty of perjury that the foregoing is true and correct to

10  the best of my knowledge and belief.

11    Dated this /7ᵗʰ day of March, 2013.

12

13

14    Jayne Dinan

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3379290.1

# EXHIBIT 1

January 21, 2008

*Private & Confidential*

Stacy Ford



Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked may be available subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices Benefits Package* that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036

www.amec.com

**AMEC000002**

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Chris Hassert
Unit Manager—Lake Havasu, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

_1/21/08_                          _Stacy D. Ford_
Date                              (Employee)

2

AMEC000003

# EXHIBIT 2

**Earth & Environmental**

Application for Employment



Position(s) applied for _E.I.T._     Salary Desired _60-65K_   Date _1/16/08_

Name _Ford_ (Last)   _Stacy_ (First)   _Deann_ (Middle)

Address _1720 Dearborn St. #4_ (Street)  _Caldwell, ID._ (City) (State)  _83605_ (Zip)

Telephone (_208_) _389-8087_ (Day)     (_____) _____ (Night)

Social Security Number: ▬▬▬▬▬▬▬

Do you have friends or relatives working for AEE? ☐ Yes ☒ No  Name(s) _____

If hired, can you provide proof of your right to work in the United States? _Yes_

May we contact your present employer? _not currently employed_

Have you been convicted or released from prison for a conviction of a felony with in the last 7 years?  ☒ No  ☐ Yes

If yes, state the circumstances. (A conviction record will not necessarily bar you from employment.) _____

Can you perform the essential functions of the position for which you are applying, with or without reasonable accommodations?
_Yes_

Are you bound by any employment agreement or a strict covenant not to compete?  ☒ No  ☐ Yes

If yes, please explain: _____

**Education:**

|  | Name, City, State, Zip | Major or Years Completed | Graduated/Degree |
|---|---|---|---|
| Last High School | Meridian High Meridian, ID. 83642 | Last Grade Completed: | 1990 |
| College or University | Boise State University Boise, ID. 83725 | B.S.C.E. - Complete M.Engr.C.E. - 1/2 Complete | May 2006 |
| College or University |  |  |  |
| College or University |  |  |  |
| Trade or Technical |  |  |  |
| Additional Educational Info. Special Courses/ Professional Organizations/Registrations | Idaho Board of Engineering E.I.T. Certification #6313 |  |  |

**REDACTED**                                    AMEC000005

**Employment History:**

In this space, account for all time for the past 10 years whether working or not. Start with the most recent employer. Include military service, and any periods of unemployment. Give complete names and addresses. If self-employed, give firm name and one business reference.

| | |
|---|---|
| From: 11/2007 To: Present<br>Salary or Wage:<br>Reason For Leaving: | Employer's Name, Address, Phone, Name of Supervisor<br>*unemployment benefits*<br>What did you do? |
| From: 1/2006 To: 11/2007<br>Salary or Wage: 58 k/yr<br>Reason For Leaving: laid off due to lack of work | Employer's Name, Address, Phone, Name of Supervisor  217. W. Georgia #120  Kent Gingrich<br>JUB Engineers  Nampa, ID  208-467-5252<br>What did you do? E.I.T. - wastewater/water design & modeling construction inspection & much more |
| From: 4/2004 To: 1/2006<br>Salary or Wage: 11.50/hr<br>Reason For Leaving: to work in private sector | Employer's Name, Address, Phone, Name of Supervisor  208-334-8954<br>Idaho Transportation Dept  Boise, ID.  Merill Sharp<br>What did you do? Engineering Intern - construction inspection and materials testing |
| From: 1/2003 To: 5/2006<br>Salary or Wage: 1200/hr<br>Reason For Leaving: Graduated | Employer's Name, Address, Phone, Name of Supervisor  208-426-1000  Robert Hamilton<br>Boise State University  Boise, ID.  George Murged  Pat Pyke<br>What did you do? Land Surveying TA, Supplemental math instructor & Tutor for Engineering courses |
| From: 1/2001 To: 5/2006<br>Salary or Wage:<br>Reason For Leaving: | Employer's Name, Address, Phone, Name of Supervisor<br>full time student<br>What did you do? did not work for first 2yrs to concentrate on my course work & get good grades |

In accordance with Federal, State and Local laws, AEE does not discriminate upon any basis prohibited by applicable Federal, State, or Local laws. AEE will make reasonable accommodation for those with disabilities.

I certify that the information contained in the application is correct to the best of my knowledge, and understand that falsification of this application in any detail is grounds for disqualification from further consideration for employment or for dismissal from employment. I agree to conform to the rules and regulations of the Company, and understand that my employment and compensation can be terminated, with or without cause, and with or without prior notice, at any time, at the option of either the Company or myself unless otherwise explicitly agreed to in writing. I understand and acknowledge that no employee or representative of AEE other than the president or vice president of AEE, has the necessary authority to enter into such a written agreement for employment for any period of time or to make any agreement contrary to the foregoing. I further understand and acknowledge that there are no written, oral, collateral or implied agreements of any kind contrary to the foregoing. I agree to submit to a physical examination and/or screening, background investigation and motor vehicle record check, if the position for which I am applying requires one. I understand that AEE will confirm the validity of my I-9 documentation through the E-Verify program. I authorize the companies, schools or persons named above to give any information regarding my employment, together with any information they may have about me. I hereby release said companies, schools or persons from all liability for any damage for providing such information. I understand that I may request a copy of the application.

Signature: *Stacy D. Ford*     Date: 1/16/08     V8.07

AMEC000006

# EXHIBIT 3

**Earth & Environmental**

Employee Acknowledgment
Signature Page

 amec

| Employee Name | *Stacy D. Ford* |
|---|---|

## EMPLOYEE HANDBOOK ACKNOWLEDGMENT

I have been assigned the AMEC Earth & Environmental, Inc. (AEE) Employee Handbook, and I understand that I am expected to read it and to become familiar with its contents. As in any organization, policies, procedures and reporting structures are changed from time to time. The handbook has been designed to accommodate those changes. Updates will be issued to all employees, with a cover letter indicating where in the handbook the new page(s) should be inserted and what page(s) it will replace. I understand that I will be responsible to keep my own handbook updated so that it will continue to be a useful document. If at any time I do not understand any of the policies or procedures outlined in this manual, or future revisions to this manual, I will seek clarification from my supervisor or human resource representative.

It has been explained to me that it may be necessary, as a condition of employment, to take and pass a physical examination to assure that I have the physical capability of performing the requirements of my position and to assure that I am not taking illegal drugs. During the course of my employment it may be required for me to take further physical exams to assure that my health is not being affected by my duties and that I remain free from illegal drug usage. Also, if I must drive on company business I understand that my driving record may be checked periodically and that my continued employment may be predicated on maintaining a good driving record. I hereby authorize AEE to be the custodian of the reports of my physical condition and driving record, and in return AEE assures me the information contained in these reports will be treated with the same regard for confidentiality that all other private matters pertaining to employees are accorded within the firm.

I understand that these policies can be changed at any time, with no prior notice being required. Also, they serve as guidelines only and AEE reserves the right to interpret any ambiguity.

| *Stacy D. Ford* | *01/28/2008* |
|---|---|
| Employee Signature | Date Signed |

## EMPLOYEE SUBSTANCE ABUSE POLICY ACKNOWLEDGMENT

I have carefully and thoroughly read AMEC Earth & Environmental, Inc. (AEE) substance abuse policy. I have received a copy of this policy, understand its requirements and intend to abide by its contents.

| *Stacy D. Ford* | *01/28/2008* |
|---|---|
| Employee Signature | Date Signed |

**AMEC000007**

# EXHIBIT 4

January 21, 2008                                          *Private & Confidential*

Stacy Ford

[REDACTED]

Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status -- exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked may be available subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,600.00 -- the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays -- AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8035                          www.amec.com

AMEC000099

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Chris Hassert
Unit Manager—Lake Havasu, AZ


I have read and accept the offer of employment contained in this letter, including the referenced attachments.

_1/21/08_
Date

_(signature)_
(Employee)

2

AMEC000100

# EXHIBIT 5

January 21, 2008

***Private & Confidential***

Stacy Ford
Address Line 1
Address Line 2

Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008.  If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12.  Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached.  Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees.  Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more.  Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher.  Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients.  To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                    www.amec.com

AMEC000541

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
**AMEC Infrastructure**


**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**


I have read and accept the offer of employment contained in this letter, including the referenced attachments.


_____          _____
Date                                                          (Employee)

2

AMEC000542

# EXHIBIT 6



REDACTED

AMEC000543



AMEC000544

# EXHIBIT 7



CONFIDENTIAL

AMEC000036

Human Resources Procedures and Supporting Documents



| EMPLOYMENT POLICIES – EQUAL EMPLOYMENT OPPORTUNITY | Procedure Number: I-1 | Issue Date: August 1999 |
|---|---|---|
| Page: 1 of 1 | Revision Number: | Revision Date: |

## INTRODUCTION

AMEC Earth & Environmental, Inc. (AEEI) has described its policies in this handbook in order to promote the fair and consistent application of company policies and procedures among all employees and to promote continuity and understanding within the organization.

If you have any questions about the contents of this handbook, or about human resource issues which are not covered, you should contact your supervisor or the your Division Human Resources Representative.

**This Employee Handbook does not constitute an employment agreement. All employees are employed at-will, which means that either AEEI or an employee may sever the employment relationship at any time with or without cause and with or without prior notice. No one at AEEI has the authority to enter into a contract for employment or make an agreement modifying our at-will employment relationship except the President or the Executive Vice President of AEEI, who may enter into an explicit, written employment contract with individual employees. Such contracts are valid only if they are signed by both the President or Executive Vice President and the employee and specifically state that they are intended to be the employee's written employment contract.**

CONFIDENTIAL

AMEC000039

Human Resources Procedures and Supporting Documents



| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 1 of 3 | Revision Number: | Revision Date: |

## 1.0    Policy

It is the policy of AEEI to comply with Title VII of the Civil Rights Act of 1964. There shall be fair and equal opportunity for all, and all applicants for employment will be considered on merit alone, without regard to race, color, religion, sex, age, disability, or national origin, and in accordance with applicable laws and regulations. AEEI will hire individuals who are qualified or trainable for employment as determined by standards of education, experience, aptitude, fitness for duty and character. All decisions regarding the recruitment, selection, and placement of employees are made solely on the basis of job-related criteria. In no event shall the hiring of an employee be considered as creating a contractual relationship between the employee and AEEI; and, unless otherwise provided in writing, such relationship shall be defined as "employment at will", where either party may dissolve the relationship at any time.

## 2.0    Procedure

Recruiting

1. Prior to initiating recruiting actions to fill an exempt position, it is the responsibility of the hiring manager to assure that the position has been approved using the Request for New Hire form and that Human Resources has been informed.
2. Positions will be approved in accordance with the policy on "Delegation of Signature Authority."
3. Human Resources will make appropriate notifications to state agencies and will review current applicant files.
4. Human Resources will also post notices of job openings both exempt and non-exempt appropriately within AMEC. Job openings will be filled by promoting from within wherever practical.
5. After a position has been approved and Human Resources has been notified, the hiring manager may recruit for the position at his/her discretion, if the cost is budgeted.
6. Upon request, Human Resources may assist managers by placing advertisements, screening resumes, interviewing, testing, or performing reference checks. Normally, paid job advertisements will be reviewed by Human Resources. At a minimum, all job advertisements will include language related to equal employment opportunity.
7. AEEI will not normally pay for recruiting assistance from employment agencies or professional recruiters; however, exceptions may be approved by the Regional Manager for certain hard to fill positions. The company will not pay agency fees for unsolicited referrals of individuals.
8. All applicants who are interviewed must complete an employment application. All resumes received and all completed applications must be retained in the local offices until the EEO Coordinator requests the files.

Earth & Environmental
Employee Handbook
Policy I-9, Page 1

AMEC000054

Human Resources Procedures and Supporting Documents

**amec**

| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 2 of 3 | Revision Number: | Revision Date: |

9. Prior to extending an employment offer, managers are advised to obtain at least one reference.
10. If a medical examination or background investigation is required, the manager shall coordinate it through Human Resources.  If a medical examination, background investigation, reference check or other data discloses any misrepresentations by the applicant, the applicant may be refused employment or, if already employed, the individual may be terminated.
11. No employment test(s) shall be used without it first being reviewed and approved by Human Resources.

<u>Employment Offer</u>

1. All offers of employment for regular, full-time or part-time, exempt staff should be made and confirmed in writing, and coordinated with Human Resources **prior** to making the offer. Managers should forward a completed Employment Offer Proposal form to Human Resources at least one week, if possible, in advance of the prospective employee's anticipated hire date.  Human Resources will ensure that offer letters are sent to the prospective employee. Pay will be stated as bi-weekly, not annually.  The AMEC-approved standard offer letter will be used.
2. All offers of employment for regular, full-time or part-time, non-exempt staff should be made and confirmed in writing, and coordinated with Human Resources as soon as making the offer.  Managers should forward a completed Employment Offer Proposal form to Human Resources at least one week in advance of the prospective employee's anticipated hire date.  Managers, however, are responsible for ensuring that non-exempt offer letters are sent or given to the prospective employee. All offers will include title or duties, hire date and pay.  Pay shall be stated as hourly, not annually.  The AMEC-approved standard offer of employment forms shall be used.
3. Offers of employment for on-call or temporary, exempt or non-exempt staff may be made using either the standard employment offer letter or the standard offer of employment form. All offers of employment shall include title or duties, hire date and pay.  Pay shall be stated as either hourly or bi-weekly, but not annually.  All on-call employees shall be considered non-exempt, hourly employees.
4. Any relocation assistance offered shall conform to the guidelines established in AMEC Earth & Environmental Policy # 1.70 "Employee Relocations".
5. All representatives of AMEC should be aware that the employment with the Company is "at will" and should exercise great care not to make any representations otherwise.  During the recruitment, hiring, and orientation process, no statement shall be made promising permanent or guaranteed employment, and no document shall be called a contract unless, in fact, an employment contract is used and must be approved in advance by AMEC's Legal Department.

Earth & Environmental
Employee Handbook
Policy I-9, Page 2

AMEC000055

Human Resources Procedures and Supporting Documents



| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 3 of 3 | Revision Number: | Revision Date: |

6. Immediately upon selecting an applicant for employment, the manager shall complete the "Employment Offer Proposal" form.  He/she shall obtain the proper signatures. On the employee's first day at work, he/she must report to his/her Human Resources Contact to complete and submit the necessary paperwork to be placed in payroll.

Earth & Environmental
Employee Handbook
Policy I-9, Page 3

# EXHIBIT 8

April 9, 2008



*Private & Confidential*



Dear Mr. ▮▮▮▮

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Civil Engineer/Hydrologist, reporting to me in the Tucson office, effective April 2▮, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.



The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,120.00 payable on a bi-weekly basis which annualizes to $55,120.00. Direct Deposit is available if preferred.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 10 days per year or 3.08 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening, and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

AMEC Infrastructure
3295 W. Ina Road, Suite 200
Tucson, Arizona 85741
Phone: +1.520.219.4998
Fax: +1.520.219.0490

www.amec.com

CONFIDENTIAL

AMEC000386



Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement.  Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card.  Please bring these documents with you on the first day of your employment.  If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

### Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated.  While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

### Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment.  AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information.  It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

### Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation.  Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, and any other completed documents within seven business days to the Tucson, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Mike Sadowski
Unit Manager- Tucson, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

4 | 10 | 2008
_____
Date

_____
(Employee)

cc:    Human Resources - Seattle Office

2

CONFIDENTIAL

AMEC000387

March 19, 2008

*Private & Confidential*



Dear Mr.

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Hydrogeologist, reporting to me in the Tucson, AZ office, effective April, 1, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $3,077.00 payable on a bi-weekly basis which annualizes to $80,020.00. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening, motor vehicle records check and

AMEC Infrastructure
3295 W. Ina Road, Suite 200
Tucson, Arizona 85741
Phone: +1.520.219.4998
Fax: +1.520.219.0499

www.amec.com

**CONFIDENTIAL**

**AMEC000388**

educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Tucson, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Michael Sadowski
Department Manager—Tucson, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

3-25-08
Date

(Employee)

2

February 12, 2008

*Private & Confidential*



Dear Mr. ▮▮▮▮

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Construction Inspector, reporting to me in the Mesa, AZ office, effective on a date to be mutually agreed upon. 2/3/08

The following will outline the terms and conditions of employment:

**Compensation**

- Status – non-exempt.
- Hourly wage of $26.00, paid bi-weekly. Overtime will be paid according to each state's wage and hour guidelines. Direct Deposit is available if preferred.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:

- Health Insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening, motor vehicle records check and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

AMEC Infrastructure
4435 E. Holmes Avenue
Mesa, Arizona 85206-3372
Phone: +1.480.830.3700
Fax: +1.480.830.3903                     www.amec.com

**CONFIDENTIAL**

**AMEC000390**

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Mesa, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Jay Guerin
Assistant Branch Manager

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

2-14-08
Date                                    (Employee)

cc:    Human Resources - Seattle Office

**CONFIDENTIAL**                                    AMEC000391

December 13, 2007

_Private & Confidential_



Dear Ms. ▮▮▮▮

On behalf of AMEC Infrastructure, I am pleased to offer you the position of Project Administrator, reporting to Ryan Kanzleiter in the Lake Havasu City, AZ office, effective on a date to be mutually agreed upon.  01/07/08 · as

The following will outline the terms and conditions of employment:

**Compensation**

- Status – non-exempt.
- Hourly wage of $15.00, paid bi-weekly.  Overtime will be paid according to each state's wage and hour guidelines.  Direct Deposit is available if preferred.

**Benefits**

Enclosed, please find the _Choices_ Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees.  Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment insurance.
- You will accrue annual vacation leave at a rate of 10 days per year or 3.08 hours bi-weekly.
- Holidays -- AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more.  Your Manager will determine with you what training is appropriate.  Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher.  Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients.  To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials confirmation (where applicable).  If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue.  All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their

AMEC Infrastructure
94 Acoma Blvd. South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                              www.amec.com

employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu City, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
**AMEC Infrastructure**

**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

12-17-07
_____
Date

_____
(Employee)

cc:    Human Resources - Seattle Office

2

**CONFIDENTIAL**

**AMEC000396**

February 15, 2008

*Private & Confidential*



Dear Mr. ████

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Party Chief/Project Surveyor, reporting to Danny Green in the Tucson, AZ office, effective February 25, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – non-exempt.
- Hourly wage of $30.50, paid bi-weekly. Overtime will be paid according to each state's wage and hour guidelines. Direct Deposit is available if preferred.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:
- Health Insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 10 days per year or 3.08 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening, motor vehicle records check and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

AMEC Infrastructure
3295 W. Ina Road, Suite 200
Tucson, Arizona 85741
Phone: +1.520.219.4998
Fax: +1.520.219.0499          www.amec.com

**CONFIDENTIAL**

AMEC000397

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**
If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Tucson location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Michael Sadowski
Unit Manager—Tucson, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

2 – 18 - 08
Date                                    (Employee)

cc:    Human Resources - Seattle Office

2

**CONFIDENTIAL**                                   AMEC000398

December 21, 2007                                             *Private & Confidential*



Dear Mr.

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Senior Engineering Inspector, reporting to me in the Mesa, AZ office, effective January 7, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

### Compensation

- Status – non-exempt.
- Hourly wage of $37.00, paid bi-weekly. Overtime will be paid according to each state's wage and hour guidelines. Direct Deposit is available if preferred.

### Benefits

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

### Background Screening/Employment Documentation

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

AMEC Infrastructure
4435 E. Holmes Avenue
Mesa, Arizona 85206-3372
Phone: +1.480.830.3700
Fax: +1.480.830.3903                    www.amec.com

**CONFIDENTIAL**                                                    AMEC000399

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Mesa, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Jay Guertin
Assistant Branch Manager – Mesa, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

JAN 3 2008
Date

(Employee)

cc:    Human Resources - Seattle Office

2

CONFIDENTIAL

December 14, 2007

*Private & Confidential*



Dear Mr. ███

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Designer, reporting to me in the Tucson, AZ office, effective January 7, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2423.08 payable on a bi-weekly basis which annualizes to $63,000.08. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's

AMEC Infrastructure
3295 W. Ina Road, Suite 200
Tucson, Arizona 85741
Phone: +1.520.219.4998
Fax: +1.520.219.0499          www.amec.com

**CONFIDENTIAL**                                        **AMEC000401**

policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

### Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

### Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

### Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Tucson, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Mike Sadowski
Department Manager—Tucson, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

12-14-2007
Date

(Employee)

cc:    Human Resources - Seattle Office

2

**CONFIDENTIAL**                                                            **AMEC000402**

December 21, 2007

*Private & Confidential*



Dear Ms. ▮▮▮▮▮

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Rodman, reporting to Danny Green in the Tucson, AZ office, effective January 7, 2008. It is anticipated that you will work approximately 25 hours per week. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – non-exempt.
- Hourly wage of $13.00, paid bi-weekly. Overtime will be paid according to each state's wage and hour guidelines. Direct Deposit is available if preferred.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 1.94 hours bi-weekly. Please note that this accrual is based on a 25 hour work week.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

AMEC Infrastructure
4435 E. Holmes Avenue
Mesa, Arizona 85206-3372
Phone: +1.480.830.3700
Fax: +1.480.830.3903

www.amec.com

**CONFIDENTIAL**

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Mesa, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Mike Sadowski
Branch Manager – Tucson, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

3 Jan 2008
Date                                    (Employee)

cc:    Human Resources - Seattle Office

2

**CONFIDENTIAL**                                    AMEC000404

February 14, 2008

*Private & Confidential*



Dear Mr. ███

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Construction Manager, reporting to me in the Lake Havasu City, AZ office, effective February 25, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $4,000.00 payable on a bi-weekly basis which annualizes to $104,000.00. Direct Deposit is available if preferred.
- You will receive a relocation allowance in the amount of $3,000.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening, motor vehicle records check and

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                    www.amec.com

**CONFIDENTIAL**

AMEC000405

educational credentials confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu City, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

Chris Hassert
Senior Civil Project Manager

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

2/18/08
Date

(Employee)

2

# EXHIBIT 9



REDACTED

AMEC000550



AMEC000551