# EXHIBIT C

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stacy D. Ford-Kelly, | ) | |
| Plaintiff, | ) | No. 3:12-cv-08085-NVW |
| vs. | ) | |
| AMEC Environment and Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc., | ) ) ) ) ) | **DECLARATION OF STACY LOVETT IN SUPPORT OF DEFENDANT AMEC ENVIRONMENT & INFRASTRUCTURE, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | ) ) ) ) | |

STACY LOVETT, upon her oath, states as follows:

1.       I was employed by Defendant AMEC Earth & Environmental, Inc., n/k/a AMEC Environment & Infrastructure, Inc. ("AMEC"), as an Administrative Assistant in the Mesa, Arizona office from 2007 to 2012.  I make this declaration based on my personal knowledge and in support of AMEC's Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Default Judgment.  If called upon to do so, I could and would personally and competently testify to the following facts.

3370939.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

2.      I was the main Human Resources contact person in the Mesa, Arizona office during my employment with AMEC. I was responsible for sending offer letters to all new Arizona employees after the letters were prepared by AMEC's corporate human resources office in Bothell, Washington.

3.      One of the offer letters I received from AMEC's corporate human resources department was prepared in connection with the hiring of Stacy Ford as an Engineer in Training at AMEC's Lake Havasu City office.

4.      Melinda Knott, a human resources manager in AMEC's corporate human resources office, emailed me an unsigned offer letter for Ms. Ford in a Microsoft Word .doc format at 11:58:47 a.m. on January 21, 2008. The offer letter did not include Ms. Ford's address but instead had the highlighted words "Address Line 1" and "Address Line 2" directly under Ms. Ford's name at the top of the first page. In the cover email attaching the offer letter, Ms. Knott advised me that she had spoken to Ms. Ford on the phone and that Ms. Ford wanted her offer letter sent to her in a .pdf format to the email address: stacy.deann@yahoo.com. Ms. Knott also advised me that the offer letter was "ready to be printed" except for "inserting a mailing address." Attached to this declaration as **Exhibit 1** is a true and correct copy of the email I received from Ms. Knott with the attached offer letter that Ms. Knott instructed me to email to Ms. Ford.

5.      At 12:20:05 p.m. on January 21, 2008, I emailed the offer letter in .pdf format to Ms. Ford at stacy.deann@yahoo.com. Before sending the offer letter to Ms. Ford, I did not insert her mailing address. At 1:03:53 p.m., I received an email response from Ms. Ford attaching an electronic copy of the offer letter bearing what appeared to be Ms. Ford's signature. In the email attaching the executed offer letter, Ms. Ford stated: "Here are the signed offer and moving allowances paperwork." Attached to this declaration as **Exhibit 2** is a true and correct copy of the email exchange I had with Ms. Ford on January 21, 2008, regarding her offer letter.

LEWIS
AND
ROCA
——— L.L.P ———
L A W Y E R S

6.      After receiving the signed offer letter from Ms. Ford, I printed out a hard copy and placed it in a file I maintained in my office for AMEC employees working in Arizona.  Attached to this declaration as **Exhibit 3** is a true and correct copy of the file folder containing personnel documents relating to Ms. Ford and the copy of the offer letter that I received back from Ms. Ford on January 21, 2008.

7.      I have reviewed Exhibit 1 to Plaintiff's First Amended Complaint, and I can attest that this is not a document I have ever seen, and it is not a document I ever sent to or received back from Ms. Ford.  In fact, I never knew of any AMEC employee ever being offered terms similar to those contained in that document.

8.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 15th day of March, 2013.

Stacy Lovett

_Stacy Lovett_

# EXHIBIT 1

| | |
|---|---|
| **From:** | Knott, Melinda R |
| **To:** | Lovett, Stacy |
| **CC:** | Bennion, David B |
| **Sent:** | 1/21/2008 11:58:47 AM |
| **Subject:** | Stacy Ford - Offer Letter |
| **Attachments:** | Stacy Ford EAF Signed.PDF; Stacy Ford Lake Havasu INF.doc; Stacy Ford Lake Havasu MOVING INF.doc |

Hi Stacy,

Stacy Ford's offer letter and moving allowance form are attached.

Stacy called her directly this morning asking for her offer letter. I let her know that we (HR) does not send out the offer letters directly to new employees and that I would pass along her contact information to you.

She would like a copy of the letter PDFd to her at stacy.deann@yahoo.com. Her phone number is (208) 389-8087.

Unless there are any changes that need to be made to the letter (besides inserting a mailing address), it is ready to be printed, signed and sent out from your office with a complete offer packet.

Thanks,

*Melinda R. Knott*
AMEC Earth & Environmental, Inc.
Human Resources Generalist, US Human Resources
telephone +1 (425) 820-4669 ext. 3154
confidential fax +1 (425) 820-5634
melinda.knott@amec.com

*The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete and destroy the message.*

---

**From:** Lovett, Stacy
**Sent:** Monday, January 21, 2008 8:17 AM
**To:** Knott, Melinda R
**Subject:** Approved EAF

Here is the EAF signed by Dave Peterson-

Stacy Lovett
AMEC
Mesa, AZ
Phone: 1 480 648 5301
Fax: 1 480 830 3903
stacy.lovett@amec.com

AMEC000092

**Earth & Environmental**

## Employee Action Form



| DATE 01-15-2008 | EFFECTIVE DATE 01-28-2008 | UNIT 6712 | EMPLOYEE NO. _____ |

NAME OF THE EMPLOYEE Stacy Ford

EMAIL ADDRESS stacy.ford@amec.com    New Hire ☒    Rehire ☐ –enter 1st day worked    ☐ Term

**New Hires/Offer Proposal Information** (Mark off all applicable boxes)

Level Title Civil EIT

Job Title EIT

☒ Regular, Full-Time (24 - 40 hours/week)
☐ Temporary, Full-Time (24 - 40 hours/week – Max. 6 months)*
☐ Regular, Part-Time (Max. 23 hours/week)*
☐ Temporary, Part-Time (Max. 23 hours/week – Max. 6 months)*
☐ On-Call (no set schedule or hours / no benefits)    *not eligible for Choices benefits
Vacation Exception: ☒ 3 weeks ☐ 4 weeks

*Please attach applicant resume or application

Office Location 6712 LKH
Work Location (if working remotely or telecommuting) _____
40 Hours/week
☒ Exempt (salaried)    ☐ Nonexempt (hourly)
Pay $2384.62    (biweekly if exempt / hourly if nonexempt)
Unit Billable (average 70% unit pricing work) ☒ Yes  ☐ No
Timesheet Approver /Supervisor Chris Hassert
Participation in: ☐ Driving Program ☐ Medical Surveillance Program
☐ Signing Bonus: $0  ☒ Moving Allowance: $4500

**Changes** (Mark off all applicable boxes)

☐ New Level Title  _____
☐ New Location  _____
☐ New Unit  _____
☐ Regular  or  ☐ Temporary
☐ PT to FT (24 - 40 hr/wk)  _____ hrs/wk
☐ FT to PT (Max. 23 hr/wk / no benefits)  _____ hrs/wk
☐ FT/PT to On-Call (no set schedule or hours / no benefits)
  ☐ Employee requested  or  ☐ Employer requested, if due to lack of work contact HR

☐ New Job Title  _____
☐ New Supervisor/Manager  _____
☐ New Timesheet Approver  _____
☐ Exempt to Nonexempt
☐ Nonexempt to Exempt (attach job description; prior HR approval)
☐ New Hours per Week  _____
☐ On-Call to FT or PT (circle one)  _____ hrs/wk

☐ Base Pay Change   Current Pay $_____    New Pay $_____  (biweekly if exempt / hourly if nonexempt)
Reason for Change** ☐ Merit Increase ☐ Promotion ☐ Market Adjustment _____% Increase
** Attach appropriate documentation (i.e., market data if this is a adjustment) or use explanation area below

**Leave of Absence** (Start – use first day not working. Return – use first day back. Attach appropriate documentation.)

☐ Start Leave of Absence   Date: _____    Type: ☐ FMLA    ☐ Other _____
☐ Return from Leave of Absence   Date: _____         ☐ Personal    ☐ Lack of Work (Temporary Layoff)

**Terminations** (Attach resignation letter/form. For separations attach documentation and final timesheets.)

☐ Resignation
☐ Involuntary Separation – Term with cause
☐ Involuntary Separation – Layoff

Separation Code _____  (reference leave codes)
Eligible for rehire? ☐ Yes or ☐ No (If No is checked, please attach
                                        or provide explanation)

**Explanations/Notes:** _____

| AUTHORIZATIONS | WHEN REQUIRED | SIGNATURE | DATE |
|---|---|---|---|
| Unit Manager | All Changes | *[signature]* | 01-16-2008 |
| Area Manager | See Limits of Authority | *[signature]* | 1/17/08 |
| Regional Manager | See Limits of Authority | | |
| Human Resources | Reviews All Changes; Concurrence per Limits of Authority | | |
| Exec. Vice- President | See Limits of Authority | | |

| For Office Use Only: | Continued Service date _____ | Billing Class Code _____ | EEO Code _____ |

| HR/Payroll Use Only | HR Initial | ADP Initial | BST Initial |

Updated 11-2007

AMEC000093

January 21, 2008

_**Private & Confidential**_

Stacy Ford
Address Line 1
Address Line 2

Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the _Choices_ Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                    www.amec.com

AMEC000094

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
**AMEC Infrastructure**



**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**


I have read and accept the offer of employment contained in this letter, including the referenced attachments.

_____          _____
Date                                                                  (Employee)

2

AMEC000095

## Earth & Environmental



### Moving Allowance Form

| Employee Name: Stacy Ford | File Number: |
|---|---|

| Current Location: Idaho | New Location: Lake Havasu, AZ |
|---|---|

| Employee Status: | ☐ Current Employee<br>✷ New Hire | Move is: | ☐ Employee initiated (requires Exec VP approval)<br>✷ AEE initiated (authorizations see below) |
|---|---|---|---|

#### Allowance

*All taxable allowances are lump sum paid as taxable income, with the employee assuming responsibility for any and all tax implications. Non-taxable reimbursements are paid only with proper documentation (receipts) of expenses. If proper receipts are not submitted all reimbursements will be treated as taxable income. All allowances (taxable and non-taxable) will be distributed through AEE payroll and should not exceed the approved authorized maximum allowance.*

Employee Salary $62,000.12. Authorized maximum allowance $4,500.00.

Non-Taxable Amount $_____.        Taxable Amount $_____.
(moving van, truck rental, packing materials only)        (all other expenses)

Allowance is to be ☐ paid at completion of move **OR** ☐ advances are authorized (to be settled at completion of move).

Additional terms _____

**\*\*SEE EAF/OFFER LETTER FOR APPROVALS\*\***
Authorization for allowance: _____
                                         Authorizing Signature                            Date

AEE initiated moves require the following approval levels:
    Allowance up to and including one month's salary=     Senior Manager (SVP)
    Allowance up to and including three month's salary=   Executive Vice President
    Allowance of more than three month's salary=          President

#### Advances

**All advances are to be deducted from maximum allowance. Settlement of this allowance must be within 90 days of move to new home.**

Advance amount$_____    Date issued_____    Payroll initials_____

#### Agreement

In consideration of this company-paid moving allowance, I acknowledge that I have received a copy of the AMEC Earth & Environmental Employee Relocations policy #1.70, that I understand its contents, and that I agree to abide by its requirements.

_____        _____
Employee Signature                                    Date

AMEC000096



| Settlement | | |
|---|---|---|
| Total amount authorized | $_____ | |
|     Less amount advanced | _____ | |
| Total Moving Allowance Disbursement at Settlement | | $_____ |
| Settlement Date_____ by (Payroll) _____ | | |

| Policy #1.70 | Title: EMPLOYEE RELOCATIONS |
|---|---|
| Effective Date: JANUARY 1, 1997 | Revision Date: |

**1.0    OBJECTIVE**

In the normal course of operations, employees of AMEC Earth & Environmental may be required to relocate due to organizational requirements. The objective of this policy is to ensure that employee relations occur in an equitable and mutually agreeable manner for both the employee and the company.

**2.0    PURPOSE**

To establish guidelines regarding relocation practices for employees of AMEC Earth & Environmental

**3.0    SCOPE**

This policy applies to AMEC Earth & Environmental

**4.0    POLICY**

**Method of Reimbursement**

In situations where AEE will contribute financially toward the relocation of an employee, the amount of the company contribution will be negotiated between the employee and the company, and may vary depending on the circumstances of each specific situation. The company's contribution will be treated as a Moving Allowance, which will be paid directly to the employee upon completion of the relocation, except as allowed under AEE Policy #1.40. The employee will be responsible to arrange all aspects of his/her relocation, and will pay directly all costs associated with the relocation.

The company will comply with all income tax requirements regarding the issuance of applicable tax documentation referencing the payment of the lump sum moving allowance to the employee.

The employee will be fully responsible for documenting all costs associated with the relocation, and will be responsible for his/her personal income tax preparation, which should include receipt of the AEE Moving Allowance, net of his actual tax deductible relocation costs. AEE does not assume any responsibility for the employee's personal income tax preparation nor any potential personal income tax liability resulting from the relocation.

**Employee Relocation Loan or Advance**

Any employee relocation loan or advance granted to an employee should be in accordance with the AEE Policy #1.40, "Employee Loans and Advances."

**Employee Initiated Relocations**

Any reimbursement toward the costs of an employee relocation, whereby the relocation request has been initiated by the employee, requires the approval of the appropriate Executive Vice President, regardless of the amount of the company contribution.

**AEE (Company) Initiated Relocations**

Moving Allowances granted to an employee, in situations whereby the company had initiated the request to relocate, shall require the following levels of approval, prior to a commitment being made:

| | |
|---|---|
| Equivalent to one month's salary | - Senior Manager |
| Equivalent to two month's salary | - Senior Vice President |
| Equivalent to three month's salary or more | - Executive Vice President |

The President of AEE has the authority to approve alternative arrangements to this policy for senior executives or professionals, at his discretion.

**Reimbursement of AEE Moving Allowance**

It is a condition of this policy that any employee receiving an AEE Moving Allowance must agree to reimburse AEE for the Allowance on the following basis if they voluntarily resign from the company with in the first 36 months of their relocation:

| | |
|---|---|
| Less than 12 months | - 100% reimbursement |
| More than 12 months, but less than 24 months | - Pro-rated monthly from 100% at month #12 to 50% at month #24 |
| More than 24 months, but less than 36 months | - Pro-rated from 50% at month #24 to zero at month #36 |

It is furthermore a condition of this policy that any employee receiving an AEE Moving allowance agrees that in the event that he/she voluntarily resigns from AEE during the above reference period of time, AEE may offset any monies owing the employee, upon his/her resignation, against any outstanding balance owing AEE.

The employee shall acknowledge and document his/her acceptance of this condition by signing and dating a copy of this policy. The signed original shall be retained in the Human Resources department until the 36 month period has elapsed.

**5.0    PROCEDURAL REFERENCE**

AMEC000097



When agreement has been reached between an employee and the company, the applicable manager should initiate a letter to the employee outlining the amount of the moving allowance, and other relevant details of the relocation. The letter should be signed by the manager having the appropriate level of authority. A copy of the letter should be given to Human Resources for retention in the employee's file.

All approved Moving Allowances should be disbursed through the payroll department to ensure appropriate income tax documentation. The applicable Manager is responsible to advise the payroll department when a Moving Allowance is required, and should provide a copy of the letter to the employee, confirming the amount and evidencing the appropriate approval.

**6.0    RESPONSIBILITIES**

It is the responsibility of the Executive Vice President, Finance & Administration or his/her designate to administer this policy.

**7.0    EFFECTIVENESS CONSIDERATIONS/MEASURES**

This policy will be considered effective when employee relocations occur in an equitable and mutually agreeable manner for both the employee and the company.

AMEC000098

# EXHIBIT 2

Page 1 of 4

| | |
|---|---|
| **From:** | Ford, Stacy D [IMCEAEX-_O=MESSAGING_OU=AM_CN=RECIPIENTS_CN=STACY+2EFORD@root.domain] |
| **Sent:** | Tuesday, February 05, 2008 3:44 PM |
| **To:** | Knott, Melinda R |
| **Cc:** | Bennion, David B |
| **Subject:** | RE: AMEC Offer Letter and Moving Allowance form |

In my communications with David since I spoke to you yesterday I was under the impression that David was going to have a check cut for me as soon as this was received.

Stacy Ford

**From:** Knott, Melinda R
**Sent:** Tuesday, February 05, 2008 3:37 PM
**To:** Ford, Stacy D
**Cc:** Bennion, David B
**Subject:** RE: AMEC Offer Letter and Moving Allowance form

**Thanks Stacy. I will get this form submitted. It will be paid out with the 2/15 payroll.**

**From:** Ford, Stacy D
**Sent:** Tuesday, February 05, 2008 2:35 PM
**To:** Knott, Melinda R; Bennion, David B
**Subject:** RE: AMEC Offer Letter and Moving Allowance form

Stacy Ford

10/9/2012

AMEC000590

**From:** Knott, Melinda R
**Sent:** Tuesday, February 05, 2008 3:11 PM
**To:** Stacy Ford; Bennion, David B
**Cc:** Ford, Stacy D
**Subject:** RE: AMEC Offer Letter and Moving Allowance form

Hi Stacy,

On the Moving Allowance form, can you please indicate whether you intend to have the allowance be paid out as taxable (taxed at a supplemental/bonus rate and paid without receipts) or non-taxable (receipts for moving vehicle and/or packing supplies must be provided prior to reimbursement) or a combination of the two.

If you choose to do a combination, the allowance will be paid out once we receive receipts for the allowable non-taxables (moving vehicle and packing supplies).

Can you please complete this section and re-send?

Please let me know if you have any questions.

Thanks,

*Melinda R. Knott*
AMEC Earth & Environmental, Inc.
Human Resources Generalist, US Human Resources
telephone +1 (425) 820-4669 ext. 3154
confidential fax +1 (425) 820-5634
melinda.knott@amec.com

*The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete and destroy the message.*

**From:** Stacy Ford [mailto:stacy.deann@yahoo.com]
**Sent:** Tuesday, February 05, 2008 1:59 PM
**To:** Knott, Melinda R; Bennion, David B
**Cc:** Ford, Stacy D
**Subject:** Fw: AMEC Offer Letter and Moving Allowance form

Melinda & David,
Here is the email I sent to Stacy Lovett on 1/21 with the signed offer letter and moving allowance attachments. I did give Renee the originals on 1/23 and she sent those to Stacy.

Stacy Ford

----- Forwarded Message ----

AMEC000591

Page 3 of 4

From: Stacy Ford <stacy.deann@yahoo.com>
To: "Lovett, Stacy" <Stacy.Lovett@amec.com>
Sent: Monday, January 21, 2008 1:03:53 PM
Subject: Re: AMEC Offer Letter and Moving Allowance form

Stacy,

Here are the signed offer and moving allowance paperwork. I will get in touch with Renee in
Lake Havasu on Wednesday and get the drug test paperwork and drop off these signed papers to
her. Thank you for your help.

Stacy Ford

----- Original Message -----
From: "Lovett, Stacy" <Stacy.Lovett@amec.com>
To: stacy.deann@yahoo.com
Sent: Monday, January 21, 2008 12:20:05 PM
Subject: AMEC Offer Letter and Moving Allowance form

Stacy Lovett

The information contained in this e-mail is intended only for the individual or entity to whom it
is addressed.
Its contents (including any attachments) may contain confidential and/or privileged information.

If you are not an intended recipient you must not use, disclose, disseminate, copy or print its
contents.
If you receive this e-mail in error, please notify the sender by reply e-mail and delete and

10/9/2012

AMEC000592

Page 4 of 4

destroy the message.

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. <u>Try it now.</u>

---

Never miss a thing. <u>Make Yahoo your homepage.</u>

AMEC000593

# EXHIBIT 3



FORD,STACY

AMEC000554

January 21, 2008

*Private & Confidential*

Stacy Ford
Address Line 1
Address Line 2

Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked may be available subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036          www.amec.com

**AMEC000565**

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

### Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

### Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

### Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
**AMEC Infrastructure**


**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**


I have read and accept the offer of employment contained in this letter, including the referenced attachments.

_1/21/08_
Date

_Stacy D. Ford_
(Employee)

2