# EXHIBIT D

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly, | No. 3:12-cv-08085-NVW |
| Plaintiff, | **DECLARATION OF MELINDA KNOTT IN SUPPORT OF AMEC ENVIRONMENT & INFRASTRUCTURE, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| AMEC Environment and Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc., | |
| Defendant. | |

MELINDA KNOTT, upon her oath, states as follows:

1.      I am the former Human Resources Manager for the Western Region of Defendant AMEC Earth & Environmental, Inc., n/k/a AMEC Environment & Infrastructure, Inc. ("AMEC"). During my employment with AMEC, I also held the positions of Human Resources Assistant and Human Resources Generalist. I was employed by AMEC from May 15, 2006, to March 1, 2012. I make this declaration based on my personal knowledge and in support of AMEC's Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Default Judgment. If called upon to do so, I could and would personally and competently testify to the following facts.

3377641.2



1      2.      During my employment, I was responsible for preparing and/or reviewing

2    employment offer letters for the United States AMEC offices, including the AMEC office

3    in Lake Havasu City, Arizona. I worked in AMEC's corporate human resources

4    department in Washington during the entire time that I was employed with AMEC. The

5    office was originally located in Kirkland, Washington, and later moved to Bothell,

6    Washington.

7      3.      As part of my duties at AMEC, I was familiar with AMEC's Hiring Policy.

8    Attached to this declaration as **Exhibit 1** is a true and correct copy of AMEC's Hiring

9    Policy that was in effect in January 2008.

10      4.      In the course of my employment with AMEC, I prepared employment offer

11    letters for many employees. Per AMEC's Hiring Policy, all of the employment offer

12    letters that I prepared and/or reviewed were created from a template offer letter that

13    included identical language regarding benefits, background screening, employment

14    documentation, probationary period, at-will employment, confidentiality and severability.

15      5.      In the course of my employment with AMEC, I prepared an employment

16    offer letter for Stacy Ford. I used the Human Resources shared drive on the "sea-fs1"

17    server to prepare the offer letter from the template offer letter. Stacy Ford called me on

18    the morning of January 21, 2008, and asked me to send her offer letter as a .pdf document

19    to the email address stacy.deann@yahoo.com. I told Ms. Ford that I did not send offer

20    letters directly to new employees but that I would pass along her contact information to

21    Stacy Lovett. On January 21, 2008, at 11:58:47 a.m., after I prepared and saved the offer

22    letter, I emailed it in Microsoft Word .doc format to Stacy Lovett, an administrative

23    assistant in the Mesa, Arizona office, so that she could send it to Stacy Ford for her

24    signature. I left the address lines blank so that Ms. Lovett could add Ms. Ford's address

25    before she sent it to Ms. Ford. Attached to this declaration as **Exhibit 2** is a true and

26    correct copy of the email I sent to Ms. Lovett on January 21, 2008, and the attached

27    unsigned offer letter for Stacy Ford that I prepared.

28

3377641.2



LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    6.    The next day, Ms. Lovett emailed the offer letter executed by Ms. Ford to

2    me. I saw (1) that Ms. Lovett had not added Ms. Ford's address before Ms. Ford had

3    executed the offer letter and (2) that the offer letter had not been signed by the local unit

4    manager, Chris Hassert. I therefore signed the offer letter on Mr. Hassert's behalf and

5    personally provided a physical copy of the document to Mary Halladay in AMEC's

6    corporate payroll department in Bothell, Washington. Attached to this declaration as

7    **Exhibit 3** is a true and correct copy of Ms. Ford's fully executed offer letter that I signed

8    on January 22, 2008.

9    7.    I have reviewed the document that is attached to Plaintiff's First Amended

10   Complaint as Exhibit 1. I did not prepare or sign this document.

11   8.    During my employment with AMEC, I never prepared, signed, reviewed, or

12   heard about any offer letter for an AMEC employee that included the terms of

13   employment that are contained in Exhibit 1 to the First Amended Complaint (i.e., a six-

14   year guaranteed contract of employment, a guaranteed salary increase and cost of living

15   increases, and a guaranteed payout of the "contract" if employment ceases "due to no

16   fault" of the employee). In fact, these terms of employment violate AMEC's Hiring

17   Policy, which expressly does not permit employees to be hired for a guaranteed term

18   unless signed by the president or executive vice president.

19   9.    In January 2010, I learned that Ms. Ford (who was no longer working for

20   AMEC) had requested a copy of her personnel file. In connection with that request, I

21   scanned the hard copy of Ms. Ford's personnel file in .pdf format and emailed it to Dave

22   Bennion, AMEC's Human Resources Manager for the Mountain Group, on January 20,

23   2010 at 5:12:17 p.m. Included in the scanned .pdf copy of Ms. Ford's personnel file was a

24   copy of the offer letter executed by both Ms. Ford and myself. Attached to this declaration

25   as **Exhibit 4** is a true and correct copy of the email I sent to Mr. Bennion and the copy of

26   the fully executed offer letter that was maintained in Ms. Ford's hard-copy personnel file

27   and attached to the email in .pdf form.

28

3377641.2



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1       10.     Due to AMEC's merger with MACTEC in June 2011, the Human

2  Resources administrative function of AMEC was moved from Bothell, Washington to

3  Alpharetta, Georgia.  The location of the master personnel files for all current employees

4  was also moved from Bothell to Alpharetta.  As part of that transition and integration plan,

5  AMEC's Vice President of Human Resources for North America, Jayne Dinan, directed

6  me to scan the personnel files of all terminated employees and to destroy the physical files

7  due to the high cost of shipping and storing the physical files.

8       11.     I directed two employees, Natasha Vu and Mandy Whittle, to scan the entire

9  contents of the personnel files of all terminated employees and to destroy the physical

10  files.  I oversaw this process.  To the best of my knowledge and recollection, Stacy Ford's

11  complete personnel file was scanned and saved on AMEC's computer system on or around

12  October 27, 2011.  I was not aware of any litigation involving Stacy Ford and AMEC

13  before her physical personnel file was destroyed.  The scanned personnel files were stored

14  on the "sea-fs1" server that is located in Bothell, Washington.

15       12.     I declare under penalty of perjury that the foregoing is true and correct to

16  the best of my knowledge and belief.

17      Dated this 18th day of March, 2013.

18

19                          _____

20                       Melinda R. Knott

21

22

23

24

25

26

27

28

3377641.2

# EXHIBIT 1

Human Resources Procedures and Supporting Documents

**amec**

| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 1 of 3 | Revision Number: | Revision Date: |

## 1.0    Policy

It is the policy of AEEI to comply with Title VII of the Civil Rights Act of 1964. There shall be fair and equal opportunity for all, and all applicants for employment will be considered on merit alone, without regard to race, color, religion, sex, age, disability, or national origin, and in accordance with applicable laws and regulations. AEEI will hire individuals who are qualified or trainable for employment as determined by standards of education, experience, aptitude, fitness for duty and character. All decisions regarding the recruitment, selection, and placement of employees are made solely on the basis of job-related criteria. In no event shall the hiring of an employee be considered as creating a contractual relationship between the employee and AEEI; and, unless otherwise provided in writing, such relationship shall be defined as "employment at will", where either party may dissolve the relationship at any time.

## 2.0    Procedure

Recruiting

1. Prior to initiating recruiting actions to fill an exempt position, it is the responsibility of the hiring manager to assure that the position has been approved using the Request for New Hire form and that Human Resources has been informed.
2. Positions will be approved in accordance with the policy on "Delegation of Signature Authority."
3. Human Resources will make appropriate notifications to state agencies and will review current applicant files.
4. Human Resources will also post notices of job openings both exempt and non-exempt appropriately within AMEC. Job openings will be filled by promoting from within wherever practical.
5. After a position has been approved and Human Resources has been notified, the hiring manager may recruit for the position at his/her discretion, if the cost is budgeted.
6. Upon request, Human Resources may assist managers by placing advertisements, screening resumes, interviewing, testing, or performing reference checks. Normally, paid job advertisements will be reviewed by Human Resources. At a minimum, all job advertisements will include language related to equal employment opportunity.
7. AEEI will not normally pay for recruiting assistance from employment agencies or professional recruiters; however, exceptions may be approved by the Regional Manager for certain hard to fill positions. The company will not pay agency fees for unsolicited referrals of individuals.
8. All applicants who are interviewed must complete an employment application. All resumes received and all completed applications must be retained in the local offices until the EEO Coordinator requests the files.

Earth & Environmental
Employee Handbook
Policy I-9, Page 1

**CONFIDENTIAL**

**AMEC000054**

Human Resources Procedures and Supporting Documents

**amec**

| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 2 of 3 | Revision Number: | Revision Date: |

9. Prior to extending an employment offer, managers are advised to obtain at least one reference.

10. If a medical examination or background investigation is required, the manager shall coordinate it through Human Resources. If a medical examination, background investigation, reference check or other data discloses any misrepresentations by the applicant, the applicant may be refused employment or, if already employed, the individual may be terminated.

11. No employment test(s) shall be used without it first being reviewed and approved by Human Resources.

Employment Offer

1. All offers of employment for regular, full-time or part-time, exempt staff should be made and confirmed in writing, and coordinated with Human Resources **prior** to making the offer. Managers should forward a completed Employment Offer Proposal form to Human Resources at least one week, if possible, in advance of the prospective employee's anticipated hire date. Human Resources will ensure that offer letters are sent to the prospective employee. Pay will be stated as bi-weekly, not annually. The AMEC-approved standard offer letter will be used.

2. All offers of employment for regular, full-time or part-time, non-exempt staff should be made and confirmed in writing, and coordinated with Human Resources as soon as making the offer. Managers should forward a completed Employment Offer Proposal form to Human Resources at least one week in advance of the prospective employee's anticipated hire date. Managers, however, are responsible for ensuring that non-exempt offer letters are sent or given to the prospective employee. All offers will include title or duties, hire date and pay. Pay shall be stated as hourly, not annually. The AMEC-approved standard offer of employment forms shall be used.

3. Offers of employment for on-call or temporary, exempt or non-exempt staff may be made using either the standard employment offer letter or the standard offer of employment form. All offers of employment shall include title or duties, hire date and pay. Pay shall be stated as either hourly or bi-weekly, but not annually. All on-call employees shall be considered non-exempt, hourly employees.

4. Any relocation assistance offered shall conform to the guidelines established in AMEC Earth & Environmental Policy # 1.70 "Employee Relocations".

5. All representatives of AMEC should be aware that the employment with the Company is "at will" and should exercise great care not to make any representations otherwise. During the recruitment, hiring, and orientation process, no statement shall be made promising permanent or guaranteed employment, and no document shall be called a contract unless, in fact, an employment contract is used and must be approved in advance by AMEC's Legal Department.

Earth & Environmental
Employee Handbook
Policy I-9, Page 2

**CONFIDENTIAL**

**AMEC000055**

Human Resources Procedures and Supporting Documents

**amec**

| EMPLOYMENT POLICIES – HIRING | Procedure Number: I-9 | Issue Date: November 2000 |
|---|---|---|
| Page: 3 of 3 | Revision Number: | Revision Date: |

6. Immediately upon selecting an applicant for employment, the manager shall complete the "Employment Offer Proposal" form.  He/she shall obtain the proper signatures. On the employee's first day at work, he/she must report to his/her Human Resources Contact to complete and submit the necessary paperwork to be placed in payroll.

Earth & Environmental
Employee Handbook
Policy I-9, Page 3

**CONFIDENTIAL**

AMEC000056

# EXHIBIT 2

| | |
|---|---|
| **From:** | Knott, Melinda R |
| **To:** | Lovett, Stacy |
| **CC:** | Bennion, David B |
| **Sent:** | 1/21/2008 11:58:47 AM |
| **Subject:** | Stacy Ford - Offer Letter |
| **Attachments:** | Stacy Ford EAF Signed.PDF; Stacy Ford Lake Havasu INF.doc; Stacy Ford Lake Havasu MOVING INF.doc |

Hi Stacy,

Stacy Ford's offer letter and moving allowance form are attached.

Stacy called her directly this morning asking for her offer letter. I let her know that we (HR) does not send out the offer letters directly to new employees and that I would pass along her contact information to you.

She would like a copy of the letter PDFd to her at stacy.deann@yahoo.com. Her phone number is (208) 389-8087.

Unless there are any changes that need to be made to the letter (besides inserting a mailing address), it is ready to be printed, signed and sent out from your office with a complete offer packet.

Thanks,

*Melinda R. Knott*
AMEC Earth & Environmental, Inc.
Human Resources Generalist, US Human Resources
telephone +1 (425) 820-4669 ext. 3154
confidential fax +1 (425) 820-5634
melinda.knott@amec.com

*The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete and destroy the message.*

---

**From:** Lovett, Stacy
**Sent:** Monday, January 21, 2008 8:17 AM
**To:** Knott, Melinda R
**Subject:** Approved EAF

Here is the EAF signed by Dave Peterson-

Stacy Lovett
AMEC
Mesa, AZ
Phone: 1 480 648 5301
Fax: 1 480 830 3903
stacy.lovett@amec.com

AMEC000092

**Earth & Environmental**

## Employee Action Form



DATE 01-15-2008     EFFECTIVE DATE 01-28-2008     UNIT 6712     EMPLOYEE NO. _____

NAME OF THE EMPLOYEE Stacy Ford

EMAIL ADDRESS stacy.ford@amec.com     New Hire ☒   Rehire ☐ –enter 1st day worked _____   ☐ Term

### New Hires/Offer Proposal Information (Mark off all applicable boxes)

Level Title _____

Job Title EIT Civil EIT

☒ Regular, Full-Time (24 - 40 hours/week)

☐ Temporary, Full-Time (24 - 40 hours/week – Max. 6 months)*

☐ Regular, Part-Time (Max. 23 hours/week)*

☐ Temporary, Part-Time (Max. 23 hours/week – Max. 6 months)*

☐ On-Call (no set schedule or hours / no benefits)*   *not eligible for Choices benefits

Vacation Exception: ☒ 3 weeks   ☐ 4 weeks

*Please attach applicant resume or application

Office Location 6712 LKH

Work Location (if working remotely or telecommuting) _____

40 Hours/week

☒ Exempt (salaried)    ☐ Nonexempt (hourly)

Pay $2384.62    (biweekly if exempt / hourly if nonexempt)

Unit Billable (average 70% unit pricing work) ☒ Yes   ☐ No

Timesheet Approver /Supervisor Chris Hassert

Participation in: ☐ Driving Program   ☐ Medical Surveillance Program

☐ Signing Bonus: $0    ☒ Moving Allowance: $4500

### Changes (Mark off all applicable boxes)

☐ New Level Title _____

☐ New Location _____

☐ New Unit _____

☐ Regular   or   ☐ Temporary

☐ PT to FT (24 - 40 hr/wk) _____ hrs/wk

☐ FT to PT (Max. 23 hr/wk / no benefits) _____ hrs/wk

☐ FT/PT to On-Call (no set schedule or hours / no benefits).

☐ Employee requested or ☐ Employer requested, if due to lack of work contact HR

☐ New Job Title _____

☐ New Supervisor/Manager _____

☐ New Timesheet Approver _____

☐ Exempt to Nonexempt

☐ Nonexempt to Exempt (attach job description; prior HR approval)

☐ New Hours per Week _____

☐ On-Call to FT or PT (circle one) _____ hrs/wk

☐ Base Pay Change   Current Pay $ _____    New Pay $ _____ (biweekly if exempt / hourly if nonexempt)

Reason for Change** _____ ☐ Merit Increase   ☐ Promotion   ☐ Market Adjustment _____ % Increase

** Attach appropriate documentation (i.e., market data if this is an adjustment) or use explanation area below

### Leave of Absence (Start – use first day not working. Return – use first day back. Attach appropriate documentation)

☐ Start Leave of Absence   Date: _____

☐ Return from Leave of Absence   Date: _____

Type: ☐ FMLA    ☐ Other _____

☐ Personal    ☐ Lack of Work (Temporary Layoff)

### Terminations (Attach resignation letter/form. For separations attach documentation and final timesheets.)

☐ Resignation

☐ Involuntary Separation – Term with cause

☐ Involuntary Separation – Layoff

Separation Code _____ (reference leave codes)

Eligible for rehire? ☐ Yes or   ☐ No   (If No is checked, please attach or provide explanation)

### Explanations/Notes:

| AUTHORIZATIONS | WHEN REQUIRED | SIGNATURE | DATE |
|---|---|---|---|
| Unit Manager | All Changes | _(signature)_ | 01-15-2008 |
| Area Manager | See Limits of Authority | _(signature)_ | 1/17/08 |
| Regional Manager | See Limits of Authority | | |
| Human Resources | Reviews All Changes; Concurrence per Limits of Authority | | |
| Exec. Vice- President | See Limits of Authority | | |

For Office Use Only: Continued Service date _____   Billing Class Code _____   EEO Code _____

| HR/Payroll Use Only | HR Initial | ADP Initial | BST Initial |
|---|---|---|---|
| | | | |

Updated 11-2007

AMEC000093

January 21, 2008

*Private & Confidential*

Stacy Ford
Address Line 1
Address Line 2

Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full- time employees. Upon your employment you will be immediately eligible for:
- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                    www.amec.com

AMEC000094

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
**AMEC Infrastructure**


**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**


I have read and accept the offer of employment contained in this letter, including the referenced attachments.


_____          _____
Date                                      (Employee)

AMEC000095

## Earth & Environmental



### Moving Allowance Form

| Employee Name: Stacy Ford | File Number: |
|---|---|

| Current Location: Idaho | New Location: Lake Havasu, AZ | |
|---|---|---|
| **Employee Status:** | ❏ Current Employee<br>❊ New Hire | **Move is:** | ❏ Employee initiated (requires Exec VP approval)<br>❊ AEE initiated (authorizations see below) |

### Allowance

*All taxable allowances are lump sum paid as taxable income, with the employee assuming responsibility for any and all tax implications. Non-taxable reimbursements are paid only with proper documentation (receipts) of expenses. If proper receipts are not submitted all reimbursements will be treated as taxable income. All allowances (taxable and non-taxable) will be distributed through AEE payroll and should not exceed the approved authorized maximum allowance.*

Employee Salary $62,000.12.  Authorized maximum allowance $4,500.00.

Non-Taxable Amount $_____.          Taxable Amount $_____.
(moving van, truck rental, packing materials only)          (all other expenses)

Allowance is to be ❏ paid at completion of move **OR** ❏ advances are authorized (to be settled at completion of move).

Additional terms _____

**\*\*SEE EAF/OFFER LETTER FOR APPROVALS\*\***

Authorization for allowance: _____

                    Authorizing Signature                         Date

AEE initiated moves require the following approval levels:
    Allowance up to and including one month's salary=    Senior Manager (SVP)
    Allowance up to and including three month's salary=    Executive Vice President
    Allowance of more than three month's salary=    President

### Advances

**All advances are to be deducted from maximum allowance.  Settlement of this allowance must be within 90 days of move to new home.**

Advance amount$_____    Date issued_____    Payroll initials_____

### Agreement

In consideration of this company-paid moving allowance, I acknowledge that I have received a copy of the AMEC Earth & Environmental Employee Relocations policy #1.70, that I understand its contents, and that I agree to abide by its requirements.

_____          _____
Employee Signature          Date

AMEC000096

**amec**

| Settlement | |
|---|---|

Total amount authorized                                   $_____

    Less amount advanced                              _____

Total Moving Allowance Disbursement at Settlement                    $_____

Settlement Date_____ by (Payroll) _____

| Policy #1.70 | Title: EMPLOYEE RELOCATIONS |
|---|---|
| Effective Date: JANUARY 1, 1997 | Revision Date: |

**1.0    OBJECTIVE**

In the normal course of operations, employees of AMEC Earth & Environmental may be required to relocate due to organizational requirements. The objective of this policy is to ensure that employee relations occur in an equitable and mutually agreeable manner for both the employee and the company.

**2.0    PURPOSE**

To establish guidelines regarding relocation practices for employees of AMEC Earth & Environmental

**3.0    SCOPE**

This policy applies to AMEC Earth & Environmental

**4.0    POLICY**

**Method of Reimbursement**

In situations where AEE will contribute financially toward the relocation of an employee, the amount of the company contribution will be negotiated between the employee and the company, and may vary depending on the circumstances of each specific situation. The company's contribution will be treated as a Moving Allowance, which will be paid directly to the employee upon completion of the relocation, except as allowed under AEE Policy #1.40. The employee will be responsible to arrange all aspects of his/her relocation, and will pay directly all costs associated with the relocation.

The company will comply with all income tax requirements regarding the issuance of applicable tax documentation referencing the payment of the lump sum moving allowance to the employee.

The employee will be fully responsible for documenting all costs associated with the relocation, and will be responsible for his/her personal income tax preparation, which should include receipt of the AEE Moving Allowance, net of his actual tax deductible relocation costs. AEE does not assume any responsibility for the employee's personal income tax preparation nor any potential personal income tax liability resulting from the relocation.

**Employee Relocation Loan or Advance**

Any employee relocation loan or advance granted to an employee should be in accordance with the AEE Policy #1.40, "Employee Loans and Advances."

**Employee Initiated Relocations**

Any reimbursement toward the costs of an employee relocation, whereby the relocation request has been initiated by the employee, requires the approval of the appropriate Executive Vice President, regardless of the amount of the company contribution.

**AEE (Company) Initiated Relocations**

Moving Allowances granted to an employee, in situations whereby the company had initiated the request to relocate, shall require the following levels of approval, prior to a commitment being made:

    Equivalent to one month's salary    - Senior Manager

    Equivalent to two month's salary    - Senior Vice President

    Equivalent to three month's salary or more    - Executive Vice President

The President of AEE has the authority to approve alternative arrangements to this policy for senior executives or professionals, at his discretion.

**Reimbursement of AEE Moving Allowance**

It is a condition of this policy that any employee receiving an AEE Moving Allowance must agree to reimburse AEE for the Allowance on the following basis if they voluntarily resign from the company with in the first 36 months of their relocation:

    Less than 12 months    - 100% reimbursement

    More than 12 months, but less than 24 months    - Pro-rated monthly from 100% at month #12 to 50% at month #24

    More than 24 months, but less than 36 months    - Pro-rated from 50% at month #24 to zero at month #36

It is furthermore a condition of this policy that any employee receiving an AEE Moving allowance agrees that in the event that he/she voluntarily resigns from AEE during the above reference period of time, AEE may offset any monies owing the employee, upon his/her resignation, against any outstanding balance owing AEE.

The employee shall acknowledge and document his/her acceptance of this condition by signing and dating a copy of this policy. The signed original shall be retained in the Human Resources department until the 36 month period has elapsed.

**5.0    PROCEDURAL REFERENCE**

AMEC000097

When agreement has been reached between an employee and the company, the applicable manager should initiate a letter to the employee outlining the amount of the moving allowance, and other relevant details of the relocation.  The letter should be signed by the manager having the appropriate level of authority.  A copy of the letter should be given to Human Resources for retention in the employee's file.

All approved Moving Allowances should be disbursed through the payroll department to ensure appropriate income tax documentation.  The applicable Manager is responsible to advise the payroll department when a Moving Allowance is required, and should provide a copy of the letter to the employee, confirming the amount and evidencing the appropriate approval.

**6.0     RESPONSIBILITIES**

It is the responsibility of the Executive Vice President, Finance & Administration or his/her designate to administer this policy.

**7.0     EFFECTIVENESS CONSIDERATIONS/MEASURES**

This policy will be considered effective when employee relocations occur in an equitable and mutually agreeable manner for both the employee and the company.

AMEC000098

# EXHIBIT 3

January 21, 2008

*Private & Confidential*

Stacy Ford



Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008.  If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status -- exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12.  Direct Deposit is available if preferred.
- Extra compensation for additional hours worked may be available subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 -- the terms of this allowance are attached.  Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees.  Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays -- AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more.  Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher.  Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients.  To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8036                    www.amec.com

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

### Probationary Period and Employment at Will

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

### Confidentiality Agreement Clause

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

### Severability

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

**Chris Hassert**
Unit Manager—Lake Havasu, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

Date __1/21/08__

(Employee)

2

AMEC000003

# EXHIBIT 4

| | |
|---|---|
| **From:** | Knott, Melinda R |
| **To:** | Bennion, David B |
| **Sent:** | 1/20/2010 5:12:17 PM |
| **Subject:** | RE: Stacy Ford - Personnel File |
| **Attachments:** | stacy ford file.pdf |

Not yet. Here you go!

Some pages were two sided and I scanned it in as two sided - not realizing that it would scan blank pages too.

Let me know when we can send.

**From:** Bennion, David B
**Sent:** Wednesday, January 20, 2010 4:01 PM
**To:** Knott, Melinda R
**Subject:** RE: Stacy Ford - Personnel File

I think I may have responded already but, yes, I would like to have you send it to me just so I can see what is in it before it goes to her.  thanks.

# Dave Bennion

SW Region HR Manager
Mesa, AZ
480-235-6176

**From:** Knott, Melinda R
**Sent:** Tuesday, January 19, 2010 9:35 PM
**To:** Bennion, David B
**Subject:** Stacy Ford - Personnel File

Hi Dave,

As you know, Stacy requested a copy of her personnel file.  Do you want to look through it before it is sent or just send as is?

Thanks,

*Melinda R. Knott* PHR
Human Resources Manager
AMEC Earth & Environmental, Inc.
direct (425) 368-2378
cell    (425) 381-3673
fax     (425) 368-1005
melinda.knott@amec.com

AMEC000347

January 21, 2008

*Private & Confidential*

Stacy Ford



Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

### Compensation

- Status -- exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked <u>may be available</u> subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 -- the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

### Benefits

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays -- AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

### Background Screening/Employment Documentation

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-9030
Fax: 928-854-9036                    www.amec.com

AMEC000349

confirmation (where applicable).  If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue.  All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement.  Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card.  Please bring these documents with you on the first day of your employment.  If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated.  While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment.  AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information.  It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation.  Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location.  Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

*Melinda Brott for*

**Chris Hassert**
**Unit Manager—Lake Havasu, AZ**

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

*1/21/08*
Date

*Stacy D. Ford*
(Employee)

2

AMEC000350