# EXHIBIT E

LEWIS
AND
ROCA
—— LLP ——
LAWYERS

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.,<br><br>　　　　　　　　Defendant. | No. 3:12-cv-08085-NVW<br><br>**DECLARATION OF DAVID BENNION IN SUPPORT OF DEFENDANT AMEC ENVIRONMENT & INFRASTRUCTURE, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR DEFAULT JUDGMENT** |

DAVID BENNION, upon his oath, states as follows:

1.　　I am the current Human Resources Manager for the Mountain Group of Defendant AMEC Earth & Environmental, Inc., n/k/a AMEC Environment & Infrastructure, Inc. ("AMEC"), which includes Arizona. I make this declaration based on my personal knowledge and in support of AMEC's Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Default Judgment. If called upon to do so, I could and would personally and competently testify to the following facts.

2.　　I was the Human Resources Manager for Arizona when Stacy Ford was hired as an Engineer in Training in Lake Havasu City in January 2008.

LEWIS
AND
ROCA
——LLP——
LAWYERS

3. As part of my duties at AMEC, I oversaw all hiring and reviewed all offer letters for employees hired in the Lake Havasu City office, including the one sent to and executed by Ms. Ford. Attached as **Exhibit 1** is a true and correct copy of the offer letter that I reviewed in connection with Ms. Ford's employment with AMEC.

4. The offer letter signed by Ms. Ford contains terms that are very similar to all the offer letters I have reviewed in connection with my duties at AMEC.

5. I have reviewed the document attached as Exhibit 1 to Plaintiff's First Amended Complaint, and I can attest that it does not accurately reflect the terms of employment that were offered to and accepted by Ms. Ford. The provision of this document purporting to provide Ms. Ford with a guaranteed six-year term of employment is particularly incredible because AMEC policy at that time was clear that all employees were terminable "at will" unless the President or Executive Vice President of AMEC had signed a contract with the employee stating otherwise. I am not aware of any AMEC employee ever being offered terms of employment similar to those contained in the document attached as Exhibit 1 to Plaintiff's First Amended Complaint.

6. In January 2010, I learned that Ms. Ford (who was no longer working for AMEC) had requested a copy of her personnel file. On January 20, 2010 at 5:12:17 p.m., in connection with Ms. Ford's request, Melinda Knott, a Human Resources Manager who was then located in AMEC's Bothell, Washington office, emailed me a copy Ms. Ford's complete personnel file in .pdf format. Included in the scanned .pdf copy of Ms. Ford's personnel file was a copy of Ms. Ford's offer letter executed by both Ms. Ford and Ms. Knott. Attached to this declaration as **Exhibit 2** is a true and correct copy of the email I received from Ms. Knott and the copy of the fully executed offer letter that was included in the .pdf copy of Ms. Ford's personnel file that was attached to the email.

7. I have reviewed the declaration that Ms. Ford (now Ms. Ford-Kelly) submitted in connection with her Motion for Summary Judgment in this case. In paragraph 16 of her declaration, Ms. Ford states that she called me following the termination of her employment and requested "the balance of monies due on the contract,"

LEWIS
AND
ROCA
——LLP——
LAWYERS

1 and that I stated that AMEC was not obligated under the contract because "it is not our
2 fault that you exhausted all of your FMLA leave and we don't need you any more." This
3 paragraph of Ms. Ford's declaration is wholly inaccurate. I have never had a conversation
4 with Ms. Ford in which she asked for payment under (or even mentioned) any "contract,"
5 and I did not ever say to Ms. Ford that "it is not our fault that you exhausted all of your
6 FMLA leave and we don't need you any more." However, I did inform Ms. Ford that the
7 sewer project work in the Lake Havasu City office was beginning to be scaled back, and
8 that her work had been redistributed to other employees in the Lake Havasu City office.
9        8. On or about February 7, 2013, AMEC's outside litigation counsel informed
10 me that they had obtained information from Yahoo regarding the email account for the
11 Yahoo mail name of stacy.deann@yahoo.com. The Yahoo account management
12 information contains my initials (D B) in the "Full Name" section and my home address
13 (1841 Fox Circle, Mesa, AZ, United States, 85203) in the address sections. I did not
14 create or manage this Yahoo email account at any time and I do not know why my initials
15 and home address are contained in the account management information. In addition, I did
16 not access this account management information on October 17, 2012, or at any other
17 time.
18       9. I declare under penalty of perjury that the foregoing is true and correct to
19 the best of my knowledge and belief.
20       Dated this _18th_ day of March, 2013.

David Bennion

# EXHIBIT 1

January 21, 2008

*Private & Confidential*

Stacy Ford


Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

**Compensation**

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked *may be available* subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

**Benefits**

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:
- Health Insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

**Background Screening/Employment Documentation**

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure.
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8035      www.amec.com

AMEC000002

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4669.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

*Melinda Bonett for*

Chris Hassert
Unit Manager—Lake Havasu, AZ


I have read and accept the offer of employment contained in this letter, including the referenced attachments.

1/21/08                                         Stacy D. Ford
Date                                            (Employee)

2

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Knott, Melinda R |
| **To:** | Bennion, David B |
| **Sent:** | 1/20/2010 5:12:17 PM |
| **Subject:** | RE: Stacy Ford - Personnel File |
| **Attachments:** | stacy ford file.pdf |

Not yet. Here you go!

Some pages were two sided and I scanned it in as two sided - not realizing that it would scan blank pages too.

Let me know when we can send.

**From:** Bennion, David B
**Sent:** Wednesday, January 20, 2010 4:01 PM
**To:** Knott, Melinda R
**Subject:** RE: Stacy Ford - Personnel File

I think I may have responded already but, yes, I would like to have you send it to me just so I can see what is in it before it goes to her. thanks.

# Dave Bennion

SW Region HR Manager
Mesa, AZ
480-235-6176

---

**From:** Knott, Melinda R
**Sent:** Tuesday, January 19, 2010 9:35 PM
**To:** Bennion, David B
**Subject:** Stacy Ford - Personnel File

Hi Dave,

As you know, Stacy requested a copy of her personnel file. Do you want to look through it before it is sent or just send as is?

Thanks,

*Melinda R. Knott* PHR
Human Resources Manager
AMEC Earth & Environmental, Inc.
direct (425) 368-2378
cell    (425) 381-3673
fax    (425) 368-1005
melinda.knott@amec.com

AMEC000347

January 21, 2008

*Private & Confidential*

Stacy Ford


Dear Ms. Ford:

On behalf of AMEC Infrastructure (AMEC), I am pleased to offer you the position of Engineer in Training, reporting to me in the Lake Havasu, AZ office, effective January 28, 2008. If you need to change the date, we will be pleased to discuss one that is mutually acceptable.

The following will outline the terms and conditions of employment:

### Compensation

- Status – exempt.
- Salary is $2,384.62 payable on a bi-weekly basis which annualizes to $62,000.12. Direct Deposit is available if preferred.
- Extra compensation for additional hours worked may be available subject to manager approval. Extra compensation is paid at straight time unless otherwise legislated.
- You will receive a relocation allowance in the amount of $4,500.00 – the terms of this allowance are attached. Please sign and return a copy along with your signed copy of this letter.

### Benefits

Enclosed, please find the *Choices* Benefits Package that explains the benefits currently offered to AMEC regular, full-time employees. Upon your employment you will be immediately eligible for:

- Health insurance coverage, including medical, vision, dental and prescription drug.
- Participation in AMEC's 401(k) program.
- Flexible Spending Account.
- Employee Assistance Plan.
- Short Term Disability, Long Term Disability, Life Insurance, Accidental Death & Dismemberment Insurance.
- You will accrue annual vacation leave at a rate of 15 days per year or 4.62 hours bi-weekly.
- Holidays – AMEC observes 7 holidays per year plus 3 floating holidays throughout the year, the details of which are provided in the Employee Handbook.
- Sick day accrual.
- Tuition Reimbursement (with prior management approval).
- Health Club Membership Reimbursement.
- Company provided training including Code of Business Conduct (COBC), Safety Health & Environment (SHE) and more. Your Manager will determine with you what training is appropriate. Please be advised that successful completion of the COBC program is a condition of employment and you will be required to undergo an annual refresher. Please complete the online training (available after hire), within the first week of employment.

### Background Screening/Employment Documentation

It is AMEC's policy to provide a safe and secure work environment for both our employees and our clients. To that end it is the policy of AMEC that all offers of employment are contingent upon the successful completion of a background screening, drug screening and educational credentials

AMEC Infrastructure
94 Acoma Blvd South #100
Lake Havasu City, AZ 86403
Phone: 928-854-8030
Fax: 928-854-8035
www.amec.com

AMEC000349

confirmation (where applicable). If any of the screenings returned are found to be in conflict with AMEC's policy we will discuss the results with you and determine if employment will continue. All screenings will be conducted within the guidelines of all state and federal legislation.

Employees are required to complete the Employment Eligibility Verification form (I-9) attesting to their employment eligibility and must provide documentation to support their statement. Examples of acceptable proof of employment eligibility include a U.S. Passport, or both a valid State Driver's License and Social Security Card. Please bring these documents with you on the first day of your employment. If you do not have the documents mentioned you may contact the Human Resources department for further information at (425) 820-4689.

**Probationary Period and Employment at Will**

AMEC has a three-month probationary period for newly hired regular, full-time and part-time employees during which time an employee's work performance and/or general suitability for AMEC employment will be evaluated. While we are confident that your employment with us will be a positive and mutually rewarding experience please understand that your employment, both during and after the probationary period, is not guaranteed for any specific length of time and is terminable at will, which means that either you or the Company may end the employment relationship at any time for any reason.

**Confidentiality Agreement Clause**

Under the AMEC Code of Business Conduct and as an employee of AMEC, you hereby agree to keep all of AMEC's business secrets confidential at all times and after the term of your employment. AMEC's business secrets include any information regarding our clients, contractors, subcontractors, employees, finances or any other technical or business information. It is further agreed that you will not make any unauthorized copies of any of AMEC's secrets or information without the consent of AMEC, nor remove any business secrets or information from an AMEC facility.

**Severability**

If any part of the Offer of Employment is held to be invalid, illegal, or unenforceable, the remaining provisions of the agreement will be enforced.

Further information regarding the Company, its policies and programs will be provided during your orientation. Upon acceptance of the above and enclosed, please sign and return the enclosed copy of this letter, a completed application for employment and any other completed documents within seven business days to the Lake Havasu, AZ location. Please feel free to contact me should you have any questions.

We look forward to having you join us and wish you much success in your new position.

Sincerely,
AMEC Infrastructure

*[signature]* for

Chris Hassert
Unit Manager—Lake Havasu, AZ

I have read and accept the offer of employment contained in this letter, including the referenced attachments.

_____1/21/08_____          _____*[signature: Stacy D. Ford]*_____
Date                          (Employee)

2

AMEC000350