# EXHIBIT G

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025844
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

STACY D. FORD-KELLY,

                    Plaintiff,

    vs.

AMEC Environment & Infrastructure, Inc.,
a Nevada corporation *fka* AMEC Earth &
Environmental, Inc. *fka* AMEC
Infrastructure, Inc.,

                  Defendant.

No. 3:12-cv-08085-NVW

**DECLARATION OF
BRAD KNIGHT IN SUPPORT OF
DEFENDANT AMEC
ENVIRONMENT &
INFRASTRUCTURE, INC.'S
RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT**

BRAD KNIGHT, upon his oath, states as follows:

    1.    I am the Senior Vice President, Legal, for Defendant AMEC Environment & Infrastructure, Inc. ("AMEC"). I make this declaration based on my personal knowledge and in support of AMEC's Response to Plaintiff's Motion for Summary Judgment. If called upon to do so, I could and would personally and competently testify to the following facts.

    2.    I first became aware of Stacy Ford-Kelly's lawsuit against AMEC in January 2011. At the time, I was informed that someone had sent packages of blank paper

3370288.1


LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    to AMEC's statutory agent in Arizona and two AMEC employees. An AMEC

2    administrative employee noticed that the documents were sent from an address in Lake

3    Havasu City, Arizona, and decided to check the Mohave County Superior Court docket for

4    any type of complaint that may have been filed against AMEC. Upon discovering that

5    Stacy Ford-Kelly had filed a complaint against AMEC, I retained outside counsel in

6    Arizona and directed them to conduct further investigation into the service of the

7    complaint.

8         3.      Our outside counsel subsequently discovered that Ford-Kelly had filed a

9    prior complaint against AMEC in Mohave County Superior Court in April 2010. AMEC

10    also discovered that in May 2010, Ford-Kelly had sent copies of a long letter to AMEC's

11    statutory agent in Arizona and two AMEC employees. The letter did not resemble a legal

12    document or complaint, and it did not otherwise put AMEC on notice that Ford-Kelly had

13    filed a lawsuit. However, Ford-Kelly provided sworn statements to the Court that she

14    served her prior complaint and summons on AMEC by mailing copies, via certified mail,

15    to AMEC's statutory agent and two AMEC employees in early May 2010. AMEC was

16    never served with the actual complaint that Ford-Kelly filed in April 2010.

17         4.      Ford-Kelly then sought a default hearing in October 2010, and she again

18    filed sworn statements that she had sent her application for default to the same three

19    individuals by regular mail. AMEC did not receive any copies of Ford-Kelly's application

20    for default, and we were not aware of the complaint that Ford-Kelly had filed. The Court

21    held a hearing on December 22, 2010, and advised Ford-Kelly that her complaint did not

22    comply with the rules of civil procedure. The Court then permitted Ford to file an

23    amended complaint, which she did on January 14, 2011.

24         5.      From January 2011 through early January 2012, AMEC was focused on its

25    efforts to have the amended complaint dismissed due to Ford-Kelly's attempted fraud on

26    the court and insufficient service of process. Although I was generally aware during this

27    time that Ford-Kelly had attached a purported "employment contract" to her amended

28    complaint, I did not realize that the document Ford-Kelly attached was different than the

3370288.1


LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   actual employment offer letter sent to Ford-Kelly in January 2008, a copy of which was

2   maintained in her personnel file, because we had not yet begun to evaluate the merit of the

3   underlying claims.

4        6.        In addition, I was not aware that AMEC's Human Resources Department

5   had decided in October 2011 to electronically preserve the personnel files of all terminated

6   employees by scanning and saving them in AMEC's computer database and then

7   destroying the physical files.  At no time did AMEC intentionally destroy any documents

8   that were potentially relevant to this matter.

9        7.        I declare under penalty of perjury that the foregoing is true and correct to

10  the best of my knowledge and belief.

11       Dated this _15_ day of March, 2013.

12

13

14  Brad Knight

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

3370288.1

# EXHIBIT F