1  Peter K. Strojnik, State Bar No. 026082
   **THE STROJNIK FIRM L.L.C.**
2  Esplanade Center III, Suite 700
   2415 East Camelback Road
3  Phoenix, Arizona 85016
   Telephone:  (602) 510-9409
4  Facsimile:   (602) 532-7572
   Strojnik@skplaw.com
5
   Peter Strojnik, State Bar No. 006464
6  **STROJNIK P.C.**
   Esplanade Center III, Suite 700
7  2415 East Camelback Road
   Phoenix, Arizona 85016
8  Telephone:  (602) 524-6602
   Facsimile:   (602) 296-0135
9  PS@strojnik.com

10 Attorneys for Plaintiff
   Stacy Ford-Kelly
11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF ARIZONA**

14 | Stacy D. Ford-Kelly, | Case No: 3:12-cv-08085-NVW |

15              Plaintiff,

16                                    **MOTION FOR SUMMARY**
                                      **DISPOSITION ON MOTION TO**
17 vs.                                **WITHDRAW AS COUNSEL**

18 AMEC Environment & Infrastructure, Inc.,   **AND**
   a Nevada Corporation; AMEC PLC, a
19 British company,                   **NOTICE OF WITHDRAWAL OF**
                                      **RELIEF OF EXTENDING**
20              Defendants.           **DEADLINES**

21

22          In the Doc. 87 Motion to Withdraw as Counsel, the undersigned attorneys

23 requested to withdraw as counsel and requested a short extension of deadlines. As noted

24 in the Motion, Defendant does <u>not</u> object to counsel's withdrawal but *does* object to an

25 extension of deadlines. With this filing, Plaintiff withdraws the request for an extension

26 of deadlines. Accordingly and in light of Defendant's non-objection to counsel's

27 withdrawal, summary disposition of the Doc. 87 Motion is respectfully requested.

28

1    RESPECTFULLY SUBMITTED this 20th day of March, 2013.

2                                    THE STROJNIK FIRM LLC

3
                              By s/ Peter K. Strojnik
4                                     Peter K. Strojnik (026082)
                                      Peter Strojnik (006464)
5                                     2415 East Camelback Road, Suite 700
                                      Phoenix, Arizona 85016
6                                     Attorneys for Plaintiff

7

8

9

10                           **CERTIFICATE OF SERVICE**

11
          I certify that on March 20, 2013, I electronically transmitted the attached
12   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
     Notice of Electronic Filing to the following CM/ECF registrants:
13

14
     Melanie Pate
15   Robert Schaffer
     Alastair Gamble
16   Lewis & Roca LLP
     40 North Central Avenue, 19th Floor
17   Phoenix, Arizona 85004
     Attorneys for Defendant
18
     s/ Peter K. Strojnik
19

20

21

22

23

24

25

26

27

28

                                          2