**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Robert G. Schaffer, State Bar No. 017475
Direct Dial: (602) 262-0271
Direct Fax: (602) 734-3777
EMail: BSchaffer@LRLaw.com

Melanie V. Pate, State Bar No. 017424
Direct Dial: (602) 262-5318
Direct Fax: (602) 734-3785
EMail: MPate@LRLaw.com

Alastair Gamble, State Bar No. 025488
Direct Dial: (602) 262-5370
Direct Fax: (602) 262-3787
EMail: AGamble@LRLaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>               Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation *fka* AMEC Earth & Environmental, Inc. *fka* AMEC Infrastructure, Inc.,<br><br>               Defendant. | No. 3:12-cv-08085-NVW<br><br>**MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2), and in partial fulfillment of the terms and conditions of a written Agreement For Voluntary Dismissal With Prejudice and Mutual Release of All Claims attached hereto as Exhibit 1, Plaintiff Stacy D. Ford-Kelly and Defendant AMEC Environment & Infrastructure, Inc. hereby request that the Court dismiss the above-captioned matter against all Defendants with prejudice, each side to bear their own fees and costs.

RESPECTFULLY SUBMITTED this 21st day of March, 2013.

LEWIS AND ROCA LLP


By /s/ *Melanie V. Pate*
    Robert G. Schaffer
    Melanie V. Pate
    Alastair Gamble
Attorneys for Defendants

3390078.1

THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016


By _/s/  Peter K. Strojnik_
      Peter K. Strojnik
Attorneys for Plaintiff

STROJNIK, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016


By _/s/  Peter Strojnik_
      Peter Strojnik
Attorneys for Plaintiff

3390078.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter K. Strojnik, Esq.
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
strojnik@skplaw.com

Peter Strojnik, Esq.
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
ps@strojnik.com

Robert G. Schaffer, Esq.
RSchaffer@LRlaw.com
Melanie V. Pate, Esq.
MPate@LRLaw.com
Alastair Gamble, Esq.
AGamble@LRLaw.com
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004

                                                                            /s/ Susan J. Durkee

3390078.1