1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                                   DISTRICT OF ARIZONA

10   Stacy D. Ford-Kelly,                        )
                                                 )
11                          Plaintiff,           )      No. 3:12-cv-08085-NVW
                                                 )
12          vs.                                  )      **ORDER**
                                                 )
13   AMEC Environment & Infrastructure, Inc., a  )
     Nevada corporation *fka* AMEC Earth &       )
14   Environmental, Inc. *fka* AMEC Infrastructure, )
     Inc.,                                        )
15                                               )
                            Defendant.           )
16   _____)

17          Having considered the parties' Motion for Voluntary Dismissal with Prejudice, and good

18   cause appearing,

19          IT IS ORDERED dismissing this lawsuit with prejudice.  All parties shall bear their

20   own costs and attorneys' fees.

21

22

23

24

25

26

27

28

                                                                                    3391929.1