IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy D. Ford-Kelly,<br><br>    Plaintiff,<br><br>vs.<br><br>AMEC Environment & Infrastructure, Inc., a Nevada corporation; AMEC PLC, a British company,<br><br>    Defendants. | No. CV-12-08085-PCT-NVW<br><br>**ORDER** |

  Having considered Plaintiff Ford-Kelly's and sole remaining Defendant AMEC Environment & Infrastructure, Inc.'s joint Motion for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 92),

  **IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal with Prejudice (Doc. 92) is granted.

  **IT IS FURTHER ORDERED** that this action is dismissed with prejudice and that each side bear its own fees and costs. The Clerk shall terminate this action.

  Dated this 21st day of March, 2013.

_____
Neil V. Wake
United States District Judge